# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MATCH GROUP, LLC** § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. 6:18-cv-00080-RP-JCM |
| § | |
| **BUMBLE TRADING INC.** § | |
| § | |
| **Defendant.** § | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Rule AT-3 of the Local Rules of the United States District Court for the Western District of Texas, attorneys Theodore Stevenson III and Steven D. Wolens hereby move the Court to grant their withdrawal, and the withdrawal of the law firm McKool Smith, P.C. as attorneys of record for Defendant Bumble Trading Inc.

1. Bumble Trading Inc. has retained new counsel for this matter and has agreed to the requested withdrawal.

2. The succeeding attorneys for Bumble Trading Inc. have appeared in this case and are as follows:

> Joseph Drayton
> COOLEY LLP
> 1114 Avenue of the Americas
> New York, New York 10036-7798
> Phone: (212) 479-6000
> Email: jdrayton@cooley.com

> Rose Whelan
> COOLEY LLP
> 1299 Pennsylvania Ave. NW, Suite 700
> Washington, DC 20004
> Phone: (202) 842-7800
> Email: rwhelan@cooley.com

        Deron R. Dacus
        The Dacus Firm, PC
        821 ESE Loop 323, Suite 430
        Tyler, TX 75701
        Tel: (903) 705-1117
        Email: ddacus@dacusfirm.com

3. The requested withdrawal will not delay the proceedings or prejudice Bumble Trading Inc., which is amply and ably represented by the previously-mentioned succeeding attorneys.

Therefore, attorneys Stevenson and Wolens pray that this Motion for Withdraw as Counsel of Record be granted.

Dated: May 31, 2018                                Respectfully submitted,

                                                              **MCKOOL SMITH, P.C.**

                                                               */s/ Theodore Stevenson, III*
                                                               Theodore Stevenson, III
                                                               Texas State Bar No. 19196650
                                                               tstevenson@mckoolsmith.com
                                                               Steven D. Wolens
                                                               Texas State Bar No. 21847600
                                                               swolens@mckoolsmith.com
                                                               **MCKOOL SMITH, P.C.**
                                                               300 Crescent Court, Suite 1500
                                                               Dallas, Texas 75201
                                                               Telephone: (214) 978-4974
                                                               Facsimile: (214) 978-4044

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 31, 2018, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

>*/s/ Steven D. Wolens*
>Steven D. Wolens