**FILED**

SEP 1 9 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

MATCH GROUP, LLC,                          §
                                           §
Plaintiff,                                 §
                                           §
v.                                         §     Case No. 6:18-CV-00080-RP-JCM
                                           §
BUMBLE TRADING, INC.,                      §
                                           §
Defendant.                                 §
                                           §
                                           §

## O R D E R

Per the direction of the Honorable Alan D. Albright, District Judge, the above case, presently referred to the undersigned, is to be reassigned to the docket of the Honorable Alan D. Albright.  Accordingly, the Clerk's Office is directed to reassign the above-referenced cause of action as described.

**SIGNED this 19th day of September, 2018.**

_____
JEFFREY C. MANSKE
U.S. MAGISTRATE JUDGE