**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **MATCH GROUP, LLC** | § § § § | |
| Plaintiff, | § § | No. 6:18-cv-00080-ADA-JCM |
| v. | § § | |
| **BUMBLE TRADING, INC.** | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § § | |

**JOINT NOTICE REGARDING STATUS CONFERENCE**

Plaintiff Match Group, LLC ("Match") and Defendant Bumble Trading, Inc. ("Bumble") hereby submit this Joint Notice Regarding Status Conference. The parties are available for a Status Conference the afternoon of December 7, 2018 (in Austin, Texas or via telephone) or anytime on December 11, 2018 (via telephone). The parties respectfully request that the hearing previously set for December 18, 2018 be rescheduled during one of those times. If neither date works for the Court, the parties will meet-and-confer about further availability.

DATED: November 16, 2018

Respectfully submitted,

**CALDWELL CASSADY & CURRY**

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Warren J. McCarty, III

1

Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

John P. Palmer
State Bar. 15430600
Email: palmer@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
400 Austin Avenue, 8th Floor
P.O. Box 1470
Waco, TX 76701
Telephone: (254) 755-4100
Facsimile: (254) 754-6331

**ATTORNEYS FOR PLAINTIFF
MATCH GROUP, LLC**

Joseph M. Drayton (*Pro Hac Vice*)
NY Bar No. 2875318
**COOLEY LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
jdrayton@cooley.com

Michael G. Rhodes (*Pro Hac Vice*)
CA 116127
Matthew Caplan (*Pro Hac Vice*)
CA Bar No. 260388
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone (415) 693-2000
Facsimile: (415) 693-2222
mrhodes@cooley.com
mcaplan@cooley.com

*/s/ Rose S. Whelan (by permission)*
Rose S. Whelan (*Pro Hac Vice*)
DC Bar No. 999367
**COOLEY LLP**

1299 Pennsylvania Ave., N.W.
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
rwhelan@cooley.com

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT
BUMBLE TRADING, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel registered as Filing Users on this 16th day of November, 2018.

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell