IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC | § § § § | |
| Plaintiff, | § § | No. 6:18-cv-00080-ADA |
| v. | § § | |
| BUMBLE TRADING, INC. | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § § | |

## JOINT MOTION TO ENTER SCHEDULING ORDER

Based on the Court's guidance during the recent November 5, 2018 hearing, the parties have met and conferred on a case schedule through the scheduled May 23, 2018 *Markman* hearing. That proposed schedule is below.

| Date | Event |
|---|---|
| December 12, 2018 | Serve Initial Disclosures |
| December 20, 2018 | File Proposed Protective Order<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| January 21, 2019 | Serve Infringement Contentions |
| March 8, 2019 | Serve Invalidity Contentions |
| March 22, 2019 | Exchange Proposed Claim Terms |
| March 29, 2019 | Exchange Preliminary Claim Constructions and Evidence |
| April 8, 2019 | File Joint Claim Construction Statement |
| April 15, 2019 | Complete Claim Construction Discovery |
| April 22, 2019 | Parties Shall Each File Their Opening Claim Construction Briefs |

1

| Date | Event |
|---|---|
| May 8, 2019 | Parties Shall Each Responsive Claim Construction Briefs |
| May 16, 2019 | Parties Shall Each File Their Reply Claim Construction Briefs.<br><br>Arguments in Reply should be limited to arguments made in the Parties' Responsive Briefs. |
| May 23, 2019 | *Markman* Hearing: District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave., Waco, TX at 9:00 AM. |

The parties jointly request that the Court enter the scheduling order attached as Exhibit A. The parties will negotiate a new, post-*Markman* case schedule after the Court's *Markman* Order is issued.

DATED:  December 7, 2018                                                            Respectfully submitted,


                                                          **CALDWELL CASSADY & CURRY**


                                                          By: */s/ Bradley W. Caldwell*
                                                          Bradley W. Caldwell
                                                          Texas State Bar No. 24040630
                                                          Email:  bcaldwell@caldwellcc.com
                                                          John F. Summers
                                                          Texas State Bar No. 24079417
                                                          Email: jsummers@caldwellcc.com
                                                          Warren J. McCarty, III
                                                          Texas State Bar No. 24107857
                                                          Email: wmccarty@caldwellcc.com
                                                          **CALDWELL CASSADY CURRY P.C.**
                                                          2101 Cedar Springs Road, Suite 1000
                                                          Dallas, Texas 75201
                                                          Telephone: (214) 888-4848
                                                          Facsimile: (214) 888-4849

                                                          John P. Palmer
                                                          State Bar. 15430600
                                                          Email: palmer@namanhowell.com
                                                          Naman, Howell, Smith & Lee, PLLC

.

400 Austin Avenue, 8th Floor
P.O. Box 1470
Waco, TX 76701
Telephone: (254) 755-4100
Facsimile: (254) 754-6331

**ATTORNEYS FOR PLAINTIFF MATCH GROUP, LLC**

By: /s/ *Joseph M. Drayton (by permission)*
Joseph M. Drayton (*Pro Hac Vice*)
NY Bar No. 2875318
**COOLEY LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
jdrayton@cooley.com

Michael G. Rhodes (*Pro Hac Vice*)
CA Bar No. 116127
Matthew Caplan (*Pro Hac Vice*)
CA Bar No. 260388
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone (415) 693-2000
Facsimile: (415) 693-2222
mrhodes@cooley.com
mcaplan@cooley.com

Rose S. Whelan (*Pro Hac Vice*)
DC Bar No. 999367
**COOLEY LLP**
1299 Pennsylvania Ave., N.W.
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
rwhelan@cooley.com

>Deron R. Dacus
>Texas Bar No. 00790553
>**THE DACUS FIRM, PC**
>821 ESE Loop 323, Suite 430
>Tyler, TX 75701
>Telephone: (903) 705-1117
>Facsimile: (903) 581-2543
>ddacus@dacusfirm.com
>
>**ATTORNEYS FOR DEFENDANT**
>**BUMBLE TRADING, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record on December 7, 2018.

>*Bradley W. Caldwell*
>Bradley W. Caldwell