*Exhibit A*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE TRADING, INC.<br><br>Defendant. | § § § § § § § § § § § § | No. 6:18-cv-00080-ADA<br><br>**JURY TRIAL DEMANDED** |

# [PROPOSED] SCHEDULING ORDER

The Court **ORDERS** that the following schedule will govern deadlines up to and including the *Markman* hearing in this matter:

| Date | Event |
|---|---|
| December 12, 2018 | Serve Initial Disclosures |
| December 20, 2018 | File Proposed Protective Order<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| January 21, 2019 | Serve Infringement Contentions |
| March 8, 2019 | Serve Invalidity Contentions |
| March 22, 2019 | Exchange Proposed Claim Terms |
| March 29, 2019 | Exchange Preliminary Claim Constructions and Evidence |
| April 8, 2019 | File Joint Claim Construction Statement |
| April 15, 2019 | Complete Claim Construction Discovery |
| April 22, 2019 | Parties Shall Each File Their Opening Claim Construction Briefs |
| May 8, 2019 | Parties Shall Each Responsive Claim Construction Briefs |

1

| Date | Event |
|---|---|
| May 16, 2019 | Parties Shall Each File Their Reply Claim Construction Briefs.<br><br>Arguments in Reply should be limited to arguments made in the Parties' Responsive Briefs. |
| May 23, 2019 | *Markman* Hearing: District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave., Waco, TX at 9:00 AM. |

SIGNED this _____ day of _____, 20____.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE