# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:18-CV-00080-ADA |
| | § | |
| BUMBLE TRADING INC. | § | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, June 07, 2019 at 09:00 AM**. All counsel must appear at this hearing.

IT IS SO ORDERED this 22nd day of April, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE