IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| MATCH GROUP, LLC | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | No. 6:18-cv-00080-ADA |
| v. | § | |
| | § | |
| BUMBLE TRADING INC. and BUMBLE HOLDING, LTD., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

### [PROPOSED] ORDER

The Court **ORDERS** the following modification to the Scheduling Order:

| Current Date | Proposed Date | Event |
| --- | --- | --- |
| April 22, 2019 | April 26, 2019 | Parties Shall Each File Their Opening Claim Construction Briefs<br><br>Unless otherwise agreed by the parties, the parties shall file at 5:00 PM CT |
| May 8, 2019 | May 15, 2019 | Parties Shall Each File Their Responsive Claim Construction Briefs<br><br>Unless otherwise agreed by the parties, the parties shall file at 5:00 PM CT |
| May 16, 2019 | May 24, 2019 | Parties Shall Each File Their Reply Claim Construction Briefs<br><br>Unless otherwise agreed by the parties, the parties shall file at 5:00 PM CT |
| May 17, 2019 | May 29, 2019 | File Joint Claim Construction Statement, optional tutorial, and consolidated briefing collated by Opening, Response, and Reply. |

1

SIGNED this 23rd day of April, 2019.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE