IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE TRADING INC. and BUMBLE HOLDING, LTD.,<br><br>Defendants.<br><br>BUMBLE TRADING INC. and BUMBLE HOLDING, LTD.,<br><br>Cross-Plaintiffs,<br>v.<br><br>MATCH GROUP, LLC and IAC/INTERACTIVECORP.,<br><br>Cross-Defendants. | §§§§§§§§§§§§§§§§§§§§§ | No. 6:18-cv-00080-ADA<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER

Before the Court is Match Group, LLC and IAC's Unopposed Motion to Set Briefing Schedule and Page Limits. After considering the motion the Court hereby GRANTS the motion and sets the briefing schedule and page limits as follows:

| Event | Date/Page Limit |
|---|---|
| Match/IAC's Motion to Dismiss | May 1, 2019/30 Pages |
| Bumble's Response to Motion to Dismiss | May 20, 2019/30 Pages |
| Match/IAC's Reply in Support of Motion to Dismiss | May 31, 2019/15 Pages |

1

SIGNED this \_\_24th\_\_ day of \_\_April_____, 2019.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE