# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MATCH GROUP, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUMBLE TRADING, INC., and BUMBLE HOLDING, LTD.**<br><br>**Defendants.** | Civil Action No. 6:18-cv-00080-ADA |

## DECLARATION OF ROSE WHELAN IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF

I Rose Whelan, hereby declare:

1. I am an attorney with Cooley LLP, attorneys for defendants Bumble Trading, Inc. and Bumble Holding, Ltd. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I submit this declaration in support of Defendants Bumble Trading, Inc. and Bumble Holding, Ltd.'s (collectively, "Bumble") Opening Claim Construction Brief.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,733,811 (the "'811 Patent").

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,959,023 (the "'023 Patent").

5. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 10,203,854 (the "'854 Patent").

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the *Oxford Dictionary of English* (3rd Edition, 2010) provided by Match.

7. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the *Authoritative Dictionary of IEEE Standards Terms* (7th Edition, 2000) provided by Match.

8. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of the *Merriam-Webster's Collegiate Dictionary* (11th Edition, 2014) provided by Match.

9. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of the '811 Patent prosecution history produced by Match.

10. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt of the '854 Patent prosecution history produced by Match.

11. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt from the *Merriam-Webster Collegiate Dictionary* (11th Edition, 2014).

12. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt of the Collins English Dictionary (11th Edition, 2011).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 26, 2019          */s/ Rose Whelan*
                                                   Rose Whelan