# EXHIBIT 5

# IEEE 100

# THE AUTHORITATIVE DICTIONARY OF IEEE STANDARDS TERMS

## SEVENTH EDITION

◆IEEE
Published by
Standards Information Network
IEEE Press

Dallas copy 2
Austin Libra

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2          SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
   p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21
                                                                  00-050601

**automated teller machine** (ATM) An unattended terminal-type device that offers simple banking services such as cash withdrawals, transfer of funds between accounts, and account balance inquiry. *Synonym:* customer-bank communication terminal. (C) 610.2-1987

**automated test case generator** *See:* automated test generator.

**automated test data generator** *See:* automated test generator.

**automated test generator (software)** A software tool that accepts as input a computer program and test criteria, generates test input data that meet these criteria, and, sometimes, determines the expected results. *See also:* data; computer program. (C/SE) 729-1983s

**automated thesaurus** In machine-aided translation, a computer-resident thesaurus used in conjunction with an automated lexicon to handle words with multiple meanings. (C) 610.2-1987

**automated verification system (A) (software)** A software tool that accepts as input a computer program and a representation of its specification, and produces, possibly with human help, a proof or disproof of the correctness of the program. **(B) (software)** Any software tool that automates part or all of the verification process. (C) 610.12-1990

**automated verification tools (software)** A class of software tools used to evaluate products of the software development process. These tools aid in the verification of such characteristics as correctness, completeness, consistency, traceability, testability, and adherence to standards. Examples are design analyzers, automated verification systems, static analyzers, dynamic analyzers, and standards enforcers. *See also:* tool; verification; automated verification system; testability; dynamic analyzer; static analyzer; software development process; correctness; design analyzer. (C/SE) 729-1983s

**automatic (1)** Pertaining to a function, operation, process, or device that, under specified conditions, functions without intervention by a human operator.
(C/SUB/PE) 610.2-1987, 610.10-1994w, C37.1-1987s
**(2)** Self-acting, operating by its own mechanism when actuated by some impersonal influence—as, for example, a change in current strength; not manual; without personal intervention. Remote control that requires personal intervention is not automatic, but manual.
(NESC/T&D) C2-1997, C2.2-1960
**(3)** Self-acting, operating by its own mechanism when actuated by some impersonal influence, as, for example, a change in current strength, pressure, temperature, or mechanical configuration. *See also:* nonautomatic.
(NESC/NEC/IA/ICTL/IAC) [60], [86]
**(4)** Pertaining to a process or device that, under specified conditions, functions without intervention by a human operator. (SWG/PE) C37.100-1992

**automatic abstracting** In library automation, the automatic selection of words and phrases from a document to produce an abstract. (C) 610.2-1987

**automatic acceleration (1) (automatic train control)** Acceleration under the control of devices that function automatically to maintain, within relatively close predetermined values or schedules, current passing to the traction motors, the tractive force developed by them, the rate of vehicle acceleration, or similar factors affecting acceleration. *See also:* multiple-unit control; electric drive. (EEC/PE) [119]
**(2)** Acceleration under the control of devices that function automatically to raise the motor speed. *See also:* multiple-unit control; electric drive. (IA/IAC) [60]

**Automatically Programmed Tools (APT) (1)** A problem-oriented programming language used for programming numerically controlled machine tools. (C) 610.13-1993w
**(2)** A programming system using English-like symbolic descriptions of part and tool geometry and tool motion for numerical control. (C) 610.2-1987

**automatically regulated (rotating machinery)** Applied to a machine that can regulate its own characteristics when associated with other apparatus in a suitable closed-loop circuit. (PE) [9]

**automatically reset relay** *See:* self-reset relay.

**automatic approach control** A system that integrates signals, received by localizer and glide path receivers, into the automatic pilot system, and guides the airplane down the localizer and glide path beam intersection. (EEC/PE) [119]

**automatic bias nulling** A circuit or system technique for setting the mean value of sensor output, averaged over a defined time period, to zero, or to some defined value.
(AES/GYAC) 528-1994

**automatic block signal system** A series of consecutive blocks governed by block signals, cab signals, or both, operated by electric, pneumatic, or other agency actuated by a train or by certain conditions affecting the use of a block. *See also:* block-signal system. (EEC/PE) [119]

