# EXHIBIT 6

America's Best-Selling Dictionary



# Merriam-Webster's Collegiate® Dictionary

## Eleventh Edition

AN ENCYCLOPÆDIA BRITANNICA® COMPANY



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2014 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.    cm.
  Includes index.
ISBN 978-0-87779-807-1   (Laminated unindexed : alk. paper)
ISBN 978-0-87779-808-8   (Jacketed hardcover unindexed : alk. paper)
ISBN 978-0-87779-809-5   (Jacketed hardcover with digital download : alk. paper)
ISBN 978-0-87779-810-1   (Leatherlook with digital download : alk. paper)
ISBN 978-0-87779-811-8   (Luxury Leather)
ISBN 978-0-87779-813-2   (Canadian)
ISBN 978-0-87779-814-9   (International)
  1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36    2003
423—dc21                                         2003003674
                                                               CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

19th Printing Quad Graphics Versailles KY December 2014

**alligator clip** n (ca. 1941) : a spring-loaded clip that has jaws resembling an alligator's and is used for making temporary electrical connections
**alligator pear** n [by folk etymology fr. Sp *aguacate* — more at AVOCADO] (1763) : AVOCADO
**alligator snapping turtle** n (1882) : a turtle (*Macroclemys temminckii*) of southeastern U.S. rivers that may reach nearly 150 pounds (68 kilograms) in weight and 31 inches (79 centimeters) in length — called also *alligator snapper*
**all-im·por·tant** \ˌȯl-im-ˈpȯr-tᵊnt, -tənt\ adj (1787) : of very great or greatest importance ⟨an ~ question⟩
**all-in** \ˈȯl-ˈin\ adj (1890)   **1** chiefly Brit : ALL-INCLUSIVE   **2** chiefly Brit : being almost without restrictions ⟨~ wrestling⟩
**all in** adj (1903) : TIRED, EXHAUSTED ⟨after a day of wood-splitting he was *all in*⟩
**all-in·clu·sive** \ˌȯl-in-ˈklü-siv, -ziv\ adj (1850) : including everything ⟨a broader and more nearly ~ view⟩ — **all-in-clu·sive·ness** n
**al·lit·er·ate** \ə-ˈli-tə-ˌrāt\ vb **-at·ed; -at·ing** [back-formation fr. *alliteration*] vi (1776)   **1** : to form an alliteration   **2** : to write or speak alliteratively ~ vt : to arrange or place so as to make alliteration ⟨~ syllables in a sentence⟩
**al·lit·er·a·tion** \ə-ˌli-tə-ˈrā-shən\ n [*ad-* + L *littera* letter] (ca. 1624) : the repetition of usu. initial consonant sounds in two or more neighboring words or syllables (as *w*ild and *w*oolly, *thr*eatening *thr*ongs) — called also *head rhyme, initial rhyme*
**al·lit·er·a·tive** \ə-ˈli-tə-rə-tiv, -tə-ˌrā-tiv\ adj (1764) : of, relating to, or marked by alliteration — **al·lit·er·a·tive·ly** adv
**al·li·um** \ˈa-lē-əm\ n [NL, genus name, fr. L, garlic] (1597) : any of a large genus (*Allium*) of bulbous herbs of the lily family including the onion, garlic, chive, leek, and shallot
**all-night** \ˈȯl-ˈnīt\ adj (1886)   **1** : lasting throughout the night ⟨an ~ poker game⟩   **2** : open throughout the night ⟨an ~ diner⟩
**all-night·er** \ˈȯl-ˈnī-tər\ n (1964) : something that lasts all night; specif : an all-night study session
**allo-** — see ALL-
**al·lo-an·ti·body** \ˌa-lō-ˈan-ti-ˌbä-dē\ n (1964) : an antibody produced following introduction of an alloantigen into the system of an individual of a species lacking that particular antigen
**al·lo-an·ti·gen** \ˌa-lō-ˈan-ti-jən\ n (1964) : an antigen present only in some individuals (as of a particular blood group) of a species and capable of inducing the production of an alloantibody by individuals which lack it
**al·lo·ca·ble** \ˈa-lə-kə-bəl\ adj (1916) : capable of being allocated
**al·lo·cate** \ˈa-lə-ˌkāt\ vt **-cat·ed; -cat·ing** [ML *allocatus*, pp. of *allocare*, fr. L *ad-* + *locare* to place, fr. *locus* place — more at STALL] (ca. 1641)   **1** : to apportion for a specific purpose or to particular persons or things : DISTRIBUTE ⟨~ tasks among human and automated components⟩   **2** : to set apart or earmark : DESIGNATE ⟨~ a section of the building for special research purposes⟩ — **al·lo·cat·able** \-ˌkā-tə-bəl\ adj — **al·lo·ca·tion** \ˌa-lə-ˈkā-shən\ n — **al·lo·ca·tor** \ˈa-lə-ˌkā-tər\ n
**al·lo·cu·tion** \ˌa-lə-ˈkyü-shən\ n [L *allocution-, allocutio,* fr. *alloqui* to speak to, fr. *ad-* + *loqui* to speak] (1615) : a formal speech; *esp* : an authoritative or hortatory address
**all of** adv (1829) : FULLY ⟨she's *all of* 20 years old⟩
**al·log·a·mous** \ə-ˈlä-gə-məs\ adj (ca. 1890) : reproducing by cross-fertilization — **al·log·a·my** \-mē\ n
**al·lo·ge·ne·ic** \ˌa-lō-jə-ˈnē-ik\ also **al·lo·gen·ic** \-ˈje-nik\ adj [*all-* + *-geneic* (as in *syngeneic*)] (1961) : involving, derived from, or being individuals of the same species that are sufficiently unlike genetically to interact antigenically ⟨~ skin grafts⟩ — compare SYNGENEIC
**al·lo·graft** \ˈa-lə-ˌgraft\ n (1961) : a homograft between allogeneic individuals — **allograft** vt
**al·lo·graph** \ˈa-lə-ˌgraf\ n (1951)   **1** : a letter of an alphabet in a particular shape (as A or a)   **2** : a letter or combination of letters that is one of several ways of representing one phoneme (as *pp* in *hopping* representing the phoneme \p\) — **al·lo·graph·ic** \ˌa-lə-ˈgra-fik\ adj
**al·lom·e·try** \ə-ˈlä-mə-trē\ n (1936) : relative growth of a part in relation to an entire organism or to a standard; *also* : the measure and study of such growth — **al·lo·me·tric** \ˌa-lə-ˈme-trik\ adj
**al·lo·morph** \ˈal-ə-ˌmȯrf\ n [*allo-* + *morph*eme] (1945) : one of a set of forms that a morpheme may take in different contexts ⟨the *-s* of *cats*, the *-en* of *oxen*, and the zero suffix of *sheep* are ~s of the English plural morpheme⟩ — **al·lo·mor·phic** \ˌa-lə-ˈmȯr-fik\ adj — **al·lo·mor·phism** \ˈa-lə-ˌmȯr-ˌfi-zəm\ n
**al·longe** \a-ˈlōⁿzh\ n [F, lit., lengthening] (ca. 1859) : RIDER 2a
**al·lo·path·ic** \ˌa-lə-ˈpa-thik\ adj [G *allopatisch,* fr. *Allopathie* allopathic system of medicine, fr. *allo-* all- + *-pathie* -pathy] (1830) : relating to or being a system of medicine that aims to combat disease by using remedies (as drugs or surgery) which produce effects that are different from or incompatible with those of the disease being treated
**al·lo·pat·ric** \ˌa-lə-ˈpa-trik\ adj [*all-* + Gk *patra* fatherland, fr. *patēr* father — more at FATHER] (1942) : occurring in different geographical areas or in isolation ⟨~ speciation⟩ — compare SYMPATRIC — **al·lo·pat·ri·cal·ly** \-tri-k(ə-)lē\ adv — **al·lop·a·try** \ə-ˈlä-pə-trē\ n
**al·lo·phane** \ˈa-lə-ˌfān\ n [Gk *allophanēs* appearing otherwise, fr. *all-* + *phainesthai* to appear, middle voice of *phainein* to show — more at FANCY] (ca. 1821) : an amorphous translucent mineral of various colors often occurring in incrustations or stalactite forms and consisting of a hydrous aluminum silicate
**al·lo·phone** \ˈa-lə-ˌfōn\ n [*allo-* + *phone*] (1938) : one of two or more variants of the same phoneme ⟨the aspirated \p\ of *pin* and the unaspirated \p\ of *spin* are ~s of the phoneme \p\⟩ — **al·lo·phon·ic** \ˌa-lə-ˈfä-nik\ adj
**al·lo·poly·ploid** \ˌa-lō-ˈpä-li-ˌplȯid\ n (1928) : a polyploid individual or strain having a chromosome set composed of two or more chromosome sets derived more or less complete from different species — **al·lopolyploid** adj — **al·lo·poly·ploi·dy** \-ˌplȯi-dē\ n
**al·lo·pu·ri·nol** \ˌa-lō-ˈpyu̇r-ə-ˌnȯl, -ˌnōl\ n [*all-* + *purine* + *¹-ol*] (1964) : a drug C₅H₄N₄O used to promote excretion of uric acid
**all-or–none** \ˌȯl-ər-ˈnən\ adj (1900) : marked either by entire or complete operation or effect or by none at all ⟨~ response of a nerve cell⟩
**all-or–noth·ing** \-ˈnə-thiŋ\ adj (1765)   **1** : ALL-OR-NONE   **2** a : accepting no less than everything ⟨he's an ~ perfectionist⟩   **b** : risking everything ⟨an ~ combat strategy⟩

