# EXHIBIT 9

# Merriam-Webster's Collegiate Dictionary

Eleventh Edition

# Merriam-Webster's Collegiate® Dictionary

ELEVENTH
EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2012 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.    cm.
  Includes index.
  ISBN 978-0-87779-807-1    (Laminated unindexed : alk. paper)
  ISBN 978-0-87779-808-8    (Jacketed hardcover unindexed : alk. paper)
  ISBN 978-0-87779-809-5    (Jacketed hardcover with digital download : alk. paper)
  ISBN 978-0-87779-810-1    (Leatherlook with digital download : alk. paper)
  ISBN 978-0-87779-813-2    (Canadian)
  ISBN 978-0-87779-814-9    (International)
    1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-
    Webster, Inc.
  PE1628.M36     2003
  423—dc21                                                    2003003674
                                                                    CIP


Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

16th Printing Quad Graphics Versailles KY January 2012

lə-; *also* \ˌa-lə-ˈlä-pə-thē\ *n* [ISV] f one plant species by another. due **al·le·lo·path·ic** \ə-ˌlē-lə-ˈpa-thik,

fr. LL, fr. Gk *allēlouia,* fr. Heb HALLELUJAH
mänd, *¹a & ²also* \ˌa-lə-¹\ *n, often* n] (1685) 1 : a musical composite) in moderate tempo and duple d 18th century court dance developed dance  **b** : a dance step with arms

*ij* (ca. 1649) : COMPLETE, SWEEP-

nufacturing Co., Hartford, Conn.] al bar either end of which fits the

+ *-gen*] (1910) : a substance (as pol- **en·ic** \ˌa-lər-ˈje-nik\ *adj* — **al·ler-** rsion ⟨∼ to work⟩
caused by exposure to an allergen;

ecialist in allergy
*llergie,* fr. *all-* + Gk *ergon* work — bodily reactivity (as hypersensitivist exposure ⟨a bee venom ∼ so se- l⟩  2 : exaggerated or pathological zing, difficult breathing, itching, or ns, or physical states that are with- ge individual  3 : medical practice ng of antipathy or aversion *rethrin*] (1950) : a light yellow visticide C₁₉H₂₆O₃ used esp. in house-

-at·ing [LL *alleviatus*, pp. of *alle-* at LIGHT] (15c) : RELIEVE, LESSEN; : bearable ⟨her sympathy *alleviated* e or correct ⟨measures taken to ∼ ; — **al·le·vi·a·tion** \-ˌlē-vē-ˈā-shən\

*alee,* fr. *aler* to go] (14c)  1 : a gar- or bushes  **2 a** (1) : a grassed en- : a hardwood lane for bowling; *also* up of such lanes  **b** : the space on between the sideline and the service l outfield between two outfielders  3 : a narrow street; *esp* : a thorlock giving access to the rear of lots *lso* **down one's alley** : suited to

f alter; fr. *alabaster*] (1720) : a play- ality

*allez-oop*, cry of a circus acrobat ers, pl. imper. of *aller* to go + E *-oop*, tball play in which a leaping player d immediately dunks the ball; *also* uch a play

a narrow passageway  **2** : ALLEY  **3** *hell-fired* damned, fr. *hellfire*] (1837) OLS' DAY
gs of a quadruped  **b** : the two legs ed to support the body ⟨down on *all* ious card games in which points are np, jack of trumps, and game 1879) : the utmost conceivable de- gest something superlative ⟨is busy

ess greeting, welcome, or acclama-

*l* Allhallows [short for *All Hallows*' me ⟨stayed up until *all hours*⟩ *allium* garlic] (1792) : resembling e

1 : the state of being allied : the ac- lection between families, states, par- ween government and industry⟩  2 mon interests of the members; *specif* reaty  3 : union by relationship in of alliance
enus name of garlic, fr. L, garlic] + ent compound C₆H₁₀OS₂ formed en- s that imparts the distinctive smell to properties
 having or being in close association marriage⟩  2 : joined in alliance by of or relating to the nations united World War I or those united against  **a** : related esp. by common proper- ubjects⟩  **b** : related genetically

*agarto* the lizard, fr. *el* the (fr. L *ille* *tus,* fr. L *lacertus, lacerta* — more at o crocodilians (*Alligator mississippi-* *A. sinensis* of China) having broad d a special pocket in the upper jaw r fourth tooth  **b** : CROCODILIAN  **2**