**automatic cab signal system** A system that provides for the automatic operation of cab signals. *See also:* automatic train control. (EEC/PE) [119]

**automatic calendar** A component of some office automation systems that allows users to store their appointments in a database and to set up meetings by requesting a search for an available meeting time in each of the participants' calendars. (C) 610.2-1987

**automatic call distribution (ACD)** A service that evenly distributes calls among incoming end user lines.
(AMR/SCC31) 1390-1995, 1390.2-1999, 1390.3-1999

**automatic call distributor (telephone switching systems)** The facility for allotting incoming traffic to idle operators or attendants. (COM) 312-1977w

**automatic capacitor control equipment** A piece of equipment that provides automatic control for functions related to capacitors, such as their connection to and disconnection from a circuit in response to predetermined conditions such as voltage, load, or time. (SWG/PE) C37.100-1992

**automatic carriage (1)** A control mechanism for a typewriter or other output device that can automatically control the feeding, spacing, skipping and ejecting of paper and preprinted forms. (C) [20], 610.10-1994w
**(2)** Pertaining to a function, operation, process, or device that, under specified conditions, functions without intervention by a human operator. (C) 610.10-1994w

**automatic chart-line follower (navigation aid terms)** A device that automatically derives error signals proportional to the deviation of the position of a vehicle from a predetermined course line drawn on a chart. (AES/GCS) 172-1983w

**automatic check** A check that is built into a device in order to verify the accuracy of information transmitted, manipulated, or stored by that device. *Synonyms:* built-in check; hardware check. (C) 610.5-1990w, 610.10-1994w

**automatic circuit closer (supervisory control, data acquisition, and automatic control)** A self-controlled device for automatically interrupting and reclosing an alternating-current circuit, with a predetermined sequence of opening and reclosing followed by resetting, hold-closed, or lockout operation. (SUB/PE) C37.1-1987s

**automatic circuit recloser** A self-controlled device for automatically interrupting and reclosing an alternating-current circuit, with a predetermined sequence of opening and reclosing followed by resetting, hold-closed, or lockout operation. *Note:* When applicable, it includes an assembly of control elements required to detect overcurrents and control the recloser operation.
(SWG/SUB/PE) C37.1-1987s, C37.100-1992

**automatic combustion control** A method of combustion control that is effected automatically by mechanical or electric devices. (T&D/PE) [10]

**automatic component interconnection matrix** A hardware system for connecting inputs and outputs of parallel computing components according to a predetermined program. *Note:* This system, which may consist of a matrix of mechanical and/or electronic switches, replaces the manual program patch boards and patch cords on analog computers. *Synonym:*

CPCI
crest factor

**CPCI** *See:* computer program configuration item.

**CPE** *See:* circular probable error.

**CPE active state** A state in which the CPE performs a communications functions. (AMR) 1390-1995

**CPE inactive state** A state in which the CPE does not perform a communications function. (AMR) 1390-1995

**CPE address** The LSAP address at which the CPE may be reached. (LM/C) 15802-2-1995

**CPE instance identifier** The tuple of CPE address and CPE instance number that uniquely identifies a CPE instance within the LAN/MAN environment, within the limits of uniqueness of the CPE address and instance values used. (LM/C) 15802-2-1995

**CPE instance number** A number, allocated to the CPE at instantiation time, that distinguishes a CPE instance from all other CPE instances, past and present, associated with a particular CPE address. (LM/C) 15802-2-1995

**CPM** *See:* critical path method.

**CPU** *See:* central processing unit.

**CPU busy time** *See:* CPU time.

**CPU time** In time-sharing computer systems, the time devoted by the central processing unit to the execution of instructions of a particular process, task, or user. *Synonym:* CPU busy time. *See also:* connect time. (C) 610.10-1994w

**CPU timer** A feature of some computer systems that measures elapsed CPU time and that causes an interrupt when a previously specified amount of time has elapsed. (C) 610.10-1994w