**al·lo·saur** \ˈa-lə-ˌsȯr\ n (ca. 1934) : any of a family (Allosauridae) of large theropod dinosaurs usu. having three clawed digits on each arm and leg and living from the late Jurassic to the early Cretaceous period; *esp* : ALLOSAURUS
**al·lo·sau·rus** \ˌa-lə-ˈsȯr-əs\ n [NL, fr. Gk *all-* + *sauros* lizard] (1886) : any of a genus (*Allosaurus*) of very large carnivorous No. American theropod dinosaurs of the late Jurassic period
**al·lo·ste·ric** \ˌa-lō-ˈster-ik, -ˈstir-\ adj [*all-* + *steric*] (1962) : of, relating to, undergoing, or being a change in the shape and activity of a protein (as an enzyme) that results from combination with another substance at a point other than the chemically active site — **al·lo·ste·ri·cal·ly** \-i-k(ə-)lē\ adv — **al·lo·ste·ry** \ˈa-lō-ˌster-ē, -ˌstir-\ n
**al·lot** \ə-ˈlät\ vt **al·lot·ted; al·lot·ting** [ME *alotten,* fr. AF *aloter,* a- (fr. L *ad-*) + *lot,* of Gmc origin; akin to OE *hlot* lot] (15c)   **1** : to assign as a share or portion ⟨~ 10 minutes for the speech⟩   **2** : to distribute by or as if by lot ⟨~ seats to the press⟩ — **al·lot·ter** n
**al·lo·tet·ra·ploid** \ˌa-lō-ˈte-trə-ˌplȯid\ n (1930) : AMPHIDIPLOID — **al·lo·tet·ra·ploi·dy** \-ˌplȯi-dē\ n
**al·lot·ment** \ə-ˈlät-mənt\ n (1574)   **1** : the act of allotting : APPORTIONMENT   **2** : something that is allotted; *esp, chiefly Brit* : a plot of land let to an individual for cultivation
**al·lo·trope** \ˈa-lə-ˌtrōp\ n [ISV, back-formation fr. *allotropy*] (1876) : a form showing allotropy
**al·lot·ro·py** \ə-ˈlä-trə-pē\ n, pl **-pies** (1850) : the existence of a substance and esp. an element in two or more different forms (as of crystals) usu. in the same phase — **al·lo·trop·ic** \ˌa-lə-ˈträ-pik\ adj
**all' ot·ta·va** \ˌa-lə-ˈtä-və, ˌä-lō-\ adv or adj [It, at the octave] (ca. 1823) : OTTAVA
**al·lot·tee** \ə-ˌlä-ˈtē\ n (1846) : one to whom an allotment is made
**al·lo·type** \ˈa-lə-ˌtīp\ n (1960) : an alloantigen that is part of a plasma protein (as an antibody) — **al·lo·typ·ic** \ˌa-lə-ˈti-pik\ adj — **al·lo·typ·i·cal·ly** \-pi-k(ə-)lē\ adv — **al·lo·typy** \ˈa-lə-ˌtī-pē\ n
**all–out** \ˈȯl-ˈau̇t\ adj (1908)   **1** : made with maximum effort : THOROUGHGOING ⟨an ~ effort to win the contest⟩   **2** : FULL-BLOWN 2
**all out** adv (1895) : with full determination or enthusiasm : with maximum effort — used chiefly in the phrase *go all out*
**¹all-over** \ˈȯl-ˌō-vər\ adj (1796) : covering the whole extent or surface ⟨a sweater with an ~ pattern⟩
**²allover** n (1838)   **1** : an embroidered, printed, or lace fabric with a design covering most of the surface   **2** : a pattern or design in which a single unit is repeated so as to cover an entire surface
**¹all over** adv (15c)   **1** : over the whole extent ⟨decorated *all over* with a flower pattern⟩   **2** : EVERYWHERE ⟨looked *all over* for the book⟩   **3** : in every respect : THOROUGHLY ⟨she is her mother *all over*⟩
**²all over** prep (1912)   **1** : in eagerly affectionate, attentive, or aggressive pursuit of ⟨the band's fans were *all over* them⟩   **2** : in or into a state marked by all-out criticism of ⟨the press was *all over* the coach after the loss⟩
**al·low** \ə-ˈlau̇\ vb [ME, fr. AF *aluer, alouer* to place, apportion, allow, fr. MF *allocare* — more at ALLOCATE] vt (14c)   **1 a** : to assign as a share or suitable amount (as of time or money) ⟨~ an hour for lunch⟩   **b** : to reckon as a deduction or an addition ⟨~ a gallon for leakage⟩   **2** a chiefly Southern & Midland : to be of the opinion : THINK   **b** dial : SAY, STATE   **c** : to express an opinion — usu. used with *as how* or *that*   **3** chiefly Southern & Midland : INTEND, PLAN   **4** : ADMIT, CONCEDE ⟨must ~ that money causes problems in marriage⟩   **5 a** : PERMIT ⟨doesn't ~ people to smoke in his home⟩   **b** : to forbear or neglect to restrain or prevent ⟨~ the dog to roam⟩ ~ vi   **1** : to make a possibility : ADMIT — used with *of* ⟨evidence that ~s of only one conclusion⟩   **2** : to give consideration to circumstances or contingencies — used with *for* ⟨~ for expansion⟩
**al·low·able** \ə-ˈlau̇-ə-bəl\ adj (15c) : PERMISSIBLE ⟨~ income tax deductions⟩ — **al·low·ably** \-blē\ adv
**¹al·low·ance** \ə-ˈlau̇-ən(t)s\ n (14c)   **1 a** : a share or portion allotted or granted   **b** : a sum granted as a reimbursement or bounty or for expenses ⟨salary includes cost-of-living ~⟩; *esp* : a sum regularly provided for personal or household expenses ⟨each child has an ~⟩   **c** : a fixed or available amount ⟨provide an ~ of time for recreation⟩   **d** : a reduction from a list price or stated price ⟨a trade-in ~⟩   **2** : an imposed handicap (as in a horse race)   **3** : an allowed dimensional difference between mating parts of a machine   **4** : the act of allowing : PERMISSION   **5** : a taking into account of mitigating circumstances or contingencies ⟨the plan makes no ~ for bad weather⟩
**²allowance** vt **-anced; -anc·ing** (1758)   **1** archaic : to put on a fixed allowance (as of food and drink)   **2** archaic : to supply in a fixed or regular quantity
**al·low·ed·ly** \ə-ˈlau̇-əd-lē\ adv (1602) : by allowance : ADMITTEDLY
**al·lox·an** \ə-ˈläk-sən\ n [G, fr. *Allantoin* + *Oxalsäure* oxalic acid + *-an*] (1853) : a crystalline compound C₄H₂N₂O₄ causing diabetes mellitus when injected into experimental animals
**¹al·loy** \ˈa-ˌlȯi *also* ə-ˈlȯi\ n [F *aloi,* fr. OF *aleir,* fr. *aleier* to combine, fr. L *alligare* to bind — more at ALLY] (1604)   **1** : the degree of mixture with base metals : FINENESS   **2** : a substance composed of two or more metals or of a metal and a nonmetal intimately united usu. by being fused together and dissolving in each other when molten; *also* : the state of union of the components   **3 a** : an admixture that lessens value   **b** : an impairing alien element   **4** : a compound, mixture, or union of different things ⟨an ethnic ~ of many peoples⟩   **5** archaic : a metal mixed with a more valuable metal to give durability or some other desired quality
**²al·loy** \ə-ˈlȯi *also* ˈa-ˌlȯi\ vt (1661)   **1 a** : TEMPER, MODERATE   **b** : to impair or debase by admixture   **2** : to reduce the purity of by mixing with a less valuable metal   **3** : to mix so as to form an alloy ~ vi : to lend itself to being alloyed ⟨iron ~s well⟩
**all–pow·er·ful** \ˈȯl-ˈpau̇(-ə)r-fəl\ adj (1667) : having complete or sole power ⟨an ~ leader⟩
**all–pur·pose** \-ˈpər-pəs\ adj (1928) : suited for many purposes or uses

---

\ə\ about   \ᵊ\ kitten, F table   \ər\ further   \a\ ash   \ā\ ace   \ä\ mop, mar
\au̇\ out   \ch\ chin   \e\ bet   \ē\ easy   \g\ go   \i\ hit   \ī\ ice   \j\ job
\ŋ\ sing   \ō\ go   \ȯ\ law   \ȯi\ boy   \th\ thin   \t͟h\ the   \ü\ loot   \u̇\ foot
\y\ yet   \zh\ vision, beige   \k, ⁿ, œ, ɶ, ᵞ\ see Guide to Pronunciation