**alligator clip** *n* (ca. 1941) : a spring-loaded clip that has jaws resembling an alligator's and is used for making temporary electrical connections
**alligator pear** *n* [by folk etymology fr. Sp *aguacate* — more at AVOCADO] (1763) : AVOCADO
**alligator snapping turtle** *n* (1882) : a turtle (*Macroclemys temminckii*) of southeastern U.S. rivers that may reach nearly 150 pounds (68 kilograms) in weight and 31 inches (79 centimeters) in length — called also *alligator snapper*
**all-im·por·tant** \ˌȯl-im-ˈpȯr-tᵊnt, -tənt\ *adj* (1787) : of very great or greatest importance ⟨an ∼ question⟩
**all-in** \ˌȯl-ˈin\ *adj* (1890)  **1** *chiefly Brit* : ALL-INCLUSIVE  **2** *chiefly Brit* : being almost without restrictions ⟨∼ wrestling⟩
**all in** *adj* (1903) : TIRED, EXHAUSTED ⟨after a day of wood-splitting he was *all in*⟩
**all-in·clu·sive** \ˌȯl-in-ˈklü-siv, -ziv\ *adj* (1850) : including everything ⟨a broader and more nearly ∼ view⟩ — **all-in·clu·sive·ness** *n*
**al·lit·er·ate** \ə-ˈli-tə-ˌrāt\ *vb* **-at·ed; -at·ing** [back-formation fr. *alliteration*] *vi* (1776)  **1** : to form an alliteration  **2** : to write or speak alliteratively  ∼ *vt* : to arrange or place so as to make alliteration ⟨∼ syllables in a sentence⟩
**al·lit·er·a·tion** \ə-ˌli-tə-ˈrā-shən\ *n* [*ad-* + L *littera* letter] (ca. 1624) : the repetition of usu. initial consonant sounds in two or more neighboring words or syllables (as *w*ild and *w*oolly, *thr*eatening *thr*ongs) — called also *head rhyme, initial rhyme*
**al·lit·er·a·tive** \ə-ˈli-tər-ə-tiv, -tə-ˌrā-tiv\ *adj* (1764) : of, relating to, or marked by alliteration — **al·lit·er·a·tive·ly** *adv*
**al·li·um** \ˈa-lē-əm\ *n* [NL, genus name, fr. L, garlic] (1597) : any of a large genus (*Allium*) of bulbous herbs of the lily family including the onion, garlic, chive, leek, and shallot
**all-night** \ˈȯl-ˈnīt\ *adj* (1886)  **1** : lasting throughout the night ⟨an ∼ poker game⟩  **2** : open throughout the night ⟨an ∼ diner⟩
**all-night·er** \ˈȯl-ˈnī-tər\ *n* (1964) : something that lasts all night; *specif* : an all-night study session
**allo-** — see ALL-
**al·lo·an·ti·body** \ˌa-lō-ˈan-ti-ˌbä-dē\ *n* (1964) : an antibody produced following introduction of an alloantigen into the system of an individual of a species lacking that particular antigen
**al·lo·an·ti·gen** \ˌa-lō-ˈan-ti-jən\ *n* (1964) : an antigen present only in some individuals (as of a particular blood group) of a species and capable of inducing the production of an alloantibody by individuals which lack it
**al·lo·ca·ble** \ˈa-lə-kə-bəl\ *adj* (1916) : capable of being allocated
**al·lo·cate** \ˈa-lə-ˌkāt\ *vt* **-cat·ed; -cat·ing** [ML *allocatus*, pp. of *allocare*, fr. L *ad-* + *locare* to place, fr. *locus* place — more at STALL] (ca. 1641)  **1** : to apportion for a specific purpose or to particular persons or things : DISTRIBUTE ⟨∼ tasks among human and automated components⟩  **2** : to set apart or earmark : DESIGNATE ⟨∼ a section of the building for special research purposes⟩ — **al·lo·cat·a·ble** \-ˌkā-tə-bəl\ *adj* — **al·lo·ca·tion** \ˌa-lə-ˈkā-shən\ *n* — **al·lo·ca·tor** \ˈa-lə-ˌkā-tər\ *n*
**al·lo·cu·tion** \ˌa-lə-ˈkyü-shən\ *n* [L *allocution-, allocutio*, fr. *alloqui* to speak to, fr. *ad-* + *loqui* to speak] (1615) : a formal speech; *esp* : an authoritative or hortatory address
**all of** *adv* (1829) : FULLY ⟨she's *all of* 20 