**CR** *See:* carriage return character; carriage return; cavity ratio.

**crab angle*** *See:* drift angle; drift correction angle.
  * Deprecated.

**cracking (1)** Rupture of the polymeric insulator material to depths equal to or greater than 0.1 mm. (PE/IC) 48-1996
**(2)** Rupture of the weathershed material to depths greater than 0.1 mm. (SPD/PE) C62.11-1999

**cradle base (rotating machinery)** A device that supports the machine at the bearing housings. (PE) [9]

**crane** A machine for lifting or lowering a load and moving it horizontally, in which the hoisting mechanism is an integral part of the machine. *Note:* It may be driven manually or by power and may be fixed or a mobile machine.
 (EEC/PE) [119]

**crash (1)** The sudden and complete failure of a computer system or component. *See also:* hard failure; disk crash; head crash. (C) 610.12-1990, 610.10-1994w
**(2)** To fail as in definition (A). (C) 610.10-1994w

**crate (1) (CAMAC system)** *See also:* CAMAC crate.
**(2) (FASTBUS crate)** The mechanical housing for FASTBUS modules in a crate segment. (NID) 960-1993

**crate number (c) (subroutines in CAMAC)** The symbol c represents an integer which is the crate number component of a CAMAC address. Crate number in this context can be either the physical crate number or it can be an integer symbol which is interpreted by the computer system software to produce appropriate hardware access information.
 (NPS) 758-1979r

**crate segment (FASTBUS acquisition and control)** A FASTBUS segment that consists of a backplane mounted on a FASTBUS crate and having connectors to mate with a multiplicity of FASTBUS modules. (NID) 960-1993

**Crawford cell** *See:* transverse-electromagnetic cell.

**crawler** *See:* crawler tractor.

**crawler tractor (conductor stringing equipment)** A tracked unit employed to pull pulling lines, sag conductor, level or clear pull and tension sites, and miscellaneous other work. It is also frequently used as a temporary anchor. Sagging winches on this unit are usually arranged in a vertical configuration. *Synonyms:* tractor; cat; crawler.
 (T&D/PE) 524-1992r, 524a-1993r

**crawling (rotating machinery)** The stable but abnormal running of a synchronous or asynchronous machine at a speed near to a submultiple of the synchronous speed. *See also:* asynchronous machine. (PE) [9]

**crazing (1) (composite insulators)** Surface microfractures of the weathershed material to depths less than 0.1 millimeter resulting from ultraviolet exposure. (T&D/PE) 987-1985w
**(2)** The small internal cracking around a point of mechanical stress that sometimes occurs in plastics.
 (PE/EDPG) 1184-1994
**(3)** Surface microfractures of the insulator material to depths less than 0.1 mm resulting from ultraviolet exposure.
 (PE/IC) 48-1996

**CRC (1) violation** If the transmitted and received CRC codes are not identical, a CRC violation has occurred, meaning one or more errors has occurred in transmission.
 (COM/TA) 1007-1991r
**(2)** The cyclic redundancy code used for error detection on each packet. (C/MM) 1596-1992
**(3)** *See also:* cyclic redundancy check. (C) 610.7-1995

**CR differentiator** A high-pass electrical filter section consisting of a capacitor in series with the signal path followed by a resistor across the path. (NPS) 325-1996

**credentials** Information supplied to authenticate a communication. (SCC32) 1455-1999

**credit-card call (telephone switching systems)** A call in which a credit-card identity is used for billing purposes.
 (COM) 312-1977w

**creep (1)** Continued deformation of material under stress.
 (IA/PSE) 241-1990r
**(2)** *See also:* watthour meter—creep. (ELM) C12.1-1988

**creepage** The travel of electrolyte up the surface of electrode or other parts of the cell above the level of the main body of electrolyte. *See also:* electrolytic cell. (EEC/PE) [119]

**creepage distance (power and distribution transformers)** The shortest distance between two conducting parts measured along the surface or joints of the insulating material between them. (SWG/PE/TR) C37.100-1992, C57.12.80-1978r

**creepage surface (rotating machinery)** An insulating-material surface extending across the separating space between components at different electric potential, where the physical separation provides the electrical insulation. *See also:* asynchronous machine. (PE) [9]