cial inquest  **b** : an action to be decided by such an inquest, the writ for instituting it, or the verdict or finding rendered by the jury  **2 a** : the former periodical sessions of the superior courts in English counties for trial of civil and criminal cases — usu. used in pl.  **b** : the time or place of holding such a court, the court itself, or a session of it — usu. used in pl.
**assn** *abbr* association
**assoc** *abbr* associate; associated; association
¹**as·so·ci·ate** \ə-'sō-shē-,āt, -sē-\ *vb* **-at·ed; -at·ing** [ME *associat* associated, fr. L *associatus*, pp. of *associare* to unite, fr. *ad-* + *sociare* to join, fr. *socius* companion — more at SOCIAL] *vt* (14c)  **1** : to join as a partner, friend, or companion  **2** *obs* : to keep company with : ATTEND  **3** : to join or connect together : COMBINE  **4** : to bring together or into relationship in any of various intangible ways (as in memory or imagination) ~ *vi*  **1** : to come or be together as partners, friends, or companions  **2** : to combine or join with other parts : UNITE  *syn* see JOIN
²**as·so·ci·ate** \ə-'sō-shē-ət, -sē-, -,āt, -shət\ *adj* (14c)  **1** : closely connected (as in function or office) with another  **2** : closely related esp. in the mind  **3** : having secondary or subordinate status  (~ membership in a society)
³**as·so·ci·ate** \*same as* ²\ *n* (1533)  **1** : one associated with another: as  **a** : PARTNER, COLLEAGUE  **b** : COMPANION, COMRADE  **2 a** : an entry-level member of a learned society, professional organization, or profession  **b** : EMPLOYEE, WORKER  **3** *often cap* : a degree conferred esp. by a junior college  (~ in arts) — **as·so·ci·ate·ship** \-,ship\ *n*
**associate professor** *n* (1819) : a member of a college or university faculty who ranks above an assistant professor and below a professor — **associate professorship** *n*
**as·so·ci·a·tion** \ə-,sō-sē-'ā-shən, -shē-\ *n* (1535)  **1 a** : the act of associating  **b** : the state of being associated : COMBINATION, RELATIONSHIP  **2** : an organization of persons having a common interest : SOCIETY  **3** : something linked in memory or imagination with a thing or person  **4** : the process of forming mental connections or bonds between sensations, ideas, or memories  **5** : the aggregation of chemical species to form (as with hydrogen bonds) loosely bound complexes  **6** : a major unit in ecological community organization characterized by essential uniformity and usu. by two or more dominant species — **as·so·ci·a·tion·al** \-sh(ə-)nᵊl\ *adj*
**association area** *n* (ca. 1909) : an area of the cerebral cortex that functions in linking and coordinating the sensory and motor areas
**association football** *n* (1873) : SOCCER
**as·so·ci·a·tion·ism** \ə-,sō-sē-'ā-shə-,ni-zəm, -,sō-shē-\ *n* (1875) : a reductionist school of psychology that holds that the content of consciousness can be explained by the association and reassociation of irreducible sensory and perceptual elements — **as·so·ci·a·tion·ist** \-sh(ə-)nist\ *n* — **as·so·ci·a·tion·is·tic** \-,ā-shə-'nis-tik\ *adj*
**as·so·cia·tive** \ə-'sō-shē-,ā-tiv, -sē-, -shə-tiv\ *adj* (1804)  **1** : of or relating to association esp. of ideas or images  **2** : dependent on or acquired by association or learning  **3** : of, having, or being the property of combining to the same mathematical result regardless of the grouping of an expression's elements given that the order of those elements is preserved (since $(a + b) + c = a + (b + c)$) — **as·so·cia·tive·ly** *adv* — **as·so·cia·tiv·i·ty** \-,sō-shē-ə-'ti-və-tē, -sē-, -shə-'ti-\ *n*
**associative learning** *n* (1957) : a learning process in which discrete ideas and percepts become linked to one another
**associative neuron** *n* (1935) : INTERNEURON
**as·soil** \ə-'sȯi(-ə)l\ *vt* [ME, fr. AF *assoilé*, pp. of *assoudre* to absolve, fr. L *absolvere*] (13c)  **1** *archaic* : ABSOLVE, PARDON  **2** *archaic* : ACQUIT, CLEAR  **3** *archaic* : EXPIATE — **as·soil·ment** \-mənt\ *n, archaic*
**as·so·nance** \'a-sə-nən(t)s\ *n* [F, fr. L *assonare* to answer with the same sound, fr. *ad-* + *sonare* to sound, fr. *sonus* sound — more at SOUND] (1727)  **1** : resemblance of sound in words or syllables  **2 a** : relatively close juxtaposition of similar sounds esp. of vowels  **b** : repetition of vowels without repetition of consonants (as in *stony* and *holy*) used as an alternative to rhyme in verse — **as·so·nant** \-nənt\ *adj or n* — **as·so·nan·tal** \,a-sə-'nan-tᵊl\ *adj*
**as soon as** *conj* (14c) : immediately at or shortly after the time that (call *as soon as* you get there)
**as·sort** \ə-'sȯrt\ *vb* [MF *assortir*, fr. *a-* (fr. L *ad-*) + *sorte* sort] *vt* (15c)  **1** : to distribute into groups of a like kind : CLASSIFY  **2** : to supply with an assortment (as of goods) ~ *vi*  **1** : to agree in kind : HARMONIZE  **2** : to keep company : ASSOCIATE — **as·sort·er** *n*
**as·sor·ta·tive** \ə-'sȯr-tə-tiv\ *adj* (1897) : being nonrandom mating based on like or unlike characteristics — **as·sor·ta·tive·ly** \-lē\ *adv*
**as·sort·ed** \-'sȯr-təd\ *adj* (ca. 1794)  **1** : suited esp. by nature or character (an ill-*assorted* pair)  **2** : consisting of various kinds (~ chocolates)
**as·sort·ment** \-'sȯrt-mənt\ *n* (1611)  **1 a** : the act of assorting  **b** : the state of being assorted  **2** : a collection of assorted things or persons
**ASSR** *abbr* Autonomous Soviet Socialist Republic
**asst** *abbr*  **1** assistant  **2** assorted
**asstd** *abbr*  **1** assented  **2** assorted
**as·suage** \ə-'swāj *also* -'swāzh *or* -'swäzh\ *vt* **as·suaged; as·suag·ing** [ME *aswagen*, fr. AF *asuager*, fr. VL *assuaviare, fr. L *ad-* + *suavis* sweet — more at SWEET] (14c)  **1** : to lessen the intensity of (something that pains or distresses) : EASE (unable to ~ their grief)  **2** : PACIFY, QUIET (vainly strove ... to ~ an implacable foe —Edward Gibbon)  **3** : to put an end to by satisfying : APPEASE, QUENCH (*assuaging* his thirst)  *syn* see RELIEVE — **as·suage·ment** \-mənt\ *n*
**as·sua·sive** \ə-'swā-siv, -ziv\ *adj* (1708) : SOOTHING, CALMING
**as·sume** \ə-'süm\ *vt* **as·sumed; as·sum·ing** [ME, fr. L *assumere*, fr. *ad-* + *sumere* to take — more at CONSUME] (15c)  **1 a** : to take up or in : RECEIVE  **b** : to take into partnership, employment, or use  **2 a** : to take to or upon oneself : UNDERTAKE (~ responsibility)  **b** : PUT ON, DON  **c** : to place oneself in (~ a position)  **3** : SEIZE, USURP (~ control)  **4** : to pretend to have or be : FEIGN (*assumed* an air of confidence in spite of her dismay)  **5** : to take as granted or true : SUPPOSE (I ~ he'll be there)  **6** : to take over (the debts of another) as one's own — **as·sum·abil·i·ty** \-,sü-mə-'bi-lə-tē\ *n* — **as·sum·able** \-'sü-mə-bəl\ *adj* — **as·sum·ably** \-blē\ *adv*
*syn* ASSUME, AFFECT, PRETEND, SIMULATE, FEIGN, COUNTERFEIT, SHAM mean to put on a false or deceptive appearance. ASSUME often implies a justifiable motive rather than an intent to deceive (*assumed* an air of cheerfulness around the patients). AFFECT implies making a false show of possessing, using, or feeling (*affected* an interest in art). PRETEND implies an overt and sustained false appearance (*pretended* that nothing had happened). SIMULATE suggests a close imitation of the appearance of something (cosmetics that *simulate* a suntan). FEIGN implies more artful invention than PRETEND, less specific mimicry than SIMULATE (*feigned* sickness). COUNTERFEIT implies achieving the highest degree of verisimilitude of any of these words (an actor *counterfeiting* drunkenness). SHAM implies an obvious falseness that fools only the gullible (*shammed* a most unconvincing limp).
**as·sum·ing** *adj* (1692) : PRETENTIOUS, PRESUMPTUOUS
**as·sump·sit** \ə-'səm(p)-sət\ *n* [NL, he undertook, fr. L *assumere* to undertake] (1590)  **1** : an express or implied promise or contract not under seal on which an action may be brought  **2 a** : a former common-law action brought to recover damages alleged from the breach of an assumpsit  **b** : an action to recover damages for breach of a contract
**as·sump·tion** \ə-'səm(p)-shən\ *n* [ME, fr. LL *assumption-, assumptio* taking up, fr. L *assumere*] (13c)  **1 a** : the taking up of a person into heaven  **b** *cap* : August 15 observed in commemoration of the Assumption of the Virgin Mary  **2** : a taking to or upon oneself (the ~ of a new position)  **3** : the act of laying claim to or taking possession of something (the ~ of power)  **4** : ARROGANCE, PRETENSION  **5 a** : an assuming that something is true  **b** : a fact or statement (as a proposition, axiom, postulate, or notion) taken for granted  **6** : the taking over of another's debts
**as·sump·tive** \ə-'səm(p)-tiv\ *adj* (1611) : of, relating to, or based on assumption
**as·sur·ance** \ə-'shu̇r-ən(t)s\ *n* (14c)  **1** : the act or action of assuring: as  **a** : PLEDGE, GUARANTEE  **b** : the act of conveying real property; *also* : the instrument by which it is conveyed  **c** *chiefly Brit* : INSURANCE  **2** : the state of being assured: as  **a** : SECURITY  **b** : a being certain in the mind (the puritan's ~ of salvation)  **c** : confidence of mind or manner : easy freedom from self-doubt or uncertainty; *also* : excessive self-confidence : BRASHNESS, PRESUMPTION  **3** : something that inspires or tends to inspire confidence (gave repeated ~s of goodwill)  *syn* see CONFIDENCE
**as·sure** \ə-'shu̇r\ *vt* **as·sured; as·sur·ing** [ME, fr. AF *asseurer, assurer*, fr. ML *assecurare*, fr. L *ad-* + *securus* secure] (14c)  **1** : to make safe (as from risks or against overthrow) : INSURE  **2** : to give confidence to (and hereby we know that we are of the truth, and shall ~ our hearts —1 Jn 3:19(AV))  **3** : to make sure or certain : CONVINCE (glancing back to ~ himself no one was following)  **4** : to inform positively (I ~ you that we can do it)  **5** : to make certain the coming or attainment of : GUARANTEE (worked hard to ~ accuracy)  *syn* see ENSURE
¹**as·sured** \ə-'shu̇rd\ *adj* (15c)  **1** : characterized by certainty or security : GUARANTEED (an ~ market)  **2 a** : SELF-ASSURED  **b** : SELF-SATISFIED  **3** : satisfied as to the certainty or truth of a matter (rest ~ we won't be late) — **as·sured·ness** \-'shu̇r-əd-nəs, -'shu̇rd-\ *n*
²**assured** *n, pl* **assured** *or* **assureds** (1755) : INSURED
**as·sur·ed·ly** \ə-'shu̇r-əd-lē\ *adv* (14c)  **1** : without a doubt : CERTAINLY  **2** : in an assured manner : CONFIDENTLY
**as·sur·er** \ə-'shu̇r-ər\ *or* **as·sur·or** \ə-'shu̇r-ər, ə-,shu̇r-'ȯr\ *n* (1607) : one that assures : INSURER
**as·sur·gent** \ə-'sər-jənt\ *adj* [L *assurgent-, assurgens*, prp. of *assurgere* to rise, fr. *ad-* + *surgere* to rise — more at SURGE] (1578) : moving upward : RISING; *esp* : ASCENDANT 1b
**assy** *abbr* assembly
**Assyr** *abbr* Assyrian
**As·syr·i·an** \ə-'sir-ē-ən\ *n* (15c)  **1** : a native or inhabitant of ancient Assyria  **2** : the dialect of Akkadian spoken by the Assyrians — **Assyrian** *adj*
**As·syr·i·ol·o·gy** \ə-,sir-ē-'ä-lə-jē\ *n* (1828) : the science or study of the history, language, and antiquities of ancient Assyria and Babylonia — **As·syr·i·o·log·i·cal** \-,sir-ē-ə-'lä-ji-kəl\ *adj* — **As·syr·i·ol·o·gist** \-'ä-lə-jist\ *n*
**AST** *abbr* Alaska standard time
**-ast** *n suffix* [ME, fr. L *-astes*, fr. Gk *-astēs*, fr. verbs in *-azein*] : one connected with (ecdysi*ast*)
**astar·board** \ə-'stär-bərd\ *adv* (ca. 1630) : toward or on the starboard side of a ship (put the helm hard ~)
**As·tar·te** \ə-'stär-tē\ *n* [L, fr. Gk *Astartē*] (1599) : the Phoenician goddess of fertility and of sexual love
**as·ta·tine** \'as-tə-,tēn\ *n* [Gk *astatos* unsteady, fr. *a-* + *statos* standing, fr. *histanai* to cause to stand — more at STAND] (1947) : a radioactive halogen element discovered by bombarding bismuth with alpha particles and also formed by radioactive decay — see ELEMENT table
**as·ter** \'as-tər\ *n* (1664)  **1** [NL, fr. L, aster, fr. Gk *aster, astēr* star, aster — more at STAR]  **a** : any of various chiefly fall-blooming leafy-stemmed composite herbs (*Aster* and closely related genera) with often showy heads containing disk flowers or both disk and ray flowers  **b** : CHINA ASTER  **2** [NL, fr. Gk *aster-, astēr*] : a system of microtubules arranged radially about a centriole at either end of the mitotic or meiotic spindle


aster 1a

**-aster** *n suffix* [ME, fr. L, suffix denoting partial resemblance] : one that is inferior or not genuine (critic*aster*)
**as·te·ria** \ə-'stir-ē-ə\ *n* [L, a precious stone, fr. Gk, fem. of *asterios* starry, fr. *aster-, astēr*] (1903) : a gemstone cut to show asterism
**as·te·ri·at·ed** \-ē-,ā-təd\ *adj* [Gk *asterios*] (1816) : exhibiting asterism (~ sapphire)
¹**as·ter·isk** \'as-tə-,risk, *esp in plural also* -,rik\ *n* [ME, *astarisc*, fr. LL *asteriscus*, fr. Gk *asteriskos*, lit., little star, dim. of *aster-, astēr*] (14c) : the character * used in printing or writing as a reference mark, as an indication of the omission of letters or words, to denote a hypothetical

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t͟h\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision, beige  \ḵ, ⁿ, œ, ᴜ, ᵞ\ *see* Guide to Pronunciation

**automated teller machine** *n* (1973) : ATM

¹**au·to·mat·ic** \ˌȯ-tə-ˈma-tik\ *adj* [Gk *automatos* self-acting, fr. *aut-* + *-matos* (akin to L *ment-*, *mens* mind) — more at MIND] (1748) **1 a** : largely or wholly involuntary; *esp* : REFLEX 5 ⟨~ blinking of the eyelids⟩ **b** : acting or done spontaneously or unconsciously **c** : done or produced as if by machine : MECHANICAL ⟨the answers were ~⟩ **2** : having a self-acting or self-regulating mechanism ⟨an ~ transmission⟩ **3** *of a firearm* : firing repeatedly until the trigger is released **syn** see SPONTANEOUS — **au·to·mat·i·cal·ly** \-ti-k(ə-)lē\ *adv* — **au·to·ma·tic·i·ty** \-mə-ˈti-sə-tē, -ma-\ *n*

²**automatic** *n* (1897) **1** : a machine or apparatus that operates automatically: as **a** : an automatic firearm **b** : an automatic transmission **2** : a semiautomatic firearm **3** : AUDIBLE

**automatic pilot** *n* (1915) **1** : AUTOPILOT 1 **2** : a state or condition in which activity or behavior is regulated automatically in a predetermined or instinctive manner ⟨doing his job on *automatic pilot*⟩

**automatic teller** *n* (1971) : ATM

**automatic teller machine** *n* (1977) : ATM

**automatic writing** *n* (1855) : writing produced without conscious intention as if of telepathic or spiritualistic origin

**au·to·ma·tion** \ˌȯ-tə-ˈmā-shən\ *n* [¹*automatic*] (1912) **1** : the technique of making an apparatus, a process, or a system operate automatically **2** : the state of being operated automatically **3** : automatically controlled operation of an apparatus, process, or system by mechanical or electronic devices that take the place of human labor

**au·tom·a·tism** \ȯ-ˈtä-mə-ˌti-zəm\ *n* [F *automatisme*, fr. *automate* automaton, fr. L *automaton*] (1776) **1 a** : the quality or state of being automatic **b** : an automatic action **2** : the moving or functioning (as of an organ, tissue, or a body part) without conscious control that occurs either independently of external stimuli (as in the beating of the heart) or under the influence of external stimuli (as in pupil dilation) **3** : a theory that views the body as a machine and consciousness as a noncontrolling adjunct of the body **4** : suspension of the conscious mind to release subconscious images ⟨~ —the surrealist trend toward spontaneity and intuition —*Elle*⟩ — **au·tom·a·tist** \-ˈtä-mə-tist\ *n or adj*

**au·tom·a·tize** \ȯ-ˈtä-mə-ˌtīz\ *vt* **-tized; -tiz·ing** [¹*automatic*] (1910) : to make (an action) reflexive — **au·tom·a·ti·za·tion** \ȯ-ˌtä-mə-tə-ˈzā-shən, -ˌtī-ˈzā-\ *n*