years old⟩
**al·log·a·mous** \ə-ˈlä-gə-məs\ *adj* (ca. 1890) : reproducing by cross-fertilization — **al·log·a·my** \-mē\ *n*
**al·lo·ge·ne·ic** \ˌa-lō-jə-ˈnē-ik\ *also* **al·lo·gen·ic** \-ˈje-nik\ *adj* [*all-* + *-geneic* (as in *syngeneic*)] (1961) : involving, derived from, or being individuals of the same species that are sufficiently unlike genetically to interact antigenically ⟨∼ skin grafts⟩ — compare SYNGENEIC
**al·lo·graft** \ˈa-lō-ˌgraft\ *n* (1961) : a homograft between allogeneic individuals — **allograft** *vt*
**al·lo·graph** \ˈa-lə-ˌgraf\ *n* (1951)  **1** : a letter of an alphabet in a particular shape (as A or a)  **2** : a letter or combination of letters that is one of several ways of representing one phoneme (as *pp* in *hopping* representing the phoneme \p\) — **al·lo·graph·ic** \ˌa-lə-ˈgra-fik\ *adj*
**al·lom·e·try** \ə-ˈlä-mə-trē\ *n* (1936) : relative growth of a part in relation to an entire organism or to a standard; *also* : the measure and study of such growth — **al·lo·met·ric** \ˌa-lə-ˈme-trik\ *adj*
**al·lo·morph** \ˈa-lə-ˌmȯrf\ *n* [*allo-* + *morpheme*] (1945) : one of a set of forms that a morpheme may take in different contexts ⟨the *-s* of *cats*, the *-en* of *oxen*, and the zero suffix of *sheep* are ∼*s* of the English plural morpheme⟩ — **al·lo·mor·phic** \ˌa-lə-ˈmȯr-fik\ *adj* — **al·lo·mor·phism** \ˈa-lə-ˌmȯr-ˌfi-zəm\ *n*
**al·longe** \ä-ˈlōⁿzh\ *n* [F, lit., lengthening] (ca. 1859) : RIDER 2a
**al·lo·path·ic** \ˌa-lə-ˈpa-thik\ *adj* [G *allopatisch*, fr. *Allopathie* an allopathic system of medicine, fr. *allo-* all- + *-pathie -pathy*] (1830) : relating to or being a system of medicine that aims to combat disease by using remedies (as drugs or surgery) which produce effects that are different from or incompatible with those of the disease being treated
**al·lo·pat·ric** \ˌa-lə-ˈpa-trik\ *adj* [*all-* + Gk *patra* fatherland, fr. *patēr* father — more at FATHER] (1942) : occurring in different geographical areas or in isolation ⟨∼ speciation⟩ — compare SYMPATRIC — **al·lo·pat·ri·cal·ly** \-tri-k(ə-)lē\ *adv* — **al·lop·a·try** \ə-ˈlä-pə-trē\ *n*
**al·lo·phane** \ˈa-lə-ˌfān\ *n* [Gk *allophanēs* appearing otherwise, fr. *all-* + *phainesthai* to appear, middle voice of *phainein* to show — more at FANCY] (ca. 1821) : an amorphous translucent mineral of various colors often occurring in incrustations or stalactite forms and consisting of a hydrous aluminum silicate
**al·lo·phone** \ˈa-lə-ˌfōn\ *n* [*allo-* + *phone*] (1938) : one of two or more variants of the same phoneme ⟨the aspirated \p\ of *pin* and the unaspirated \p\ of *spin* are ∼*s* of the phoneme \p\⟩ — **al·lo·phon·ic** \ˌa-lə-ˈfä-nik\ *adj*
**al·lo·poly·ploid** \ˌa-lō-ˈpä-li-ˌplȯid\ *n* (1928) : a polyploid individual or strain having a chromosome set composed of two or more chromosome sets derived more or less complete from different species — **al·lo·poly·ploid·y** \-ˌplȯi-dē\ *n*
**al·lo·pu·ri·nol** \ˌa-lō-ˈpyu̇r-ə-ˌnȯl, -ˌnōl\ *n* [*all-* + *purine* + *-ol*] (1964) : a drug C₅H₄N₄O used to promote excretion of uric acid
**all-or-none** \ˌȯl-ər-ˈnən\ *adj* (1900) : marked either by entire or complete operation or effect or by none at all ⟨∼ response of a nerve cell⟩
**all-or-noth·ing** \-ˈnə-thiŋ\ *adj* (1765)  **1** : ALL-OR-NONE  **2 a** : accepting no less than everything ⟨he's an ∼ perfectionist⟩  **b** : risking everything ⟨an ∼ combat strategy⟩