**creep distance (1) (outdoor apparatus bushings)** The distance measured along the external contour of the weather casing separating the metal parts which have the operating line-to-ground voltage between them. (PE/TR) 21-1976
**(2)** The shortest distance measured along the external contour of the insulating envelope that separates the metal part operating at line voltage and the metal flange at ground potential. (PE/TR) C57.19.03-1996

**creeping stimulus** *See:* accumulating stimulus.

**creeping wave** A wave propagating along a smooth convex surface that has diffracted into the shadow region.
 (AP/PROP) 211-1997

**crescent** *See:* conductor grip.

**coordination of insulation (1) (lightning insulation strength)** The steps taken to prevent damage to electric equipment due to overvoltages and to localize flashovers to points where they will not cause damage. *Note:* In practice, coordination consists of the process of correlating the insulating strengths of electric equipment with expected overvoltages and with the characteristics of protective devices. (PE/EEC) [8], [74]
**(2)** The selection of insulation strength consistent with expected overvoltages to obtain an acceptable risk of failure.
 (SPD/PE) C62.22-1997

**crest factor (1) (germanium gamma-ray detectors) (x-ray energy spectrometers) (semiconductor radiation detectors) (charged-particle detectors)** (of an average reading or root-mean-square voltmeter) The ratio of the peak voltage value that an average reading or root-mean-square voltmeter will accept without overloading to the full scale value of the range

**graphic** that, after carrying out the multiplications within the brackets, a term will be dropped if it contains the transmittance product of two touching loops. 3. The graph determinant reduces to the return difference for a graph having only one loop. 4. The graph determinant is equal to the determinant of the coefficient equations. (CAS) 155-1960w

**graphic** A symbol produced by a process such as handwriting, drawing, or printing. *Synonym:* graphic symbol. (C) 610.2-1987, 610.10-1994w

**graphical** Pertaining to the pictorial representation of data. (C) 610.6-1991w

**graphical display device** A display device that can display graphical output. *Note:* Graphical display devices can display characters but they are in the form of graphical images. *See also:* display space; display surface. (C) 610.6-1991w

**Graphical Information Retrieval Language (GIRL)** A programming language used to manipulate information in arbitrary directed-graph structures, including facilities for insertion, retrieval, deletion, and comparison. (C) 610.13-1993w

**graphical input device** (A) An input device employed in the interactive process of identifying a location on a display surface; for example, a joystick, a data tablet, a control ball, a mouse, or a thumbwheel. (B) An input device employed in the entry of graphical images. (C) 610.6-1991

**Graphical Kernel System (GKS)** A computer graphics standard that provides a set of basic functions for producing computer generated pictures. It was developed by the International Standards Organization (ISO) and adopted by the American National Standards Institute (ANSI). (C) 610.6-1991w

**graphical model** A symbolic model whose properties are expressed in diagrams; for example, a decision tree used to express a complex procedure. *Contrast:* mathematical model; software model; narrative model. (C) 610.3-1989w

**graphical user interface (GUI)** (1) A user interface that is graphical in nature; that is, the user can enter commands by using a mouse, icons and windows. *Note:* Sometimes pronounced "gooey." *Contrast:* character-based user interface. (C) 610.10-1994w
(2) A means of presenting function to a user through the use of graphics. All such interfaces are outside the scope of this standard. (C/PA) 1387.2-1995

**graphical user interface font** *See:* screen font.

**graphic character** (1) A character, other than a control character, that is normally represented by a graphic. *Synonym:* optical character. (C) 610.2-1987
(2) A sequence of one or more *POSIX.POSIX_Characters* representing a single graphic symbol. (C) 1003.5-1999

**graphic display (supervisory control, data acquisition, and automatic control) (station control and data acquisition)** A hardware device [e.g., CRT, VDT, liquid crystal display (LCD), mapboard, plasma panel, arrays of lamps, or light emitting diodes] used to present pictorial information. (PE/SUB) C37.1-1994

**graphic display device** A display device that can display graphical output. *Note:* Graphic display devices can display characters but they are in the form of graphic images. *Contrast:* character display device. (C) 610.10-1994w

**graphic printer** A printer that can display both text and graphical output. *Contrast:* character printer. (C) 610.10-1994w

**graphic input device** An input device employed in the entry of graphic images. Examples include a joystick, a mouse, or a track ball. *See also:* digitizer. (C) 610.10-1994w

**graphics adapter** An expansion board that enhances the computer's ability to control the display device; for example, a graphics adapter that allows color output, or non-interlacing. *Synonym:* video board. (C) 610.10-1994w

**graphics data** *See:* display data.

**graphics field\*** *See:* viewport.

\* Deprecated.