**au·tom·a·ton** \ȯ-ˈtä-mə-tən, -mə-ˌtän\ *n, pl* **-atons** *or* **-a·ta** \-mə-tə, -mə-ˌtä\ [L, fr. Gk, neut. of *automatos*] (1611) **1** : a mechanism that is relatively self-operating; *esp* : ROBOT **2** : a machine or control mechanism designed to follow automatically a predetermined sequence of operations or respond to encoded instructions **3** : an individual who acts in a mechanical fashion

¹**au·to·mo·bile** \ˌȯ-tə-mō-ˈbēl, ˌȯ-tə-mō-ˈbēl, ˌȯ-tə-ˈmō-ˌbēl\ *adj* [F, fr. *aut-* + *mobile*] (1876) : AUTOMOTIVE

²**automobile** *n* (1881) : a usu. four-wheeled automotive vehicle designed for passenger transportation — **automobile** *vi* — **au·to·mo·bil·ist** \-ˈbē-list, -ˌbē-\ *n*

**au·to·mo·bil·i·ty** \ˌȯ-tō-mə-ˈbi-lə-tē, -mō-\ *n* (1896) : the use of automobiles as the major means of transportation

**au·to·mor·phism** \ˌȯ-tə-ˈmȯr-ˌfi-zəm\ *n* [*aut-* + iso*morphism*] (1862) : an isomorphism of a set (as a group) with itself

**au·to·mo·tive** \ˌȯ-tə-ˈmō-tiv\ *adj* (1852) **1** : SELF-PROPELLED **2** : of, relating to, or concerned with self-propelled vehicles or machines

**au·to·nom·ic** \ˌȯ-tə-ˈnä-mik\ *adj* (1888) **1** : acting or occurring involuntarily ⟨~ reflexes⟩ **2** : relating to, affecting, or controlled by the autonomic nervous system or its effects or activity ⟨~ drugs⟩ — **au·to·nom·i·cal·ly** \-mi-k(ə-)lē\ *adv*

**autonomic nervous system** *n* (1898) : a part of the vertebrate nervous system that innervates smooth and cardiac muscle and glandular tissues and governs involuntary actions (as secretion and peristalsis) and that consists of the sympathetic nervous system and the parasympathetic nervous system

**au·ton·o·mist** \ȯ-ˈtä-nə-mist\ *n* (1819) : one who advocates autonomy

**au·ton·o·mous** \ȯ-ˈtä-nə-məs\ *adj* [Gk *autonomos* independent, fr. *aut-* + *nomos* law — more at NIMBLE] (1799) **1** : of, relating to, or marked by autonomy **2 a** : having the right or power of self-government **b** : undertaken or carried on without outside control : SELF-CONTAINED ⟨an ~ school system⟩ **c** : existing or capable of existing independently ⟨an ~ zooid⟩ **b** : responding, reacting, or developing independently of the whole ⟨an ~ growth⟩ **4** : controlled by the autonomic nervous system **syn** see FREE — **au·ton·o·mous·ly** *adv*

**au·ton·o·my** \-mē\ *n, pl* **-mies** (ca. 1623) **1** : the quality or state of being self-governing; *esp* : the right of self-government **2** : self-directing freedom and esp. moral independence **3** : a self-governing state

**au·to·pi·lot** \ˈȯ-tō-ˌpī-lət\ *n* (1916) **1** : a device for automatically steering ships, aircraft, and spacecraft **2** : AUTOMATIC PILOT 2

**au·to·poly·ploid** \ˌȯ-tō-ˈpä-lē-ˌplȯid\ *n* (1928) : an individual or strain whose chromosome complement consists of more than two complete copies of the genome of a single ancestral species — **autopolyploid** *adj* — **au·to·poly·ploi·dy** \-ˌplȯi-dē\ *n*

**au·top·sy** \ˈȯ-ˌtäp-sē, ˈȯ-təp-\ *n, pl* **-sies** [Gk *autopsia* act of seeing with one's own eyes, fr. *aut-* + *opsis* sight, appearance — more at OPTIC] (1678) **1** : an examination of a body after death to determine the cause of death or the character and extent of changes produced by disease — called also *necropsy* **2** : a critical examination, evaluation, or assessment of someone or something past — **autopsy** *vt*

**au·to·ra·dio·gram** \ˌȯ-tō-ˈrā-dē-ə-ˌgram\ *n* (1931) : AUTORADIOGRAPH

**au·to·ra·dio·graph** \ˌȯ-tō-ˈrā-dē-ə-ˌgraf\ *n* [ISV] (1903) : an image produced on a photographic film or plate by the radiations from a radioactive substance in an object which is in close contact with the emulsion — **au·to·ra·dio·graph·ic** \-ˌrā-dē-ə-ˈgra-fik\ *adj* — **au·to·ra·di·og·ra·phy** \-ˌrā-dē-ˈä-grə-fē\ *n*

**au·to·ro·ta·tion** \-rō-ˈtā-shən\ *n* (1926) : the turning of the rotor of an autogiro or a helicopter with the resulting lift caused solely by the aerodynamic forces induced by motion of the rotor along its flight path — **au·to·ro·tate** \-ˈrō-ˌtāt\ *vi*

**au·to·route** \ˈȯ-tō-ˌrüt, -ˌraüt\ *n* [F, fr. *automobile* + *route*] (1951) : an expressway esp. in France

**au·tos–da–fé** *pl of* AUTO-DA-FÉ

**au·to·sex·ing** \ˈȯ-tō-ˌsek-siŋ\ *adj* (1936) : exhibiting different characters in the two sexes at birth or hatching ⟨~ chickens⟩

**au·to·some** \ˈȯ-tə-ˌsōm\ *n* (1906) : a chromosome other than a sex chromosome — **au·to·so·mal** \ˌȯ-tə-ˈsō-məl\ *adj* — **au·to·so·mal·ly** \-mə-lē\ *adv*

**au·to·stra·da** \ˌau̇-tō-ˈsträ-də, ˌȯ-tō-\ *n, pl* **-stradas** *or* **-stra·de** \-ˈsträ-(ˌ)dā\ [It, fr. *automobile* + *strada* street, fr. LL *strata* paved road — more at STREET] (1927) : an expressway esp. in Italy

**au·to·sug·ges·tion** \ˌȯ-tō-sə(g)-ˈjes-chən, -ˈjesh-\ *n* [ISV] (1880) : an influencing of one's own attitudes, behavior, or physical condition by mental processes other than conscious thought : SELF-HYPNOSIS — **au·to·sug·gest** \-sə(g)-ˈjest\ *vt*

**au·to·tel·ic** \ˌȯ-tō-ˈte-lik, -ˈtē-\ *adj* [Gk *autotelēs*, fr. *aut-* + *telos* end — more at TELOS] (1900) : having a purpose in and not apart from itself

**au·to·tet·ra·ploid** \ˌȯ-tō-ˈte-trə-ˌplȯid\ *n* (1930) : an individual or strain whose chromosome complement consists of four copies of a single genome due to doubling of an ancestral chromosome complement — **autotetraploid** *adj* — **au·to·tet·ra·ploi·dy** \-ˌplȯi-dē\ *n*

**au·tot·o·my** \ȯ-ˈtä-tə-mē\ *n* [ISV] (1887) : reflex separation of a part (as an appendage) from the body : division of the body into two or more pieces — **au·tot·o·mous** \-məs\ *adj* — **au·tot·o·mize** \-ˌmīz\ *vb*

**au·to·trans·fu·sion** \ˌȯ-tō-tran(t)s-ˈfyü-zhən\ *n* (1886) : return of autologous blood to the patient's own circulatory system

**au·to·troph** \ˈȯ-tō-ˌtrȯf, -ˌträf\ *n* [G, fr. *autotroph*, adj.] (1938) : an autotrophic organism

**au·to·tro·phic** \ˌȯ-tō-ˈtrō-fik\ *adj* [prob. fr. G *autotroph*, fr. Gk *autotrophos* supplying one's own food, fr. *aut-* + *trephein* to nourish] (1893) **1** : requiring only carbon dioxide or carbonates as a source of carbon and a simple inorganic nitrogen compound for metabolic synthesis of organic molecules (as glucose) ⟨~ plants⟩ — compare HETEROTROPHIC **2** : not requiring a specified exogenous factor for normal metabolism — **au·to·tro·phi·cal·ly** \-fi-k(ə-)lē\ *adv* — **au·tot·ro·phy** \ȯ-ˈtä-trə-fē\ *n*

**Au·to–Tune** *or* **auto–tune** \ˈȯ-tō-ˌt(y)ün\ *vt* [*Auto-Tune*, proprietary signal processor] (2003) : to adjust or alter (a recording of a voice) with Auto-Tune software or other audio-editing software esp. to correct sung notes that are out of tune

**au·to·work·er** \ˈȯ-tō-ˌwər-kər, ˈä-\ *n* (1901) : a person employed in the automobile manufacturing industry

**au·tox·i·da·tion** \ȯ-ˌtäk-sə-ˈdā-shən\ *n* (1883) : oxidation by direct combination with oxygen (as in air) at ordinary temperatures

**au·tumn** \ˈȯ-təm\ *n* [ME *autumpne*, fr. L *autumnus*] (14c) **1** : the season between summer and winter comprising in the northern hemisphere usu. the months of September, October, and November or as reckoned astronomically extending from the September equinox to the December solstice — called also *fall* **2** : a period of maturity or incipient decline ⟨in the ~ of life⟩ — **au·tum·nal** \ȯ-ˈtəm-nəl\ *adj* — **au·tum·nal·ly** \-nə-lē\ *adv*

**autumn crocus** *n* (1822) : an autumn-blooming colchicum (*Colchicum autumnale*)

**au·tun·ite** \ˈȯ-tə-ˌnīt, ˈȯ-tə-\ *n* [*Autun*, town in France] (ca. 1852) : a radioactive usu. lemon-yellow calcium phosphate mineral that occurs in tabular crystals and in scales and that is an ore of uranium

**aux** *abbr* auxiliary verb

¹**aux·il·ia·ry** \ȯg-ˈzil-yə-rē, -ˈzil-rē, -ˈzi-lə-\ *adj* [L *auxiliaris*, fr. *auxilium* help; akin to L *augēre* to increase — more at EKE] (15c) **1 a** : offering or providing help **b** : functioning in a subsidiary capacity ⟨an ~ branch of the state university⟩ **2** *of a verb* : accompanying another verb and typically expressing person, number, mood, or tense **3 a** : SUPPLEMENTARY **b** : constituting a reserve ⟨an ~ power plant⟩ **4** : equipped with sails and a supplementary inboard engine ⟨an ~ sloop⟩

²**auxiliary** *n, pl* **-ries** (1567) **1 a** : an auxiliary person, group, or device; *specif* : a member of a foreign force serving a nation at war **b** : a Roman Catholic titular bishop assisting a diocesan bishop and not having the right of succession — called also *auxiliary bishop* **2** : an auxiliary boat or ship **3** : an auxiliary verb

**aux·in** \ˈȯk-sən\ *n* [ISV, fr. Gk *auxein* to increase — more at EKE] (1933) **1** : any of various usu. acidic organic substances that promote cell elongation in plant shoots and usu. regulate other growth processes (as root initiation): as **a** : INDOLEACETIC ACID **b** : any of various synthetic substances (as 2,4-D) resembling indoleacetic acid in activity and used esp. in research and agriculture **2** : PLANT HORMONE — **aux·in·ic** \ȯk-ˈsi-nik\ *adj*

**auxo·troph** \ˈȯk-sə-ˌtrȯf, -ˌträf\ *n* (1950) : an auxotrophic strain or individual

**auxo·tro·phic** \ˌȯk-sə-ˈtrō-fik\ *adj* [Gk *auxein* to increase + *-o-* + E *-trophic*] (1944) : requiring a specific growth substance beyond the minimum required for normal metabolism and reproduction by the parental or wild-type strain ⟨~ mutants of bacteria⟩ — **aux·ot·ro·phy** \ȯk-ˈsä-trə-fē\ *n*