**al·lo·saur** \ˈa-lə-ˌsȯr\ *n* (ca. 1934) : any of a family (Allosauridae) of large theropod dinosaurs usu. having three clawed digits on each arm and leg and living from the late Jurassic to the early Cretaceous period; *esp* : ALLOSAURUS
**al·lo·sau·rus** \ˌa-lə-ˈsȯr-əs\ *n* [NL, fr. Gk *all-* + *sauros* lizard] (1886) : any of a genus (*Allosaurus*) of very large carnivorous No. American theropod dinosaurs of the late Jurassic period
**al·lo·ste·ric** \ˌa-lō-ˈster-ik, -ˈstir-\ *adj* [*all-* + *steric*] (1962) : of, relating to, undergoing, or being a change in the shape and activity of a protein (as an enzyme) that results from combination with another substance at a point other than the chemically active site — **al·lo·ste·ri·cal·ly** \-i-k(ə-)lē\ *adv* — **al·lo·ste·ry** \ˈa-lō-ˌster-ē, -ˌstir-\ *n*
**al·lot** \ə-ˈlät\ *vt* **al·lot·ted; al·lot·ting** [ME *alotten*, fr. AF *aloter, a-* (fr. L *ad-*) + *lot*, of Gmc origin; akin to OE *hlot* lot] (15c)  **1** : to assign as a share or portion ⟨∼ 10 minutes for the speech⟩  **2** : to distribute by or as if by lot ⟨∼ seats to the press⟩ — **al·lot·ter** *n*
**al·lo·te·tra·ploid** \ˌa-lō-ˈte-trə-ˌplȯid\ *n* (1930) : AMPHIDIPLOID — **al·lo·te·tra·ploi·dy** \-ˌplȯi-dē\ *n*
**al·lot·ment** \ə-ˈlät-mənt\ *n* (1574)  **1** : the act of allotting : APPORTIONMENT  **2** : something that is allotted; *esp, chiefly Brit* : a plot of land let to an individual for cultivation
**al·lo·trope** \ˈa-lə-ˌtrōp\ *n* [ISV, back-formation fr. *allotropy*] (1876) : a form showing allotropy
**al·lot·ro·py** \ə-ˈlä-trə-pē\ *n, pl* **-pies** (1850) : the existence of a substance and esp. an element in two or more different forms (as of crystals) usu. in the same phase — **al·lo·trop·ic** \ˌa-lə-ˈträ-pik\ *adj*
**all' ot·ta·va** \ˌa-lə-ˈtä-və, ˌä-lō-\ *adv or adj* [It, at the octave] (ca. 1823) : OTTAVA
**al·lot·tee** \ə-ˌlä-ˈtē\ *n* (1846) : one to whom an allotment is made
**al·lo·type** \ˈa-lə-ˌtīp\ *n* (1960) : an alloantigen that is part of a plasma protein (as an antibody) — **al·lo·typ·ic** \ˌa-lə-ˈti-pik\ *adj* — **al·lo·typ·i·cal·ly** \-pi-k(ə-)lē\ *adv* — **al·lo·ty·py** \ˈa-lə-ˌtī-pē\ *n*
**all-out** \ˈȯl-ˈau̇t\ *adj* (1908)  **1** : made with maximum effort : THOROUGHGOING ⟨an ∼ effort to win the contest⟩  **2** : FULL-BLOWN 2
**all out** *adv* (1895) : with full determination or enthusiasm : with maximum effort — used chiefly in the phrase *go all out*
¹**all-over** \ˈȯl-ˌō-vər\ *adj* (1796) : covering the whole extent or surface ⟨a sweater with an ∼ pattern⟩
²**allover** *n* (1838)  **1** : an embroidered, printed, or lace fabric with a design covering most of the surface  **2** : a pattern or design in which a single unit is repeated so as to cover an entire surface
¹**all over** *adv* (15c)  **1** : over the whole extent ⟨decorated *all over* with a flower pattern⟩  **2** : EVERYWHERE ⟨looked *all over* for the book⟩  **3** : in every respect : THOROUGHLY ⟨she is her mother *all over*⟩
²**all over** *prep* (1912)  **1** : in eagerly affectionate, attentive, or aggressive pursuit of ⟨the band's fans were *all over* them⟩  **2** : in or into a state marked by all-over criticism of ⟨the press was *all over* the coach after the loss⟩
**al·low** \ə-ˈlau̇\ *vb* [ME, fr. AF *aluer, alouer* to place, apportion, allow, fr. MF *allocare* — more at ALLOCATE] *vt* (14c)  **1 a** : to assign as a share or suitable amount (as of time or money) ⟨∼ an hour for lunch⟩  **b** : to reckon as a deduction or an addition ⟨∼ a gallon for leakage⟩  **2 a** *chiefly Southern & Midland* : to be of the opinion : THINK  **b** *dial* : SAY, STATE  **c** : to express an opinion — usu. used with *as how* or *that*  **3** *chiefly Southern & Midland* : INTEND, PLAN  **4** : ADMIT, CONCEDE ⟨must ∼ that money causes problems in marriage⟩  **5 a** : PERMIT ⟨doesn't ∼ people to smoke in his home⟩  **b** : to forbear or neglect to restrain or prevent ⟨∼ the dog to roam⟩ ∼ *vi*  **1** : to make a possibility : ADMIT — used with *of* ⟨evidence that ∼*s* of only one conclusion⟩  **2** : to give consideration to circumstances or contingencies — used with *for* ⟨∼ for expansion⟩
**al·low·able** \ə-ˈlau̇-ə-bəl\ *adj* (15c) : PERMISSIBLE ⟨∼ income tax deductions⟩ — **al·low·ably** \-blē\ *adv*
¹**al·low·ance** \ə-ˈlau̇-ən(t)s\ *n* (14c)  **1 a** : a share or portion allotted or granted  **b** : a sum granted as a reimbursement or bounty or for expenses ⟨salary includes cost-of-living ∼⟩; *esp* : a sum regularly provided for personal or household expenses ⟨each child has an ∼⟩  **c** : a fixed or available amount ⟨provide an ∼ of time for recreation⟩  **d** : a reduction from a list price or stated price ⟨a trade-in ∼⟩  **2** : an imposed handicap (as in a horse race)  **3** : an allowed dimensional difference between mating parts of a machine  **4** : the act of allowing : PERMISSION  **5** : a taking into account of mitigating circumstances or contingencies ⟨the plan makes no ∼ for bad weather⟩
²**allowance** *vt* **-anced; -anc·ing** (1758)  **1** *archaic* : to put on a fixed allowance (as of food and drink)  **2** *archaic* : to supply in a fixed or regular quantity
**al·low·ed·ly** \ə-ˈlau̇-əd-lē\ *adv* (1602) : by allowance : ADMITTEDLY
**al·lox·an** \ə-ˈläk-sən\ *n* [G, fr. *All*antoin + *Ox*alsäure oxalic acid + *-an*] (1853) : a crystalline compound C₄H₂N₂O₄ causing diabetes mellitus when injected into experimental animals
¹**al·loy** \ˈa-ˌlȯi *also* ə-ˈlȯi\ *n* [F *aloi*, fr. OF *alei*, fr. *aleir* to combine, fr. L *alligare* to bind — more at ALLY] (1604)  **1** : the degree of mixture with base metals : FINENESS  **2** : a substance composed of two or more metals or of a metal and a nonmetal intimately united usu. by being fused together and dissolving in each other when molten; *also* : the state of union of the components  **3 a** : an admixture that lessens value  **b** : an impairing alien element  **4** : a compound, mixture, or union of different things ⟨an ethnic ∼ of many peoples⟩  **5** *archaic* : a metal mixed with a more valuable metal to give durability or some other desired quality
²**al·loy** \ə-ˈlȯi *also* ˈa-ˌlȯi\ *vt* (1661)  **1 a** : TEMPER, MODERATE  **b** : to impair or debase by admixture  **2** : to reduce the purity of by mixing with a less valuable metal  **3** : to mix so as to form an alloy ∼ *vi* : to lend itself to being alloyed ⟨iron ∼*s* well⟩
**all-pow·er·ful** \ˈȯl-ˈpau̇(-ə)r-fəl\ *adj* (1667) : having complete or sole power ⟨an ∼ leader⟩
**all-pur·pose** \-ˈpər-pəs\ *adj* (1928) : suited for many purposes or uses