**graphics input** The interactive process of entering data on a graphics system. (C) 610.6-1991w

**graphics language** A programming language that produces display data. (C) 610.6-1991w

**graphics processor** *See:* display processor.

**GraphicString** A value of the ASN.1 GraphicString restricted character string type. (C/PA) 1238.1-1994w

**graphic symbol (1) (abbreviation)** A geometric representation used to depict graphically the generic function of an item as it normally is used in a circuit. *See also:* abbreviation. (GSD) 267-1966
(2) A shorthand used to show graphically the functioning or interconnections of a circuit. A graphic symbol represents the functions of a part in the circuit. For example, when a lamp is employed as a nonlinear resistor, the nonlinear resistor symbol is used. Graphic symbols are used on single-line (one-line) diagrams, on schematic or elementary diagrams, or, as applicable, on connection or wiring diagrams. Graphic symbols are correlated with parts lists, descriptions, or instructions by means of designations. (GSD) 315-1975r

**graphics system** A collection of hardware or software allowing the use of graphical input or output in computer programs. (C) 610.6-1991w

**graphic tablet** A data tablet or digitizer that can be used with a stylus to trace existing graphic images, or for entering new images. (C) 610.10-1994w

**graphic user terminal** A terminal used to display and manipulate both alphanumeric symbols as well as graphic images. (C) 610.10-1994w

**graphite brush** A brush composed principally of graphite. *Note:* This type of brush is soft. Grades of brushes of this type differ greatly in current-carrying capacity and in operating speed from low to high. *See also:* brush. (PE/EEC/LB) [9], [101]

**graph transmittance (network analysis)** The ratio of signal at some specified dependent node, to the signal applied at some specified source node. *Note:* The graph transmittance is the weighted sum of the path transmittances of the different open paths from the designated source node to the designated dependent node, where the weight for each path is the path factor divided bt the graph determinant. (CAS) 155-1960w

**grass** A descriptive colloquialism referring to the appearance of noise on certain displays, such as an A-display. (AES) 686-1997

**graticule (oscilloscopes)** A scale for measurement of quantities displayed on the cathode-ray tube of an oscilloscope. *See also:* oscilloscope. (IM/HFIM) [40]

**graticule area (oscilloscopes)** The area enclosed by the continuous outer graticule lines. *Note:* Unless otherwise stated the graticule area shall be equal to or less than the viewing area. *See also:* quality area; oscillograph; viewing area. (IM/HFIM) [40]

**graticule, internal** *See:* internal graticule.

**grating** *See:* ultrasonic space grating.

**grating lobe** A lobe, other than the main lobe, produced by an array antenna when the interelement spacing is sufficiently large to permit the in-phase addition of radiated fields in more than one direction. (AP/ANT) 145-1993

**gravitational acceleration unit (g, *g*)** (1) A unit of acceleration that is approximately 32.2 ft/s$^2$ [9.8 m/s$^2$]. (C/BA) 1101.4-1993, 1101.3-1993
(2) The symbol *g* denotes a unit of acceleration equal in magnitude to the local value of gravity, unless otherwise specified. *Notes:* 1. In some applications, a standard value of *g* may be specified. 2. For an earthbound accelerometer, the attractive force of gravity acting on the proof mass must be treated as an applied upward acceleration of 1 *g*. (AES/GYAC) 528-1994

**gravity gradient stabilization (communication satellite)** The use of the gravity gradient along a satellite structure for

**repetitive operation (analog computer)** A condition in which the computer operates as a repetitive device; the solution time may be a small fraction of a second or as long as desired, after which the problem is automatically and repetitively cycled through reset, hold, and operate. (C) 165-1977w

**repetitive peak forward current (semiconductor)** The peak value of the forward current including all repetitive transient currents. (IA) [12]