**av** *abbr* **1** avenue **2** average **3** avoirdupois

**AV** *abbr* **1** ad valorem **2** audiovisual **3** Authorized Version

**A/V** *abbr* audio/video

¹**avail** \ə-ˈvāl\ *vb* [ME, AF *availler*, prob. fr. *a-* (fr. L *ad-*) + *valer*, *valoir* to be of worth, fr. L *valēre* — more at WIELD] (14c) **1** : to be of use or advantage : SERVE ⟨our best efforts did not ~⟩ ~ *vt* **1** : to produce or result in as a benefit or advantage : GAIN ⟨his efforts ~ed him nothing⟩ — **avail oneself of** *also* **avail of** : to make use of : take advantage of ⟨they *availed* themselves of his services⟩

²**avail** *n* (15c) : advantage toward attainment of a goal or purpose : USE ⟨effort was of little ~⟩

**avail·abil·i·ty** \ə-ˌvā-lə-ˈbi-lə-tē\ *n, pl* **-ties** (1803) **1** : the quality or state of being available **2** : an available person or thing

**avail·able** \ə-ˈvā-lə-bəl\ *adj* (15c) **1** *archaic* : having a beneficial effect **2** : VALID — used of a legal plea or charge **3** : present or ready for immediate use ⟨~ resources⟩ **4** : ACCESSIBLE, OBTAINABLE ⟨articles ~ in any drugstore⟩ **5** : qualified or willing to do something or to assume a responsibility ⟨~ candidates⟩ **6** : present in such chemical or physical form as to be usable (as by a plant) ⟨~ nitrogen⟩ ⟨~ water⟩ — **avail·able·ness** *n* — **avail·ably** \-blē\ *adv*

¹**av·a·lanche** \ˈa-və-ˌlanch\ *n* [F, fr. F dial. (Franco-Provençal) *lavantse*, *avalantse*] (1744) **1** : a large mass of snow, ice, earth, rock, or other material in swift motion down a mountainside or over a precipice **2** : a sudden great or overwhelming rush or accumulation of something ⟨hit by an ~ of paperwork⟩ **3** : a cumulative process in which pho-

²**grant** n (13c) **1** : the act of granting **2** : something granted; esp : a gift (as of land or money) for a particular purpose **3 a** : a transfer of property by deed or writing **b** : the instrument by which such a transfer is made; also : the property so transferred **4** : a minor territorial division of Maine, New Hampshire, or Vermont orig. granted by the state to an individual or institution
**grant-ee** \gran-'tē\ n (15c) : one to whom a grant is made
**grant–in–aid** \grant-ᵊn-'ād\ n, pl **grants–in–aid** \gran(t)s-ᵊn-'ād\ (1851) **1** : a grant or subsidy for public funds paid by a central to a local government in aid of a public undertaking **2** : a grant or subsidy to a school or individual for an educational or artistic project
**Grant's gazelle** \'gran(t)s-\ n [James A. Grant †1892 Brit. explorer] (1912) : a large tan gazelle (Gazella granti) of eastern Africa from the Sudan and Ethiopia to Kenya and Uganda with long graceful horns and a white rump bordered with black
**grants-man** \'gran(t)-smən\ n (1966) : a specialist in grantsmanship
**grants-man-ship** \-,ship\ n (1961) : the art of obtaining grants
**granul-** or **granuli-** or **granulo-** comb form [LL granulum] : granule ⟨granulocyte⟩
**gran-u-lar** \'gran-yə-lər\ adj (1762) **1** : consisting of or appearing to consist of granules : GRAINY **2** : finely detailed ⟨~ reports⟩ — **gran-u-lar-i-ty** \,gran-yə-'ler-ə-tē\ n
**gran-u-late** \'gran-yə-,lāt\ vb **-lat-ed; -lat-ing** vt (1666) : to form or crystallize into grains or granules ~ vi : to form granulations ⟨an open granulating wound⟩
**gran-u-la-tion** \,gran-yə-'lā-shən\ n (1612) **1** : the act or process of granulating : the condition of being granulated **2** : one of the minute red granules of new capillaries formed on the surface of a wound in healing **3** : GRANULE 2
**granulation tissue** n (1873) : tissue made up of granulations that temporarily replaces lost tissue in a wound
**gran-ule** \'gran-(,)yül\ n [LL granulum, dim. of L granum grain] (1652) **1** : a small particle; esp : one of numerous particles forming a larger unit **2** : any of the small short-lived brilliant spots on the sun's photosphere
**gran-u-lite** \'gran-yə-,līt\ n (1849) : a granular metamorphic rock consisting mainly of feldspar and quartz — **gran-u-lit-ic** \,gran-yə-'li-tik\ adj
**gran-u-lo-cyte** \'gran-yə-lō-,sīt\ n [ISV] (1906) : a polymorphonuclear white blood cell with granule-containing cytoplasm — **gran-u-lo-cyt-ic** \,gran-yə-lō-'si-tik\ adj
**gran-u-lo-cy-to-poi-e-sis** \,gran-yə-lō-,sī-tə-pȯi-'ē-səs\ n [NL] (1944) : the formation of blood granulocytes typically in the bone marrow
**gran-u-lo-ma** \,gran-yə-'lō-mə\ n, pl **-mas** also **-ma-ta** \-mə-tə\ (1861) : a mass or nodule of chronically inflamed tissue with granulations that is usu. associated with an infective process — **gran-u-lo-ma-tous** \-mə-təs\ adj
**granuloma in-gui-na-le** \-,iŋ-gwə-'na-lē, -'nä-, -'nā-\ n [NL, lit., inguinal granuloma] (1918) : a sexually transmitted disease characterized by ulceration and formation of granulations on the genitalia and in the groin area and caused by a bacterium (Calymmatobacterium granulomatis syn. Donovania granulomatis)
**gran-u-lo-sa cell** \,gran-yə-'lō-sə-\ n [NL granulosa, fr. fem. of granulosus granulated (1936) : one of the estrogen-secreting cells of the epithelial lining of a graafian follicle or its follicular precursor
**gran-u-lose** \'gran-yə-,lōs\ adj (1852) : GRANULAR; esp : having the surface roughened with granules
**gran-u-lo-sis** \,gran-yə-'lō-səs\ n, pl **-lo-ses** \-,sēz\ [NL] (1949) : any of several diseases of lepidopteran larvae marked by minute granular inclusions in infected cells and caused by viruses (genus Granulovirus of the family Baculoviridae)
**gra-num** \'grā-nəm\ n, pl **gra-na** \-nə\ [NL, fr. L, grain — more at CORN] (1894) : one of the lamellar stacks of chlorophyll-containing thylakoids found in plant chloroplasts
**grape** \'grāp\ n, often attrib [ME, fr. AF grape grape stalk, bunch of grapes, grape, of Gmc origin; akin to OHG krapfo hook] (14c) **1 a** : a smooth-skinned juicy greenish-white to deep red or purple berry eaten dried or fresh as a fruit or fermented to produce wine **2** : any of numerous woody vines (genus Vitis of the family Vitaceae, the grape family) that usu. climb by tendrils, produce grapes, and are nearly cosmopolitan in cultivation **3** : GRAPESHOT — **grape-like** \-,līk\ adj
**grape-fruit** \'grāp-,früt\ n (1814) **1** pl **grapefruit** or **grapefruits** : a large citrus fruit with a bitter yellow rind and inner skin and a highly flavored somewhat acid juicy pulp **2** : a small roundheaded tree (Citrus paradisi) of the rue family that produces grapefruit
**grape hyacinth** n (1673) : any of several small bulbous spring-flowering herbs (genus Muscari) of the lily family with racemes of usu. blue flowers
**grape-shot** \'grāp-,shät\ n (1745) : an antipersonnel weapon consisting of a cluster of small iron balls shot from a cannon
**grape sugar** n (1831) : DEXTROSE
**grape-vine** \'grāp-,vīn\ n (ca. 1736) **1** : GRAPE 2 **2 a** : an informal person-to-person means of circulating information or gossip ⟨heard it through the ~⟩ **b** : a secret source of information
**grapey** var of GRAPY
¹**graph** \'graf\ n [short for graphic formula] (1886) **1** : the collection of all points whose coordinates satisfy a given relation (as a function) **2** : a diagram (as a series of one or more points, lines, line segments, curves, or areas) that represents the variation of a variable in comparison with that of one or more other variables **3** : a collection of vertices and edges that join pairs of vertices


grape hyacinth

²**graph** vt (1898) **1** : to represent by a graph **2** : to plot on a graph
³**graph** n [prob. fr. -graph] (1933) **1** : a written or printed representation of a basic unit of speech (as a phoneme or syllable); esp : GRAPHEME 1 **2** : a single occurrence of a letter of an alphabet in any of its various shapes
**-graph** n comb form [L -graphum, fr. Gk -graphon, fr. neut. of -graphos written, fr. graphein to write — more at CARVE] **1** : something written or drawn ⟨monograph⟩ **2** [F -graphe, fr. LL -graphus] : instrument for making or transmitting records or images ⟨chronograph⟩
**graph-eme** \'gra-,fēm\ n [graph + -eme] (1932) **1** : a unit (as a letter or digraph) of a writing system **2** : the set of units of a writing system (as letters and letter combinations) that represent a phoneme — **gra-phe-mic** \gra-'fē-mik\ adj — **gra-phe-mi-cal-ly** \-mi-k(ə-)lē\ adv
**gra-phe-mics** \gra-'fē-miks\ n pl but sing or pl in constr (1951) : the study and analysis of a writing system in terms of graphemes
¹**graph-ic** \'gra-fik\ also **graph-i-cal** \-fi-kəl\ adj [L graphicus, fr. Gk graphikos, fr. graphein] (1637) **1 a** : of or relating to the pictorial arts; also : PICTORIAL **b** : of, relating to, or involving such reproductive methods as those of engraving, etching, lithography, photography, serigraphy, and woodcut **c** : of or relating to the art of printing **d** : relating or according to graphics **2** : formed by writing, drawing, or engraving **3** usu **graphic a** : marked by clear lifelike or vividly realistic description **b** : vividly or plainly shown or described ⟨a ~ sex scene⟩ **4** usu **graphical** : of, relating to, or represented by a graph **5** : of or relating to the written or printed word or the symbols or devices used in writing or printing to represent sound or convey meaning — **graph-i-cal-ly** \-fi-k(ə-)lē\ adv — **graph-ic-ness** \-fik-nəs\ n
**syn** GRAPHIC, VIVID, PICTURESQUE mean giving a clear visual impression in words. GRAPHIC stresses the evoking of a clear lifelike picture ⟨a graphic account of combat⟩. VIVID suggests an impressing on the mind of the vigorous aliveness of something ⟨a vivid re-creation of an exciting event⟩. PICTURESQUE suggests the presentation of a striking or effective picture composed of features notable for their distinctness and charm ⟨a picturesque account of his travels⟩.
²**graphic** n (1944) **1 a** : a product of graphic art **b** pl : the graphic media **2 a** : a graphic representation (as a picture, map, or graph) used esp. for illustration **b** : a pictorial image displayed on a computer screen ⟨the program's ~s are impressive⟩ **c** pl but sing or pl in constr : the art or science of drawing a representation of an object on a two-dimensional surface according to mathematical rules of projection **3** pl but sing or pl in constr : the process whereby a computer displays graphics **4** : a printed message superimposed on a television picture
**-graphic** or **-graphical** adj comb form [LL -graphicus, fr. Gk -graphikos, fr. graphikos] : written or transmitted in a (specified) way ⟨stylographic⟩ ⟨telegraphic⟩
**graph-i-ca-cy** \'gra-fə-kə-sē\ n [graphic + -acy (as in literacy)] (1965) : the ability to understand, use, or generate graphic images (as maps and diagrams)
**graphical user interface** n (1981) : a computer program designed to allow a computer user to interact easily with the computer typically by making choices from menus or groups of icons
**graphic arts** n pl (1858) : the fine and applied arts of representation, decoration, and writing or printing on flat surfaces together with the techniques and crafts associated with them
**graphic design** n (1935) : the art or profession of using design elements (as typography and images) to convey information or create an effect; also : a product of this art — **graphic designer** n
**graphic equalizer** n (1969) : an electronic device for adjusting the frequency response of an audio system by means of a number of controls each of which adjusts the response for a band centered on a particular frequency
**graphic novel** n (1978) : a fictional story that is presented in comic-strip format and published as a book
**graphics tablet** n (1980) : a device by which pictorial information is entered into a computer in a manner similar to drawing
**graph-ite** \'gra-,fīt\ n [G Graphit, fr. Gk graphein to write] (1796) **1** : a soft black lustrous form of carbon that conducts electricity and is used in lead pencils and electrolytic anodes, as a lubricant, and as a moderator in nuclear reactors **2** : a composite material in which carbon fibers are the reinforcing material — **gra-phit-ic** \gra-'fi-tik\ adj
**graph-i-tize** \'gra-fə-,tīz, -,fīt-īz\ vt **-tized; -tiz-ing** (1899) : to convert into graphite — **graph-i-tiz-able** \-,tī-zə-bəl, -,fīt-īz-\ adj — **graph-i-ti-za-tion** \,gra-fə-tə-'zā-shən, -,fī-\ n
**grapho-** comb form [F, fr. MF, fr. Gk, fr. graphē, fr. graphein to write] : writing ⟨grapholect⟩
**graph-o-lect** \'gra-fə-,lekt\ n [grapho- + -lect (as in dialect)] (1977) : a standard written language
**gra-phol-o-gist** \gra-'fä-lə-jist\ n (1885) : a specialist in graphology
**gra-phol-o-gy** \-jē\ n [F graphologie, fr. grapho- + -logie -logy] (1882) : the study of handwriting esp. for the purpose of character analysis — **graph-o-log-i-cal** \,gra-fə-'lä-ji-kəl\ adj
**graph paper** n (1927) : paper ruled for drawing graphs
**graph theory** n (1947) : a branch of mathematics concerned with the study of graphs
**-graphy** n comb form [L -graphia, fr. Gk, fr. graphein] **1** : writing or representation in a (specified) manner or by a (specified) means or of a (specified) object ⟨stenography⟩ ⟨photography⟩ **2** : writing on a (specified) subject or in a (specified) field ⟨hagiography⟩
**grap-nel** \'grap-nᵊl\ n [ME grapenel, fr. AF grapinel, dim. of MF grapin, dim. of OF grape hook, grape stalk, bunch of grapes — more at GRAPE] (14c) : a small anchor with usu. four or five flukes used esp. to recover a sunken object or to anchor a small boat — see ANCHOR illustration
**grap-pa** \'grä-pə\ n [It, fr. It. dial., grape stalk, of Gmc origin; akin to OHG krapfo hook] (ca. 1893) : a dry colorless brandy distilled from fermented grape pomace
¹**grap-ple** \'gra-pəl\ n [ME grappel grappling hook, fr. OF *grappelle, dim. of grape hook — more at GRAPE] (1601) **1 a** : the act or an instance of grappling **b** : a hand-to-hand struggle **c** : a contest for superiority or mastery **2** : a bucket similar to a clamshell but usu. having more jaws
²**grapple** vb **grap-pled; grap-pling** \'gra-p(ə-)liŋ\ vt (1530) **1** : to seize with or as if with a grapple **2** : to come to grips with : WRESTLE **3** : to bind closely ~ vi **1** : to make a ship fast with a grappling hook **2** : to come to grips **3** : to use a grapple — **grap-pler** \-p(ə-)lər\ n
**grappling** n (1582) **1** : GRAPNEL **2** : GRAPPLING HOOK