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t̲h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ᵫ, ᵞ\ see Guide to Pronunciation

forming a particular structure or tissue in the normal course of development ⟨~ retina⟩ — **pre·sump·tive·ly** *adv*

**pre·sump·tu·ous** \pri-'zam(p)-chə-wəs, -chəs, -shəs\ *adj* [ME, fr. AF *presumptious*, fr. LL *praesumptuosus*, irreg. fr. *praesumptio*] (14c) : overstepping due bounds (as of propriety or courtesy) : taking liberties — **pre·sump·tu·ous·ly** *adv* — **pre·sump·tu·ous·ness** *n*

**pre·sup·pose** \prē-sə-'pōz\ *vt* [ME, fr. MF *presupposer*, fr. ML *praesupponere* (perf. indic. *praesupposui*), fr. L *prae-* + ML *supponere* to suppose — more at SUPPOSE] (15c) 1 : to suppose beforehand 2 : to require as an antecedent in logic or fact ⟨an argument ~s that ...⟩ — **pre·sup·po·si·tion** \(ˌ)prē-ˌsə-pə-'zi-shən\ *n* — **pre·sup·po·si·tion·al** \-'zish-nəl, -'zi-shə-nᵊl\ *adj*

**pre·syn·ap·tic** \prē-sə-'nap-tik\ *adj* (1937) : of, occurring in, or being a neuron by which a nerve impulse is conveyed to a synapse ⟨a ~ membrane⟩ ⟨a ~ neuron⟩ — **pre·syn·ap·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**prêt-à-por·ter** *or* **pret-a-por·ter** \ˌpret-ä-pȯr-'tā\ *n* [F, ready to wear] (1959) : ready-to-wear clothes

¹**pre·teen** \'prē-ˌtēn, -ˌtēn\ *n* (1952) : a boy or girl not yet 13 years old

²**preteen** *adj* (1954) 1 : relating to or produced for children esp. in the 9 to 12 year-old age group ⟨~ fashions⟩ 2 : being younger than 13

**pre·teen·ag·er** \(ˌ)prē-ˌtē-nā-jər\ *n* (1965) : PRETEEN

¹**pre·tend** \pri-'tend\ *vb* [ME, fr. AF *pretendre*, fr. L *praetendere* to allege as an excuse, lit., to stretch out, fr. *prae-* + *tendere* to stretch — more at THIN] *vt* (15c) 1 : to give a false appearance of being, possessing, or performing ⟨does not ~ to be a psychiatrist⟩ 2 a : to make believe : FEIGN ⟨he ~ed deafness⟩ b : to claim, represent, or assert falsely ⟨~ing an emotion he could not really feel⟩ 3 *archaic* : VENTURE, UNDERTAKE ~ *vi* 1 : to feign an action, part, or role esp. in play 2 : to put in a claim ⟨cannot ~ to any particular expertise —Clive Barnes⟩ **syn** see ASSUME