**repetitive peak line voltage (thyristor)** The highest instantaneous value of the line voltage including all repetitive transient voltages, but excluding all nonrepetitive transient voltages. (IA/IPC) 428-1981w

**repetitive peak OFF-state current (semiconductor)** The maximum instantaneous value of the OFF-state current that results from the application of repetitive peak-OFF-state voltage. (IA) [12]

**repetitive peak OFF-state voltage** The maximum instantaneous value of the OFF-state voltage that occurs across a thyristor, including all repetitive transient voltages, but excluding all nonrepetitive transient voltages.
(IA/ED) 223-1966w, [62], [46], [12]

**repetitive peak ON-state current (semiconductor)** The peak value of the ON-state current including all repetitive transient currents. (IA) [12]

**repetitive peak reverse current (semiconductor)** The maximum instantaneous value of the reverse current that results from the application of repetitive peak reverse voltage. (IA) [12]

**repetitive peak reverse voltage (1) (semiconductor rectifiers)** The maximum instantaneous value of the reverse voltage, including all repetitive transient voltages but excluding all nonrepetitive transient voltages, that occurs across a semiconductor rectifier cell, rectifier diode, or rectifier stack. *See also:* semiconductor rectifier stack; principal voltage-current characteristic; rectification.
(IA/ED) 59-1962w, [12], [62], [46], 223-1966w
**(2) (reverse-blocking thyristor)** The maximum instantaneous value of the reverse voltage which occurs across the thyristor, including all repetitive transient voltages, but excluding all non-repetitive transient voltages. (IA) [12]

**repetitive peak reverse-voltage rating (rectifier circuit element)** The maximum value of repetitive peak reverse voltage permitted by the manufacturer under stated conditions. *See also:* average forward current rating.
(IA) 59-1962w, [62], [12]

**repetitive surge and follow-current withstand** The number of surges of specified voltage and current amplitudes and waveshapes that may be applied to a device without causing degradation beyond specified limits. The repetitive surge and follow-current withstand ratings apply to a device connected to an ac line of specified characteristics and to pulses applied at specified rates and phase angles. The effects of any cumulative heating that may occur are included.
(SPD/PE) C62.62-2000

**replaceable unit** A collection of one or more parts considered as a single part for the purposes of replacement and repair due to physical constraints of the unit under test (UUT).
(ATLAS) 1232-1995

**replacement part** A part for use in place of an existing component of switching equipment. (SWG/PE) C37.30-1971s

**replay** *See:* reversible execution.

**replicate** One of multiple aliquants of a sample.
(NI) N42.23-1995

**replica temperature relay** A thermal relay whose internal temperature rise is proportional to that of the protected apparatus or conductor, over a range of values and durations of overloads. (SWG/PE) C37.100-1992

**replication (1) (A)** Theoretically, repetition of an experiment in exact detail. **(B)** Obtaining similar results from similar experiments. (T&D/PE) 539-1990
**(2)** The process by which copies of entries are created and maintained.
(C/PA) 1328.2-1993w, 1326.2-1993w, 1224.2-1993w, 1327.2-1993w

**reply (1) (transponder operation) (navigation aids)** A radio-frequency signal or combination of signals transmitted as a result of an interrogation. (AES/GCS) 172-1983w
**(2)** Messages from the printer to the host. *Synonym:* response.
(C/MM) 1284.1-1997
**(3)** The response sent from a target to an initiator indicating that the target has successfully or unsuccessfully executed the process specified by the command originally sent from the initiator to the target. (C/MM) 1284.4-2000
**(4)** *See also:* transaction completion.
(C/MM) 1212.1-1993

**replying agent** An agent that participates in a transfer operation with the bus owner. (C/MM) 1296-1987s

**reply phase** The final phase of a transfer operation that consists of one or more consecutive data and/or status transfers on the parallel system bus. (C/MM) 1296-1987s

**report** The data objects/elements sent to a master device from slave devices. Used only in connection with slave devices. A slave device may parse requests for objects that it cannot generate or report. (PE/SUB) 1379-1997