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \o\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ɶ, ʏ\ see Guide to Pronunciation

forming a particular structure or tissue in the normal course of development ⟨~ retina⟩ — **pre·sump·tive·ly** *adv*
**pre·sump·tu·ous** \pri-'zəm(p)-chə-wəs, -chəs, -shəs\ *adj* [ME, fr. AF *presumptius*, fr. LL *praesumptuosus*, irreg. fr. *praesumptio*] (14c) : overstepping due bounds (as of propriety or courtesy) : taking liberties — **pre·sump·tu·ous·ly** *adv* — **pre·sump·tu·ous·ness** *n*
**pre·sup·pose** \,prē-sə-'pōz\ *vt* [ME, fr. MF *presupposer*, fr. ML *praesupponere* (perf. indic. *praesupposui*), fr. L *prae-* + ML *supponere* to suppose — more at SUPPOSE] (15c) 1 : to suppose beforehand 2 : to require as an antecedent in logic or fact — **pre·sup·po·si·tion** \,prē-,sə-pə-'zi-shən\ *n* — **pre·sup·po·si·tion·al** \-'zish-nəl, -'zi-shə-n°l\ *adj*
**pre·syn·ap·tic** \,prē-sə-'nap-tik\ *adj* (1937) : of, occurring in, or being a neuron by which a nerve impulse is conveyed to a synapse ⟨a ~ membrane⟩ ⟨a ~ neuron⟩ — **pre·syn·ap·ti·cal·ly** \-ti-k(ə-)lē\ *adv*
**prêt-à-por·ter** *or* **pret-a-por·ter** \,pret-ä-pôr-'tā\ *n* [F, ready to wear] (1959) : ready-to-wear clothes
¹**pre·teen** \'prē-'tēn, -,tēn\ *n* (1952) : a boy or girl not yet 13 years old
²**preteen** *adj* (1954) 1 : relating to or produced for children esp. in the 9 to 12 year-old age group ⟨~ fashions⟩ 2 : being younger than 13
**pre·teen-ag·er** \,(,)prē-'tē-nā-jər\ *n* (1965) : PRETEEN
¹**pre·tend** \pri-'tend\ *vb* [ME, fr. AF *pretendre*, fr. L *praetendere* to allege as an excuse, lit., to stretch out, fr. *prae-* pre- + *tendere* to stretch — more at THIN] *vt* (15c) 1 : to give a false appearance of being, possessing, or performing ⟨does not ~ to be a psychiatrist⟩ 2 a : to make believe : FEIGN ⟨he ~ed deafness⟩ b : to claim, represent, or assert falsely ⟨~ing an emotion he could not really feel⟩ 3 *archaic* : VENTURE, UNDERTAKE ~ *vi* 1 : to feign an action, part, or role esp. in play 2 : to put in a claim ⟨cannot ~ to any particular expertise —Clive Barnes⟩ *syn* see ASSUME
²**pretend** *adj* (1911) 1 : IMAGINARY, MAKE-BELIEVE ⟨had a ~ pal with whom he talked⟩ 2 : not genuine : MOCK ⟨~ pearls⟩ 3 : being a nonfunctional imitation ⟨a ~ train for the children to play in⟩
**pre·tend·ed** \pri-'ten-dəd\ *adj* (15c) : professed or avowed but not genuine ⟨~ affection⟩ — **pre·tend·ed·ly** *adv*
**pre·tend·er** \pri-'ten-dər\ *n* (1609) : one that pretends: as  a : one who lays claim to something; *specif* : a claimant to a throne who is held to have no just title  b : one who makes a false or hypocritical show
**pre·tense** *or* **pre·tence** \'prē-,ten(t)s, pri-'\ *n* [ME, prob. modif. of ML *pretensio*, irreg. fr. L *praetendere*] (15c) 1 : a claim made or implied; *esp* : one not supported by fact 2 : mere ostentation : PRETENTIOUSNESS ⟨confuse dignity with pomposity and ~ —Bennett Cerf⟩  b : a pretentious act or assertion 3 : an inadequate or insincere attempt to attain a certain condition or quality 4 : professed rather than real intention or purpose : PRETEXT ⟨was there under false ~s⟩ 5 : MAKE-BELIEVE, FICTION 6 : false show : SIMULATION ⟨saw through his ~ of indifference⟩
¹**pre·ten·sion** \pri-'ten(t)-shən\ *n* (15c) 1 : an allegation of doubtful value : PRETEXT 2 : a claim or an effort to establish a claim 3 : a claim or right to attention or honor because of merit 4 : an aspiration or intention that may or may not reach fulfillment ⟨has serious literary ~s⟩ 5 : VANITY, PRETENTIOUSNESS *syn* see AMBITION — **pre·ten·sion·less** \-ləs\ *adj*
²**pre·ten·sion** \,prē-'ten(t)-shən\ *vt* [pre- + ²*tension*] (1937) : PRESTRESS
**pre·ten·tious** \pri-'ten(t)-shəs\ *adj* [F *prétentieux*, fr. *prétention* pretension, fr. ML *pretention-, pretentio*, fr. L *praetendere*] (1832) 1 : characterized by pretension: as  a : making usu. unjustified or excessive claims (as of value or standing) ⟨the ~ fraud who assumes a love of culture that is alien to him —Richard Watts⟩  b : expressive of affected, unwarranted, or exaggerated importance, worth, or stature ⟨~ language⟩ ⟨~ houses⟩ 2 : making demands on one's skill, ability, or means : AMBITIOUS ⟨the ~ daring of the Green Mountain Boys in crossing the lake —*Amer. Guide Series: Vt.*⟩ *syn* see SHOWY — **pre·ten·tious·ly** *adv* — **pre·ten·tious·ness** *n*
¹**pret·er·it** *or* **pret·er·ite** \'pre-tə-rət\ *adj* [ME *preterit*, fr. AF, fr. L *praeteritus*, fr. pp. of *praeterire* to go by, pass, fr. *praeter* beyond, past, by (fr. compar. of *prae* before) + *ire* to go — more at FOR, ISSUE] (14c) *archaic* : BYGONE, FORMER
²**preterit** *or* **preterite** *n* (14c) : PAST TENSE
**pre·term** \(,)prē-'tərm, 'prē-,\ *adj* (1928) : of, relating to, being, or brought forth by premature birth ⟨a ~ infant⟩ ⟨~ labor⟩
**pre·ter·mi·nal** \(,)prē-'tərm-nəl, -'tər-mə-\ *adj* (1947) : occurring or being in the period prior to death ⟨~ cancer⟩ ⟨a ~ patient⟩
**pre·ter·mis·sion** \,prē-tər-'mi-shən\ *n* [L *praetermission-, praetermissio*, fr. *praetermittere*] (1583) : the act or an instance of pretermitting : OMISSION
**pre·ter·mit** \-'mit\ *vt* -mit·ted; -mit·ting [L *praetermittere*, fr. *praeter* by, past + *mittere* to let go, send] (1513) 1 : to leave undone : NEGLECT 2 : to let pass without mention or notice : OMIT 3 : to suspend indefinitely ⟨the grand jury voted to ~⟩
**pre·ter·nat·u·ral** \,prē-tər-'na-chə-rəl, -'nach-rəl\ *adj* [ML *praeternaturalis*, fr. L *praeter naturam* beyond nature] (1580) 1 : existing outside of nature 2 : exceeding what is natural or regular : EXTRAORDINARY ⟨wits trained to ~ acuteness by the debates —G. L. Dickinson⟩ 3 : inexplicable by ordinary means; *esp* : PSYCHIC ⟨~ phenomena⟩ — **pre·ter·nat·u·ral·ly** \-'na-chə-rə-lē, -'nach-rə-, -'na-chər-\ *adv* — **pre·ter·nat·u·ral·ness** \-'na-chə-rəl-nəs, -'nach-rəl-\ *n*
**pre·test** \'prē-,test\ *n* (1926) : a preliminary test: as  a : a test of the effectiveness or safety of a product prior to its sale  b : a test to evaluate the preparedness of students for further studies — **pretest** \(,)prē-'test\ *vi*
**pre·text** \'prē-,tekst\ *n* [L *praetextus*, fr. *praetexere* to assign as a pretext, screen, extend in front, fr. *prae-* + *texere* to weave — more at TECHNICAL] (1513) : a purpose or motive alleged or an appearance assumed in order to cloak the real intention or state of affairs *syn* see APOLOGY
**pre·text·ing** \'prē-,tek-stiŋ\ *n* (1992) : the practice of presenting oneself as someone else in order to obtain private information
**pretor, pretorian** *var of* PRAETOR, PRAETORIAN
**pret·ti·fy** \'pri-ti-,fī, 'pər-, 'prü-\ *vt* -fied; -fy·ing (1850) : to make pretty — **pret·ti·fi·ca·tion** \,pri-tə-fə-'kā-shən, ,pər-, ,prü-\ *n* — **pret·ti·fi·er** \'pri-ti-,fī(-ə)r, 'pər-, 'prü-\ *n*
**pret·ti·ness** \'pri-tē-nəs, 'pər-, 'prü-\ *n* (1617) 1 : the quality or state of being pretty 2 : something pretty
¹**pret·ty** \'pri-tē, 'pər- *also* 'prü-\ *adj* **pret·ti·er; -est** [ME *praty, pretty*, fr.