²**pretend** *adj* (1911) 1 : IMAGINARY, MAKE-BELIEVE ⟨had a ~ pal with whom he talked⟩ 2 : not genuine : MOCK ⟨~ pearls⟩ 3 : being a nonfunctional imitation ⟨a ~ train for the children to play in⟩

**pre·tend·ed** \pri-'ten-dəd\ *adj* (15c) : professed or avowed but not genuine ⟨~ affection⟩ — **pre·tend·ed·ly** *adv*

**pre·tend·er** \pri-'ten-dər\ *n* (1609) : one that pretends: as  a : one who lays claim to something; *specif* : a claimant to a throne who is held to have no just title  b : one who makes a false or hypocritical show

**pre·tense** *or* **pre·tence** \'prē-ˌten(t)s, pri-'\ *n* [ME, prob. modif. of ML *pretensio*, irreg. fr. L *praetendere*] (15c) 1 : a claim made or implied; *esp* : one not supported by fact 2 a : mere ostentation : PRETENTIOUSNESS ⟨confuse dignity with pomposity and ~ —Bennett Cerf⟩ b : a pretentious act or assertion 3 : an inadequate or insincere attempt to attain a certain condition or quality 4 : professed rather than real intention or purpose : PRETEXT ⟨was there under false ~s⟩ 5 : MAKE-BELIEVE, FICTION 6 : false show : SIMULATION ⟨saw through his ~ of indifference⟩

¹**pre·ten·sion** \pri-'ten(t)-shən\ *n* (15c) 1 : an allegation of doubtful value : PRETEXT 2 : a claim or an effort to establish a claim 3 : a claim or right to attention or honor because of merit 4 : an aspiration or intention that may or may not reach fulfillment ⟨has serious literary ~s⟩ 5 : VANITY, PRETENTIOUSNESS **syn** see AMBITION — **pre·ten·sion·less** \-ləs\ *adj*

²**pre·ten·sion** \ˌprē-'ten(t)-shən\ *vt* [*pre-* + ²*tension*] (1937) : PRESTRESS

**pre·ten·tious** \pri-'ten(t)-shəs\ *adj* [F *prétentieux*, fr. *prétention* pretension, fr. ML *pretention-*, *pretentio*, fr. L *praetendere*] (1832) 1 : characterized by pretension: as  a : making usu. unjustified or excessive claims (as of value or standing) ⟨the ~ fraud who assumes a love of culture that is alien to him —Richard Watts⟩ b : expressive of affected, unwarranted, or exaggerated importance, worth, or stature ⟨~ language⟩ ⟨~ houses⟩ 2 : making demands on one's skill, ability, or means : AMBITIOUS ⟨the ~ daring of the Green Mountain Boys in crossing the lake —*Amer. Guide Series: Vt.*⟩ **syn** see SHOWY — **pre·ten·tious·ly** *adv* — **pre·ten·tious·ness** *n*

¹**pret·er·it** *or* **pret·er·ite** \'pre-tə-rət\ *adj* [ME *preterit*, fr. AF, fr. L *praeteritus*, fr. pp. of *praeterire* to go by, pass, fr. *praeter* beyond, past, by (fr. compar. of *prae* before) + *ire* to go — more at FOR, ISSUE] (14c) *archaic* : BYGONE, FORMER

²**preterit** *or* **preterite** *n* (14c) : PAST TENSE

**pre·term** \(ˌ)prē-ˌtərm, 'prē-ˌ\ *adj* (1928) : of, relating to, being, or brought forth by premature birth ⟨a ~ infant⟩ ⟨~ labor⟩

**pre·ter·mi·nal** \(ˌ)prē-ˌtərm-nəl, -'tər-mə-\ *adj* (1947) : occurring or being in the period prior to death ⟨~ cancer⟩ ⟨a ~ patient⟩

**pre·ter·mis·sion** \ˌprē-tər-'mi-shən\ *n* [L *praetermission-*, *praetermissio*, fr. *praetermittere*] (1583) : the act or an instance of pretermitting : OMISSION

**pre·ter·mit** \-'mit\ *vt* **-mit·ted; -mit·ting** [L *praetermittere*, fr. *praeter* by, past + *mittere* to let go, send] (1513) 1 : to leave undone : NEGLECT 2 : to let pass without mention or notice : OMIT 3 : to suspend indefinitely ⟨the grand jury voted to ~ the case⟩

**pre·ter·nat·u·ral** \ˌprē-tər-'na-chə-rəl, -'nach-rəl\ *adj* [ML *praeternaturalis*, fr. L *praeter naturam* beyond nature] (1580) 1 : existing outside of nature 2 : exceeding what is natural or regular : EXTRAORDINARY ⟨wits trained to ~ acuteness by the debates —G. L. Dickinson⟩ 3 : inexplicable by ordinary means; *esp* : PSYCHIC ⟨~ phenomena⟩ — **pre·ter·nat·u·ral·ly** \-'nach-rə-, 'na-chə-rə-, 'na-chər-\ *adv* — **pre·ter·nat·u·ral·ness** \-'na-chə-rəl-nəs, -'nach-rəl-\ *n*