**report-by-exception** The reporting of data (e.g., from RTU to master station) only when the data either changes state (e.g., for a status or digital input point) or exceeds a predefined deadband (e.g., for an analog input point).
(SUB/PE) C37.1-1994

**Report Generation Language** A problem-oriented language designed for file processing and report creation.
(C) 610.13-1993w

**reporting period** A period assumed to be one year unless otherwise stated. (PE/T&D) 1366-1998

**reporting period time** The duration of the reporting period (equals service time plus outage time).
(PE/PSE) 859-1987w

**report standard** A standard that describes the characteristics of describing results of engineering and management activities.
(C) 610.12-1990

**report writer (1)** A query language that can produce formatted reports using data from a database or other files.
(C) 610.5-1990w
**(2)** A software tool or programming language used specifically for generating reports. (C) 610.13-1993w

**repository (A)** A collection of all software-related artifacts (e.g., the software engineering environment) belonging to a system. **(B)** The location/format in which such a collection is stored. (C/SE) 1219-1998

**repository of last resort** In a hierarchical memory (or cache-based) environment, a storage location that "owns" the only, or last remaining, copy of sharable data. *Note:* It may be a unique source, an ultimate destination, or simply a "safe" repository of data that may not be invalidated, unless action is taken to preserve a copy of that data at some higher level in the memory (or cache) hierarchy. In a cache-only Futurebus+ system (e.g., one where even the main DRAM storage is also designed as a hardware cache), the repository of last resort begins life as the binding of an address to a physical location in one of the caches, along with the creation of the data by initialization, a copy from some higher level in the memory hierarchy, or by its arrival from some I/O device. This data may migrate around the system, and be owned by different caches at different times, provided no less than one copy of that data is maintained somewhere. A repository of last resort may end its life by an explicit instruction to "destroy" the data by migration to a higher level in the memory (or cache hierarchy), or by transfer of ownership through some I/O device to another system, storage device, or display.
(C/BA) 10857-1994

**representation (1)** A likeness, picture, drawing, block diagram, description, or symbol that logically portrays a physical,

operational, or conceptual image or situation.
(C/SE) 1233-1998
(2) One or more properties used by an algorithm for the realization of a responsibility. (C/SE) 1320.2-1998

**representational model** *See:* descriptive model.

**representation property** A property on which an algorithm operates. (C/SE) 1320.2-1998

**representation standard** A standard that describes the characteristics of portraying aspects of an engineering or management product. (C) 610.12-1990

**representative sample (nuclear power generating station)** Production/prototype equipment used in a qualification program that is equivalent to that for which qualification is sought in terms of design, function, materials, and manufacturing techniques and processes.
(SWG/PE/NP) 649-1980s, C37.100-1992

**reproduce** *See:* duplicate.

**reproducibility (1)** The ability of a system or element to maintain its output/input precision over a relatively long period of time. *See also:* precision; accuracy. (IA) [61]
(2) **(transmission lines and waveguides)** The degree to which a given set of conditions or observations, using different components or instruments each time, can be reproduced. *See also:* measurement system. (IM/HFIM) [40]
(3) **(automatic null-balancing electric instrument)** The closeness of agreement among repeated measurements by the instrument for the same value of input made under the same operating conditions, over a long period of time, approaching from either direction. *Notes:* 1. It is expressed as a maximum nonreproducibility in percent of span for a specified time. 2. Reproducibility includes drift, repeatability, and dead band. *See also:* measurement system. (EEC/EMI) [112]
(4) **(radiation protection) (precision)** The degree of agreement of repeated measurements of the same property expressed quantitatively as the standard deviation computed from the results of the series of measurements.
(NI) N323-1978r
(5) **(supervisory control, data acquisition, and automatic control)** The measure of agreement among multiple readings of the output for the same value of input, made under the same operating conditions, approaching from either direction, using full-range traverses. (SUB/PE) C37.1-1987s

**reproducing punch** *See:* card reproducing punch.

**reproducing stylus** A mechanical element adapted to following the modulations of a record groove and transmitting the mechanical motion thus derived to the pickup mechanism. *See also:* phonograph pickup. (SP) [32]