OE *prættig* tricky, fr. *prætt* trick; akin to ON *prettr* trick] (bef. 12c) 1 a : ARTFUL, CLEVER  b : PAT, APT 2 a : pleasing by delicacy or grace  b : having conventionally accepted elements of beauty  c : appearing or sounding pleasant or nice but lacking strength, force, manliness, purpose, or intensity ⟨~ words that make no sense —Elizabeth B. Browning⟩ 3 a : MISERABLE, TERRIBLE ⟨a ~ mess you've gotten us into⟩  b *chiefly Scot* : STOUT 4 : moderately large : CONSIDERABLE ⟨a very ~ profit⟩ ⟨cost a ~ penny⟩ 5 : easy to enjoy : PLEASANT — usu. used in negative constructions ⟨reality is not so ~ —Caleb Solomon⟩ *syn* see BEAUTIFUL — **pret·ti·ly** \-tə-lē\ *adv* — **pret·ty·ish** \-tē-ish\ *adj*
²**pret·ty** \'pri-tē, 'pər- *also* 'prü-; 'prüt\ *adv* (1565) 1 a : in some degree : MODERATELY ⟨pretty cold weather⟩  b : QUITE, MAINLY ⟨the wound was . . . ~ bad —Walt Whitman⟩ 2 : in a pretty manner : PRETTILY ⟨pop vocalists who can sing ~ —Gerald Levitch⟩ — **pretty much** : MAINLY, LARGELY
*usage* Some handbooks say that *pretty* is overworked and recommend using a more specific word or restricting *pretty* to informal or colloquial contexts. *Pretty* is used to tone down a statement and is in wide use in all forms of English. It is common in informal speech and writing but is neither rare nor wrong in serious discourse ⟨he may, if he be *pretty* well off or clever, qualify himself as a doctor —G. B. Shaw⟩ ⟨a return to those traditions of American foreign policy which worked *pretty* well for over a century —H. S. Commager⟩ ⟨the arguments for buying expensive books have to be *pretty* cogent —*Times Lit. Supp.*⟩.
³**pret·ty** \'pri-tē, 'pər- *also* 'prü-\ *n, pl* **pret·ties** (1736) 1 *pl* : dainty clothes; *esp* : LINGERIE 2 : a pretty person or thing
⁴**pret·ty** \*same as* ³\ *vt* **pret·tied; pret·ty·ing** (1909) : to make pretty — usu. used with *up* ⟨curtains to ~ up the room⟩
**pretty boy** *n* (1885) : a man who is notably good-looking; *also* : DANDY 1
**pret·zel** \'pret-səl\ *n* [G *Brezel*, ultim. fr. L *brachiatus* having branches like arms, fr. *brachium* arm — more at BRACE] (ca. 1838) : a brittle or chewy glazed usu. salted slender bread often shaped like a loose knot
**prev** *abbr* previous; previously
**pre·vail** \pri-'vāl\ *vi* [ME, fr. L *praevalēre*, fr. *prae-* pre- + *valēre* to be strong — more at WIELD] (15c) 1 : to gain ascendancy through strength or superiority : TRIUMPH 2 : to be or become effective or effectual 3 : to use persuasion successfully ⟨~ed on him to sing⟩ 4 : to be frequent : PREDOMINATE ⟨the west winds that ~ in the mountains⟩ 5 : to be or continue in use or fashion : PERSIST ⟨a custom that still ~s⟩
**prev·a·lence** \'pre-və-lən(t)s, 'prev-lən(t)s\ *n* (1713) 1 : the quality or state of being prevalent 2 : the degree to which something is prevalent; *esp* : the percentage of a population that is affected with a particular disease at a given time
**prev·a·lent** \-lənt\ *adj* [L *praevalent-, praevalens* very powerful, fr. prp. of *praevalēre*] (1576) 1 *archaic* : POWERFUL 2 : being in ascendancy : DOMINANT 3 : generally or widely accepted, practiced, or favored : WIDESPREAD — **prevalent** *n* — **prev·a·lent·ly** *adv*
**pre·var·i·cate** \pri-'ver-ə-,kāt, -'va-rə-\ *vi* **-cat·ed; -cat·ing** [L *praevaricatus*, pp. of *praevaricari* to act in collusion, lit., to straddle, fr. *prae-* + *varicare* to straddle, fr. *varus* bowlegged] (ca. 1631) : to deviate from the truth : EQUIVOCATE *syn* see LIE — **pre·var·i·ca·tion** \-,ver-ə-'kā-shən, -,va-rə-\ *n* — **pre·var·i·ca·tor** \-'ver-ə-,kā-tər, -'va-rə-\ *n*
**pre·ve·nient** \pri-'vēn-yənt\ *adj* [L *praevenient-, praeveniens*, prp. of *praevenire*] (ca. 1656) : ANTECEDENT, ANTICIPATORY — **pre·ve·nient·ly** *adv*
**pre·vent** \pri-'vent\ *vb* [ME, to anticipate, fr. L *praeventus*, pp. of *praevenire* to come before, anticipate, forestall, fr. *prae-* + *venire* to come — more at COME] *vt* (15c) 1 *archaic* a : to be in readiness for (as an occasion)  b : to meet or satisfy in advance  c : to act ahead of  d : to go or arrive before 2 : to deprive of power or hope of acting or succeeding 3 : to keep from happening or existing ⟨steps to ~ war⟩ 4 : to hold or keep back : HINDER, STOP — often used with *from* ~ *vi* : to interpose an obstacle — **pre·vent·abil·i·ty** \-,ven-tə-'bi-lə-tē\ *n* — **pre·vent·able** *also* **pre·vent·ible** \-'ven-tə-bəl\ *adj* — **pre·vent·er** *n*
*syn* PREVENT, ANTICIPATE, FORESTALL mean to deal with beforehand. PREVENT implies taking advance measures against something possible or probable ⟨measures taken to *prevent* leaks⟩. ANTICIPATE may imply merely getting ahead of another by being a precursor or forerunner or it may imply checking another's intention by acting first ⟨*anticipated* the question by making a statement⟩. FORESTALL implies a getting ahead so as to stop or interrupt something in its course ⟨hoped to *forestall* the sale⟩.
**pre·ven·ta·tive** \-'ven-tə-tiv\ *adj or n* (ca. 1666) : PREVENTIVE
**pre·ven·tion** \pri-'ven(t)-shən\ *n* (1582) : the act of preventing or hindering
¹**pre·ven·tive** \-'ven-tiv\ *n* (ca. 1639) : something that prevents; *esp* : something used to prevent disease
²**preventive** *adj* (ca. 1626) : devoted to or concerned with prevention : PRECAUTIONARY ⟨~ steps against soil erosion⟩: as  a : designed or serving to prevent the occurrence of disease ⟨~ medical care⟩  b : undertaken to forestall anticipated hostile action ⟨a ~ coup⟩ — **pre·ven·tive·ly** *adv* — **pre·ven·tive·ness** *n*
**pre·ver·bal** \(,)prē-'vər-bəl\ *adj* (1921) 1 : occurring before the verb 2 : having not yet acquired the faculty of speech ⟨a ~ child⟩
¹**pre·view** \'prē-,vyü\ *vt* (1607) 1 : to see beforehand; *specif* : to view or to show in advance of public presentation 2 : to give a preliminary survey of — **pre·view·er** \-,vyü-ər\ *n*
²**preview** *n* (1882) 1 : an advance statement, sample, or survey 2 : an advance showing or performance (as of a motion picture or play) 3 *also* **pre·vue** \-,vyü\ : a showing of clips from a motion picture advertised for appearance in the near future — called also *trailer*
**pre·vi·ous** \'prē-vē-əs\ *adj* [L *praevius* leading the way, fr. *prae-* pre- + *via* way — more at WAY] (1625) 1 : going before in time or order : PRIOR 2 : acting too soon : PREMATURE ⟨was ~ in his conclusion⟩ *syn* see PRECEDING — **pre·vi·ous·ly** *adv* — **pre·vi·ous·ness** *n*
**previous question** *n* (ca. 1715) : a parliamentary motion to put the pending question to an immediate vote without further debate or amendment that if defeated has the effect of permitting resumption of debate
**previous to** *prep* (1698) : PRIOR TO, BEFORE