**pre·test** \'prē-ˌtest\ *n* (1926) : a preliminary test: as  a : a test of the effectiveness or safety of a product prior to its sale  b : a test to evaluate the preparedness of students for further studies — **pre·test** \(ˌ)prē-'test\ *vt*

**pre·text** \'prē-ˌtekst\ *n* [L *praetextus*, fr. *praetexere* to assign as a pretext, screen, extend in front, fr. *prae-* + *texere* to weave — more at TECHNICAL] (1513) 1 : a purpose or motive alleged for an appearance assumed in order to cloak the real intention or state of affairs  **syn** see APOLOGY

**pre·text·ing** \'prē-ˌtek-stiŋ\ *n* (1992) : the practice of presenting oneself as someone else in order to obtain private information

**pretor, pretorian** *var of* PRAETOR, PRAETORIAN

**pret·ti·fy** \'pri-ti-ˌfī, 'pər-, 'prü-\ *vt* **-fied; -fy·ing** (1850) : to make pretty — **pret·ti·fi·ca·tion** \ˌpri-tə-fə-'kā-shən, ˌpər-, ˌprü-\ *n* — **pret·ti·fi·er** \'pri-ti-ˌfī(-ə)r, 'pər-, 'prü-\ *n*

**pret·ti·ness** \'pri-tē-nəs, 'pər-, 'prü-\ *n* (1617) 1 : the quality or state of being pretty 2 : something pretty

¹**pret·ty** \'pri-tē, 'pər- *also* 'prü-\ *adj* **pret·ti·er; -est** [ME *praty*, *prety*, fr. OE *prættig* tricky, fr. *prætt* trick; akin to ON *prettr* trick] (bef. 12c) 1 a : ARTFUL, CLEVER  b : PAT, APT 2 a : pleasing by delicacy or grace  b : having conventionally accepted elements of beauty  c : appearing or sounding conventionally or nice but lacking strength, force, manliness, purpose, or intensity ⟨~ words that make no sense —Elizabeth B. Browning⟩ 3 a : MISERABLE, TERRIBLE ⟨a ~ mess you've gotten us into⟩  b *chiefly Scot* : STOUT 4 : moderately large : CONSIDERABLE ⟨a very ~ profit⟩ ⟨cost a ~ penny⟩ 5 : easy to enjoy : PLEASANT — usu. used in negative constructions ⟨reality is not so ~ —Caleb Solomon⟩ **syn** see BEAUTIFUL — **pret·ti·ly** \-tə-lē\ *adv* — **pret·ty·ish** \-tē-ish\ *adj*

²**pret·ty** \'pri-tē, 'pər- *also* 'prü-; *before "near(ly)" often* 'pərt *or* 'prüt\ *adv* (1565) 1 a : in some degree : MODERATELY ⟨~ cold weather⟩  b : QUITE, MAINLY ⟨the wound was ... ~ bad —Walt Whitman⟩ 2 : in a pretty manner : PRETTILY ⟨pop vocalists who can sing ~ —Gerald Levitch⟩ — **pretty much** : MAINLY, LARGELY
**usage** Some handbooks say that *pretty* is overworked and recommend using a more specific word or restricting *pretty* to informal or colloquial contexts. *Pretty* is used to tone down a statement and is in wide use in all forms of English. It is common in informal speech and writing but is neither rare nor wrong in serious discourse ⟨he may, if he be *pretty* well off or clever, qualify himself as a doctor —G. B. Shaw⟩ ⟨a return to those traditions of American foreign policy which worked *pretty* well for over a century —H. S. Commager⟩ ⟨the arguments for buying expensive books have to be *pretty* cogent —*Times Lit. Supp.*⟩

³**pret·ty** \'pri-tē, 'pər- *also* 'prü-\ *n, pl* **pretties** (1736) 1 *pl* : dainty clothes; *esp* : LINGERIE 2 : a pretty person or thing

⁴**pret·ty** \*same as* ³\ *vt* **pret·tied; pret·ty·ing** (1909) : to make pretty — usu. used with *up* ⟨curtains to ~ up the room⟩

**pretty boy** *n* (1885) : a man who is notably good-looking; *also* : DANDY 1

**pret·zel** \'pret-səl\ *n* [G *Brezel*, ultim. fr. L *brachiatus* having branches like arms, fr. *brachium* arm — more at BRACE] (ca. 1838) : a brittle or chewy glazed usu. salted slender bread often shaped like a loose knot

**prev** *abbr* previous; previously

**pre·vail** \pri-'vāl\ *vi* [ME, fr. L *praevalēre*, fr. *prae-* + *valēre* to be strong — more at WIELD] (15c) 1 : to gain ascendancy through strength or superiority : TRIUMPH 2 : to be or become effective or effectual 3 : to use persuasion successfully ⟨~ed on him to sing⟩ 4 : to be frequent : PREDOMINATE ⟨the west winds that ~ in the mountains⟩ 5 : to be or continue in use or fashion : PERSIST ⟨a custom that still ~s⟩