**reproductibility** *See:* repeatability.

**reproduction speed (facsimile)** The area of copy recorded per unit time. *See also:* recording. (COM) 168-1956w

**reprogrammable read-only memory (RPROM)** *See:* erasable programmable read-only memory.

**reprographics** Automated composition, production, and reproduction of printed material. Methods include photocomposition, computer-aided typesetting, and offset printing. *See also:* office automation. (C) 610.2-1987

**repulsion-induction motor** A motor with repulsion-motor windings and short-circuited brushes, without an additional device for short-circuiting the commutator segments, and with a squirrel-cage winding in the rotor in addition to the repulsion motor winding. (PE) [9]

**repulsion motor** A single-phase motor that has a stator winding arranged for connection to a source of power and a rotor winding connected to a commutator. Brushes on the commutator are short-circuited and are so placed that the magnetic axis of the rotor winding is inclined to the magnetic axis of the stator winding. This type of motor has a varying-speed characteristic. *See also:* asynchronous machine. (PE) [9]

**repulsion-start induction motor** A single-phase motor with repulsion-motor windings and brushes, having a commutator-short-circuiting device that operates at a predetermined speed of rotation to convert the motor into the equivalent of a squirrel-cage motor for running operation. For starting operation, this motor performs as a repulsion motor. *See also:* asynchronous machine. (PE) [9]

**request (1)** Transaction that is generated by a requester, to initiate an action on a responder. For a processor-to-memory read transaction, for example, the request transfers the memory address and command from the processor to memory. In the case of a split transaction, the request would be a separate bus transaction. In the case of a connected transaction, the request would be the connection phase of a bus transaction.
(C/BA) 896.3-1993w
(2) **(local area networks)** (Request_Normal, Request_High) A link control signal indicating that a lower entity has traffic pending for the network. (C) 8802-12-1998
(3) A command, generated by a requester, to initiate an action on a responder. For a processor-to-memory read transaction, for example, the request transfers the memory address and command from the processor to memory. In the case of a split transaction, the request would be a separate bus transaction. In the case of a connected transaction, the request would be the connection phase of a bus transaction.
(C/BA) 10857-1994, 896.4-1993w, 1014.1-1994w
(4) A subaction with a transaction code and optional data sent by a node (the requester) to another node (the responder).
(C/MM) 1394-1995
(5) A message sent from one object (the sender) to another object (the receiver), directing the receiver to fulfill one of its responsibilities. Specifically, a request may be for the value of an attribute, for the value of a participant property, for the application of an operation, or for the truth of a constraint. *Request* also encompasses sentences of such requests. Logical sentences about the property values and constraints of objects are used for queries, pre-conditions, post-conditions, and responsibility realizations. *See also:* message.
(C/SE) 1320.2-1998
(6) A type of primitive in which one layer entity solicits another layer entity to perform a particular function.
(EMB/MIB) 1073.4.1-2000
(7) A primary packet (with optional data) sent by one node's link (the requester) to another node's link (the responder).
(C/MM) 1394a-2000
(8) *See also:* transaction initiation. (C/MM) 1212.1-1993

**request echo** The echo packet generated by a responder or agent when it strips the request send packet. (C/MM) 1596-1992

**request for proposal (RFP) (1)** A request for services, research, or a product prepared by a customer and delivered to prospective developers with the expectation that prospective developers will respond with their proposed cost, schedule, and development approach. (C/SE) 1362-1998
(2) A document used by the acquirer as a means to announce intention to potential bidders to acquire a specified system or software product (which may be part of a system).
(C/SE) 1062-1998

**requester-capable** A term used to describe RamLink slaves that behave as DMA masters in the sense that they generate request packets and receive response packets. The delivery of these request and response packets is done by the controller.
(C/MM) 1596.4-1996

**requested batch service** A service that is either rejected or performed prior to a response from the service to the requester.
(C/PA) 1003.2d-1994

**requester (1) (VSB)** A functional module that resides on the same board as a master and requests use of the DTB whenever its master needs it. When implementing serial arbitration, after requesting use of the DTB, the requester waits for the bus to be granted to it by the arbiter. In the parallel arbitration method, the requester that is associated with the active master initiates an arbitration cycle. This arbitration cycle is used to determine which master will be granted use of the DTB. The