**re·pos·sess** \ˌrē-pə-ˈzes also -ˈses\ vt (15c) **1 a** : to regain possession of **b** : to take possession of (something bought) from a buyer in default of the payment of installments due **2** : to restore to possession — **re·pos·ses·sion** \-ˈzesh-ən also -ˈsesh-\ n — **re·pos·ses·sor** \-ˈzes-ər also -ˈses-\ n
¹**re·pous·sé** \rə-ˌpü-ˈsā, -ˈpü-ˌ\ adj [F, lit., pushed back] (1858) **1** : shaped or ornamented with patterns in relief made by hammering or pressing on the reverse side — used esp. of metal **2** : formed in relief
²**repoussé** n (1858) **1** : repoussé work **2** : repoussé decoration
**re·pow·er** \(ˌ)rē-ˈpau̇(-ə)r\ vt (1954) : to provide again or anew with power; esp : to provide (as a boat) with a new engine
**repp** var of REP
**repped** past and past part of ⁵REP
**repping** pres part of ⁵REP
**rep·re·hend** \ˌre-pri-ˈhend\ vt [ME, fr. L reprehendere, lit., to hold back, fr. re- + prehendere to grasp — more at GET] (14c) : to voice disapproval of : CENSURE **syn** see CRITICIZE
**rep·re·hen·si·ble** \ˌre-pri-ˈhen(t)-sə-bəl\ adj (14c) : worthy of or deserving reprehension : CULPABLE — **rep·re·hen·si·bil·i·ty** \-ˌhen(t)-sə-ˈbi-lə-tē\ n — **rep·re·hen·si·ble·ness** \-ˈhen(t)-sə-bəl-nəs\ n — **rep·re·hen·si·bly** \-blē\ adv
**rep·re·hen·sion** \-ˈhen(t)-shən\ n [ME reprehensioun, fr. AF or L; AF reprehension, fr. L reprehension-, reprehensio, fr. reprehendere] (14c) : the act of reprehending : CENSURE
**rep·re·hen·sive** \-ˈhen(t)-siv\ adj (1589) : serving to reprehend : conveying reprehension or reproof
**rep·re·sent** \ˌre-pri-ˈzent\ vb [ME, fr. AF representer, fr. L repraesentare, fr. re- + praesentare to present] vt (14c) **1** : to bring clearly before the mind : PRESENT ⟨a book which ∼s the character of early America⟩ **2** : to serve as a sign or symbol of ⟨the flag ∼s our country⟩ **3** : to portray or exhibit in art : DEPICT **4** : to serve as the counterpart or image of : TYPIFY ⟨a movie hero who ∼s the ideals of the culture⟩ **5 a** : to produce on the stage **b** : to act the part or role of **6 a** (1) : to take the place of in some respect (2) : to act in the place of or for esp. by legal right (3) : to manage the legal and business affairs of ⟨athletes ∼ed by top lawyers and agents⟩ **b** : to serve esp. in a legislative body by delegated authority resulting from election **7** : to describe as having a specified character or quality ⟨∼s himself as a friend⟩ **8 a** : to give one's impression and judgment of : state in a manner intended to affect action or judgment **b** : to point out in protest or remonstrance **9** : to serve as a specimen, example, or instance of **10 a** : to form an image or representation of in the mind **b** (1) : to apprehend (an object) by means of an idea (2) : to recall in memory **11** : to correspond in essence : CONSTITUTE ∼ vi **1** : to make representations against something : PROTEST **2** slang : to perform a task or duty admirably : serve as an outstanding example — **rep·re·sent·able** \-ˈzen-tə-bəl\ adj — **rep·re·sent·er** n
**re·pre·sent** \(ˌ)rē-pri-ˈzent\ vt (1564) : to present again or anew — **pre·sen·ta·tion** \ˌrē-ˌpri-ˌzen-ˈtā-shən, -ˌpre-zən-ˌ-ˌprē-zən-\ n
**rep·re·sen·ta·tion** \ˌre-pri-ˌzen-ˈtā-shən, -zən-\ n (15c) **1** : one that represents: as **a** : an artistic likeness or image **b** (1) : a statement or account made to influence opinion or action (2) : an incidental or collateral statement of fact on the faith of which a contract is entered into **c** : a dramatic production or performance **d** (1) : a usu. formal statement made against something or to effect a change (2) : a usu. formal protest **2** : the act or action of representing : the state of being represented: as **a** : REPRESENTATIONALISM **2 b** (1) : the action or fact of one person standing for another so as to have the rights and obligations of the person represented **c** : the substitution of an individual or class in place of a person (as a child for a deceased parent) **c** : the action of representing or the fact of being represented esp. in a legislative body **3** : the body of persons representing a constituency — **rep·re·sen·ta·tion·al** \-shnəl, -shə-nᵊl\ adj — **rep·re·sen·ta·tion·al·ly** adv
**rep·re·sen·ta·tion·al·ism** \-shnə-ˌli-zəm, -shə-nᵊl-ˌi-\ n (1842) **1** : the doctrine that the immediate object of knowledge is an idea in the mind distinct from the external object which is the occasion of perception **2** : the theory or practice of realistic representation in art — **rep·re·sen·ta·tion·al·ist** \-list, -ist\ n
¹**rep·re·sen·ta·tive** \ˌre-pri-ˈzen-tə-tiv\ adj (14c) **1** : serving to represent **2 a** : standing or acting for another esp. through delegated authority **b** : of, based on, or constituting a government in which the many are represented by persons chosen from among them usu. by election **3** : serving as a typical or characteristic example ⟨a ∼ moviegoer⟩ **4** : of or relating to representation or representationalism — **rep·re·sen·ta·tive·ly** adv — **rep·re·sen·ta·tive·ness** n — **rep·re·sen·ta·tiv·i·ty** \-ˌzen-tə-ˈti-və-tē\ n
²**representative** n (1635) **1** : one that represents another or others: as **a** (1) : one that represents a constituency as a member of a legislative body (2) : a member of the house of representatives of the U.S. Congress or a state legislature **b** : one that represents another as agent, deputy, substitute, or delegate usu. being invested with the authority of the principal **c** : one that represents a business organization **d** : one that represents another as successor or heir **2** : a typical example of a group, class, or quality : SPECIMEN
**re·press** \ri-ˈpres\ vb [ME, fr. AF represser, fr. L repressus, pp. of reprimere to check, fr. re- + premere to press — more at PRESS] vt (14c) **1 a** : to check by or as if by pressure : CURB ⟨injustice was ∼ed⟩ **b** : to put down by force : SUBDUE ⟨∼ a disturbance⟩ **2 a** : to hold in by self-control ⟨∼ed a laugh⟩ **b** : to prevent the natural or normal expression, activity, or development of ⟨∼ed her anger⟩ **c** : to exclude from consciousness ⟨∼ed the memory of abuse⟩ **4** : to inactivate (a gene or formation of a gene product) by allosteric combination at a DNA binding site ∼ vi : to take repressive action — **re·press·ibil·i·ty** \-ˌpre-sə-ˈbi-lə-tē\ n — **re·press·ible** \-ˈpre-sə-bəl\ adj — **re·pres·sive** \-ˈpre-siv\ adj — **re·pres·sive·ly** adv — **re·pres·sive·ness** n
**re–press** \(ˌ)rē-ˈpres\ vt (14c) : to press again ⟨∼ a record⟩
**re·pressed** \ri-ˈprest\ adj (1665) **1** : subjected to or marked by repression **2** : characterized by restraint
**re·pres·sion** \ri-ˈpre-shən\ n (1533) **1 a** : the action or process of repressing : the state of being repressed ⟨∼ of unpopular opinions⟩ **b** : an instance of repressing ⟨racial ∼s⟩ **2 a** : a mental process by which distressing thoughts, memories, or impulses that may give rise to anxiety are excluded from consciousness and left to operate in the unconscious **b** : an item so excluded — **re·pres·sion·ist** \-sh(ə-)nist\ adj
**re·pres·sor** \ri-ˈpre-sər\ n [NL] (1611) : one that represses; esp : a protein that is determined by a regulatory gene, binds to a genetic operator, and inhibits the initiation of transcription of messenger RNA
**re·priev·al** \ri-ˈprē-vəl\ n (ca. 1586) archaic : REPRIEVE
¹**re·prieve** \ri-ˈprēv\ vt **re·prieved**; **re·priev·ing** [prob. blend of obs. repreve to reprove (fr. ME) and obs. repry to remand, postpone, fr. AF repri-, past stem of reprendre to take back] (1596) **1** : to delay the punishment of (as a condemned prisoner) **2** : to give relief or deliverance to for a time
²**reprieve** n (1592) **1 a** : the act of reprieving : the state of being reprieved **b** : a formal temporary suspension of the execution of a sentence esp. of death **2** : an order or warrant for a reprieve **3** : a temporary respite (as from pain or trouble)
¹**rep·ri·mand** \ˈre-prə-ˌmand\ n [F réprimande, fr. L reprimenda, fem. of reprimendus, gerundive of reprimere to check — more at REPRESS] (1636) : a severe or formal reproof
²**reprimand** vt (1681) : to reprove sharply or censure formally usu. from a position of authority **syn** see REPROVE
¹**re·print** \(ˌ)rē-ˈprint\ vt (1551) : to print again : make a reprint of
²**re·print** \ˈrē-ˌprint, (ˌ)rē-ˈ\ n (1611) : a reproduction of printed matter: as **a** : a subsequent printing of a book already published that preserves the identical text of the previous printing **b** : OFFPRINT **c** : matter (as an article) that has appeared in print before — **re·print·er** \(ˌ)rē-ˈprin-tər\ n (1689) : one that publishes a reprint
**re·pri·sal** \ri-ˈprī-zəl\ n [ME reprisail, AF reprisaile, fr. ML represalia, fr. OIt rappresaglia, ultim. fr. ripreso, pp. of riprendere to take back, fr. L re- (fr. L re-) + prendere to take, fr. L prehendere — more at GET] (15c) **1 a** : the act or practice in international law of resorting to force short of war in retaliation for damage or loss suffered **b** : an instance of such action **2** obs : PRIZE **3** : the regaining of something (as by recapture) **4** : something (as a sum of money) given or paid in restitution — usu. used in pl. **5** : a retaliatory act
¹**re·prise** \ri-ˈprēz, 1 is also -ˈprīz\ n [ME, fr. AF, seizure, repossession, expense, fr. fem. pp. of reprendre to take back, fr. re- + prendre to take, fr. L prehendere] (15c) **1** : a deduction or charge made yearly out of a manor or estate — usu. used in pl. **2** : a recurrence, renewal, or resumption of an action **3** [F, fr. MF] **a** : a musical repetition: (1) : the repetition of the exposition preceding the development (2) : RECAPITULATION **3 b** : a repeated performance : ENCORE
²**re·prise** \ri-ˈprīz, 3 is -ˈprēz\ vt **re·prised**; **re·pris·ing** [ME, fr. MF repris, pp. of reprendre] (14c) **1** archaic : TAKE BACK; esp : to recover by force **2** archaic : COMPENSATE **3 a** : to repeat the performance of **b** : to repeat the principal points or stages of : RECAPITULATE
**re·pris·ti·nate** \(ˌ)rē-ˈpris-tə-ˌnāt\ vt **-nat·ed**; **-nat·ing** [re- + pristine + ⁴-ate] (1659) : to restore to an original state or condition — **re·pris·ti·na·tion** \(ˌ)rē-ˌpris-tə-ˈnā-shən\ n
**re·pro** \ˈrē-(ˌ)prō\ n, pl **repros** [short for reproduction] (1946) **1** : a clear sharp proof made esp. from a letterpress printing surface to serve as photographic copy for a printing plate **2** : REPRODUCTION 2
¹**re·proach** \ri-ˈprōch\ n [ME reproche, fr. AF, fr. reprocher to reproach, fr. VL *repropiare to bring close, show, fr. L re- + prope near — more at APPROACH] (14c) **1** : an expression of rebuke or disapproval **2** : the act or action of reproaching or disapproving ⟨was beyond ∼⟩ **3 a** : a cause or occasion of blame, discredit, or disgrace **b** : DISCREDIT, DISGRACE ∼ vi : one subjected to censure or scorn — **re·proach·ful** \-fəl\ adj — **re·proach·ful·ly** \-fə-lē\ adv — **re·proach·ful·ness** n
²**reproach** vt (14c) **1** : to express disappointment in or displeasure with (a person) for conduct that is blameworthy or in need of amendment **2** : to make (something) a matter of reproach **3** : to bring into discredit **syn** see REPROVE — **re·proach·able** \-ˈprō-chə-bəl\ adj — **re·proach·er** n — **re·proach·ing·ly** \-ˈprō-chiŋ-lē\ adv
**rep·ro·ba·tion** \ˌre-prə-ˈbā-shən\ n (1604) archaic : REPROBATION
¹**rep·ro·bate** \ˈre-prə-ˌbāt\ vt **-bat·ed**; **-bat·ing** [ME, fr. LL reprobatus, pp. of reprobare — more at REPROVE] (15c) **1** : to condemn strongly as unworthy, unacceptable, or evil ⟨reprobating the laxity of the age⟩ **2** : to foreordain to damnation **3** : to refuse to accept : REJECT **syn** see CRITICIZE — **rep·ro·ba·tive** \ˈre-prə-ˌbā-tiv\ adj — **rep·ro·ba·to·ry** \-bə-ˌtȯr-ē\ adj
²**reprobate** adj (15c) **1** archaic : rejected as worthless or not standing a test : CONDEMNED **2 a** : foreordained to damnation **b** : morally corrupt : DEPRAVED **3** : expressing or involving reprobation **4** : of, relating to, or characteristic of a reprobate
³**reprobate** n (1545) : a reprobate person
**rep·ro·ba·tion** \ˌre-prə-ˈbā-shən\ n (14c) : the act of reprobating : the state of being reprobated
**re·pro·cess** \(ˌ)rē-ˈprä-ˌses, -ˈprō-, -səs\ vt (1921) : to subject to a special process or treatment in preparation for reuse; esp : to extract uranium and plutonium from (the spent fuel rods of a nuclear reactor) for use again as fuel
**re·pro·duce** \ˌrē-prə-ˈdüs, -ˈdyüs\ vt (ca. 1611) : to produce again: as **a** : to produce (new individuals of the same kind) by a sexual or asexual process **b** : to cause to exist again or anew ⟨∼ water from steam⟩ **c** : to imitate closely ⟨sound-effects can ∼ the sound of thunder⟩ **d** : to present again **e** : to make a representation (as an image or copy) of ⟨∼ a face on canvas⟩ **f** : to revive mentally : RECALL **g** : to translate (a recording) into sound ∼ vi **1** : to undergo reproduction **2** : to produce offspring — **re·pro·duc·er** n — **re·pro·duc·ibil·i·ty** \-ˌdü-sə-ˈbi-lə-tē, -ˌdyü-\ n — **re·pro·duc·ible** \-ˈdü-sə-bəl, -ˈdyü-\ adj or n — **re·pro·duc·ibly** \-blē\ adv
**re·pro·duc·tion** \ˌrē-prə-ˈdək-shən\ n (1659) **1** : the act or process of reproducing; specif : the process by which plants and animals give rise to offspring and which fundamentally consists of the segregation of a portion of the parental body by a sexual or asexual process and its subsequent growth and differentiation into a new individual **2** : something reproduced : COPY **3** : young seedling trees in a forest

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th̲\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ᴜ, ʀ\ see Guide to Pronunciation