**prev·a·lence** \'pre-və-lən(t)s, 'prev-lən(t)s\ *n* (1713) 1 : the quality or state of being prevalent 2 : the degree to which something is prevalent; *esp* : the percentage of a population that is affected with a particular disease at a given time

**prev·a·lent** \-lənt\ *adj* [L *praevalent-*, *praevalens* very powerful, fr. prp. of *praevalēre*] (1576) 1 *archaic* : POWERFUL 2 : being in ascendancy : DOMINANT 3 : generally or widely accepted, practiced, or favored : WIDESPREAD — **prevalent** *n* — **prev·a·lent·ly** *adv*

**pre·var·i·cate** \pri-'ver-ə-ˌkāt, -'va-rə-\ *vi* **-cat·ed; -cat·ing** [L *praevaricatus*, pp. of *praevaricari* to act in collusion, lit., to straddle, fr. *prae-* + *varicare* to straddle, fr. *varus* bowlegged] (ca. 1631) : to deviate from the truth : EQUIVOCATE **syn** see LIE — **pre·var·i·ca·tion** \-ˌver-ə-'kā-shən, -ˌva-rə-\ *n* — **pre·var·i·ca·tor** \-'ver-ə-ˌkā-tər, -'va-rə-\ *n*

**pre·ve·nient** \pri-'vēn-yənt\ *adj* [L *praevenient-*, *praeveniens*, prp. of *praevenire*] (ca. 1656) : ANTECEDENT, ANTICIPATORY — **pre·ve·nient·ly** *adv*

**pre·vent** \pri-'vent\ *vb* [ME, to anticipate, fr. L *praevenire*, pp. of *praevenire* to come before, anticipate, forestall, fr. *prae-* + *venire* to come — more at COME] *vt* (15c) 1 *archaic*  a : to be in readiness for (as an occasion)  b : to meet or satisfy in advance  c : to act ahead of  d : to go or arrive before 2 : to deprive of power or hope of acting or succeeding 3 : to keep from happening or existing ⟨steps to ~ war⟩ 4 : to hold or keep back : HINDER, STOP — often used with *from* ~ *vi* : to interpose an obstacle — **pre·vent·abil·i·ty** \-ˌven-tə-'bi-lə-tē\ *n* — **pre·vent·able** *also* **pre·vent·ible** \-'ven-tə-bəl\ *adj* — **pre·vent·er** *n*
**syn** PREVENT, ANTICIPATE, FORESTALL mean to deal with beforehand. PREVENT implies taking advance measures against something possible or probable ⟨measures taken to *prevent* leaks⟩. ANTICIPATE may imply merely getting ahead of another by being a precursor or forerunner or it may imply checking another's intention by acting first ⟨*anticipated* the question by making a statement⟩. FORESTALL implies a getting ahead so as to stop or interrupt something in its course ⟨hoped to *forestall* the sale⟩.

**pre·ven·ta·tive** \-'ven-tə-tiv\ *adj or n* (ca. 1666) : PREVENTIVE

**pre·ven·tion** \pri-'ven(t)-shən\ *n* (1582) : the act of preventing or hindering

¹**pre·ven·tive** \-'ven-tiv\ *n* (ca. 1639) : something that prevents; *esp* : something used to prevent disease

²**preventive** *adj* (ca. 1626) : devoted to or concerned with prevention : PRECAUTIONARY ⟨~ steps against soil erosion⟩: as  a : designed or serving to prevent the occurrence of disease ⟨~ medical care⟩  b : undertaken to forestall anticipated hostile action ⟨~ a coup⟩ — **pre·ven·tive·ly** *adv* — **pre·ven·tive·ness** *n*

**pre·ver·bal** \(ˌ)prē-'vər-bəl\ *adj* (1921) 1 : occurring before the verb 2 : having not yet acquired the faculty of speech ⟨a ~ child⟩

¹**pre·view** \'prē-ˌvyü\ *vt* (1607) 1 : to see beforehand; *specif* : to view or to show in advance of public presentation 2 : to give a preliminary survey of — **pre·view·er** \-ˌvyü-ər\ *n*

²**preview** *n* (1882) 1 : an advance statement, sample, or survey 2 : an advance showing or performance (as of a motion picture or play) 3 *also* **pre·vue** \-ˌvyü\ : a showing of clips from a motion picture advertised for appearance in the near future — called also *trailer*

**pre·vi·ous** \'prē-vē-əs\ *adj* [L *praevius* leading the way, fr. *prae-* + *via* way — more at WAY] (1625) 1 : going before in time or order : PRIOR 2 : acting too soon : PREMATURE ⟨somewhat ~ in his conclusion⟩ **syn** see PRECEDING — **pre·vi·ous·ly** *adv* — **pre·vi·ous·ness** *n*

**previous question** *n* (ca. 1715) : a parliamentary motion to put the pending question to an immediate vote without further debate or amendment that if defeated has the effect of permitting resumption of debate

**previous to** *prep* (1698) : PRIOR TO, BEFORE