# EXHIBIT 10

# Collins
# English
# Dictionary



PIONEERS IN DICTIONARY PUBLISHING SINCE 1819

**HarperCollins Publishers**
Westerhill Road
Bishopbriggs
Glasgow
G64 2QT

Eleventh edition 2011

Reprint 10 9 8 7 6 5 4 3 2 1 0

© William Collins Sons & Co. Ltd 1979, 1986
© HarperCollins Publishers 1991, 1994 (Third updated edition),
1998, 2000, 2003, 2005, 2006, 2007, 2009, 2010, 2011

UK EDITION
ISBN 978-0-00-743786-3

AUSTRALIAN EDITION
ISBN 978-0-00-744523-3

NEW ZEALAND EDITION
ISBN 978-0-00-744522-6

Collins® is a registered trademark of
HarperCollins Publishers Limited

www.collinslanguage.com

A catalogue record for this book is available
from the British Library

Designed by Wolfgang Homola

Typeset by Davidson Publishing Solutions, Glasgow

Printed and bound in Italy by LEGO Spa, Lavis (Trento)

**Acknowledgements**
We would like to thank those authors and publishers who kindly gave permission for copyright material to be used in the Collins corpus. We would also like to thank Times Newspapers Ltd for providing valuable data.

All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission in writing of the Publisher. This book is sold subject to the conditions that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

Entered words that we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor absence of such designation should be regarded as affecting the legal status of any trademark.

HarperCollins does not warrant that www.collinsdictionary.com, www.collinslanguage.com or any other website mentioned in this title will be provided uninterrupted, that any website will be error free, that defects will be corrected, or that the website or the server that makes it available are free of viruses or bugs. For full terms and conditions please refer to the site terms provided on the website.

**About the type**
This dictionary is typeset in CollinsFedra, a special version of the Fedra family of types designed by Peter Bil'ak. CollinsFedra has been customized especially for Collins dictionaries; it includes both sans serif (for headwords) and serif (entries) versions, in several different weights. Its large x-height, its open 'eye', and its basis in the tradition of humanist letterforms make CollinsFedra both familiar and easy to read at small sizes. It has been designed to use the minimum space without sacrificing legibility, as well as including a number of characters and signs that are specific to dictionary typography. Its companion phonetic type is the first of its kind to be drawn according to the same principles as the regular typeface, rather than assembled from rotated and reflected characters from other types. Peter Bil'ak (born 1973, Slovakia) is a graphic and type designer living in the Netherlands. He is the author of two books, Illegibility and Transparency. As well as the Fedra family, he has designed several other typefaces including Eureka. His typotheque.com website has become a focal point for research and debate around contemporary type design.

business 4 *social welfare* (in a Social Services Department) the process of assigning **referrals** to individual workers, thus changing their status to **cases**

**allochthonous** (əˈlɒkθənəs) *adj* (of rocks, deposits, etc) found in a place other than where they or their constituents were formed. Compare **autochthonous** (sense 1)

⊕ ETYMOLOGY C20: from Greek *aliokhthon*, from ALLO- + *khthōn* (genitive *khthonos*) earth

**allocution** (ˌæləˈkjuːʃən) *n rhetoric* a formal or authoritative speech or address, esp one that advises, informs, or exhorts

⊕ ETYMOLOGY C17: from Late Latin *allocūtiō*, from Latin *alloquī* to address, from *loquī* to speak

**allodial** (əˈləʊdɪəl) *adj* 1 (of land) held as an allodium 2 (of tenure) characterized by or relating to the system of holding land in absolute ownership: *the allodial system* 3 (of people) holding an allodium

**allodium** (əˈləʊdɪəm) *or* **allod** (ˈælɒd) *n, pl* -**lodia** (-ˈləʊdɪə) *or* -**lods** *history* lands held in absolute ownership, free from such obligations as rent or services due to an overlord. Also: **alodium**

⊕ ETYMOLOGY C17: from Medieval Latin, from Old German *allōd* (unattested) entire property, from *al*- ALL + *ōd* property; compare Old High German *ōt*, Old English *ēad* property

**allogamy** (əˈlɒgəmɪ) *n* cross-fertilization in flowering plants > **alˈlogamous** *adj*

**allograft** (ˈæləʊˌgrɑːft) *n* a tissue graft from a donor genetically unrelated to the recipient

**allograph** (ˈæləˌgrɑːf) *n* 1 a document written by a person who is not a party to it 2 a signature made by one person on behalf of another. Compare **autograph** 3 *linguistics* any of the written symbols that constitute a single grapheme: m *and* M *are allographs in the Roman alphabet* > **allographic** (ˌæləˈgræfɪk) *adj*

**allomerism** (əˈlɒməˌrɪzəm) *n* similarity of crystalline structure in substances of different chemical composition > **allomeric** (ˌæləˈmɛrɪk) *or* **alˈlomerous** *adj*

**allometry** (əˈlɒmɪtrɪ) *n* 1 the study of the growth of part of an organism in relation to the growth of the entire organism 2 a change in proportion of any of the parts of an organism that occurs during growth > **allometric** (ˌæləˈmɛtrɪk) *adj*

**allomone** (ˈæləˌməʊn) *n* a chemical substance secreted externally by certain animals, such as insects, affecting the behaviour or physiology of another species detrimentally. Compare **pheromone**

**allomorph** (ˈæləˌmɔːf) *n* 1 *linguistics* any of the phonological representations of a single morpheme. For example, the final (s) and (z) sounds of *bets* and *beds* are allomorphs of the English noun-plural morpheme 2 any of two or more different crystalline forms of a chemical compound, such as a mineral > ˌalloˈmorphic *adj*

**allomorphism** (ˌæləˈmɔːfɪzəm) *n* variation in the crystalline form of a chemical compound

**allonym** (ˈælənɪm) *n* a name, often one of historical significance or that of another person, assumed by a person, esp an author

**allopath** (ˈæləˌpæθ) *or* **allopathist** (əˈlɒpəθɪst) *n* a person who practises or is skilled in allopathy

**allopathic** (ˌæləˈpæθɪk) *adj* of, relating to, or used in allopathy > ˌalloˈpathically *adv*

**allopathy** (əˈlɒpəθɪ) *n* the orthodox medical method of treating disease, by inducing a condition different from or opposed to the cause of the disease. Compare **homeopathy** > **allopathic** (ˌæləˈpæθɪk) *adj* > ˌalloˈpathically *adv*

**allopatric** (ˌæləˈpætrɪk) *adj* (of biological speciation or species) taking place or existing in areas that are geographically separated from one another. Compare **sympatric** > ˌalloˈpatrically *adv*

⊕ ETYMOLOGY C20: from ALLO- + *-patric*, from Greek *patris* native land

**allophane** (ˈæləˌfeɪn) *n* a variously coloured amorphous mineral consisting of hydrated aluminium silicate and occurring in cracks in some sedimentary rocks

⊕ ETYMOLOGY C19: from Greek *allophanēs* appearing differently, from ALLO- + *phainesthai* to appear

**allophone** (ˈæləˌfəʊn) *n* 1 any of several speech sounds that are regarded as contextual or environmental variants of the same phoneme. In English the aspirated initial (p) in *pot* and the unaspirated (p) in *spot* are allophones of the phoneme /p/ 2 *Canadian* a Canadian whose native language is neither French nor English > **allophonic** (ˌæləˈfɒnɪk) *adj*

**alloplasm** (ˈæləˌplæzəm) *n biology* part of the cytoplasm that is specialized to form cilia, flagella, and similar structures > ˌalloˈplasmic *adj*

**allopolyploid** (ˌæləˈpɒlɪˌplɔɪd) *adj* 1 (of cells, organisms, etc) having more than two sets of haploid chromosomes inherited from different species ▷ *n* 2 an interspecific hybrid of this type that is therefore fertile ▸ See also **autopolyploid, polyploid** > ˌalloˈpolyˌploidy *n*

**allopurinol** (ˌæləʊˈpjʊərɪˌnɒl) *n* a synthetic drug that reduces blood concentrations of uric acid and is administered orally in the treatment of gout. Formula: $C_5H_4N_4O$

⊕ ETYMOLOGY C20: from ALLO- + PURINE + -OL[1]

**All-Ordinaries Index** *n* an index of share prices on the Australian Stock Exchange giving a weighted arithmetic average of 245 ordinary shares

**allosaur** (ˈæləˌsɔː) *or* **allosaurus** (ˌæləˈsɔːrəs) *n* any large carnivorous bipedal dinosaur of the genus *Antrodemus* (formerly *Allosaurus*), common in North America in late Jurassic times: suborder *Theropoda* (theropods)

⊕ ETYMOLOGY C19: from ALLO- + -SAUR

**allosteric** (ˌæləʊˈstɪərɪk) *adj biochem* of, relating to, or designating a function of an enzyme in which the structure and activity of the enzyme are modified by the binding of a metabolic molecule

**allot** (əˈlɒt) *vb* -**lots, -lotting, -lotted** (*tr*) 1 to assign or distribute (shares, etc) 2 to designate for a particular purpose: *money was allotted to cover expenses* 3 (foll by *to*) apportion: *we allotted two hours to the case*

⊕ ETYMOLOGY C16: from Old French *aloter*, from *lot* portion, LOT

**allotment** (əˈlɒtmənt) *n* 1 the act of allotting; apportionment 2 a portion or amount allotted 3 *Brit* a small piece of usually public land rented by an individual for cultivation

**allotrope** (ˈæləˌtrəʊp) *n* any of two or more physical forms in which an element can exist: *diamond and graphite are allotropes of carbon*

**allotropous** (əˈlɒtrəpəs) *adj* (of flowers) having the nectar accessible to any species of insect

**allotropy** (əˈlɒtrəpɪ) *or* **allotropism** *n* the existence of an element in two or more physical forms. The most common elements having this property are carbon, sulphur, and phosphorus > **allotropic** (ˌæləˈtrɒpɪk) *adj* > ˌalloˈtropically *adv*

**all'ottava** (ælɑːˈtɑːvə) *adj, adv music* to be played an octave higher or lower than written. Symbol: 8va

⊕ ETYMOLOGY Italian: at the octave

**allottee** (əlɒtˈiː) *n* a person to whom something is allotted

**allotype** (ˈæləˌtaɪp) *n* 1 *biology* an additional type specimen selected because of differences from the original type specimen, such as opposite sex or morphological details 2 *immunol* any of the variant forms of a particular immunoglobulin found among members of the same species

**all-out** *informal* ▷ *adj* 1 using one's maximum powers: *an all-out effort* ▷ *adv* **all out** 2 to one's maximum effort or capacity: *he went all out on the home stretch*

**all-over** *adj* covering the entire surface

**allow** (əˈlaʊ) *vb* 1 (*tr*) to permit (to do something); let 2 (*tr*) to set aside: *five hours were allowed to do the job* 3 (*tr*) to let enter or stay: *they don't allow dogs* 4 (*tr*) to acknowledge or concede (a point, claim, etc) 5 (*tr*) to let have; grant: *he was allowed few visitors* 6 (*intr*; foll by *for*) to take into account: *allow for delays* 7 (*intr*, often foll by *of*) to permit; admit: *a question that allows of only one reply* 8 (*tr*; may take a clause as object) *US dialect* to assert; maintain 9 (*tr*) *archaic* to approve; accept

⊕ ETYMOLOGY C14: from Old French *alouer*, from Late Latin *allaudāre* to extol, influenced by Medieval Latin *allocāre* to assign, ALLOCATE

**allowable** (əˈlaʊəbəl) *adj* permissible; admissible > alˈlowably *adv*

**allowance** (əˈlaʊəns) *n* 1 an amount of something, esp money or food, given or allotted usually at regular intervals 2 a discount, as in consideration for something given in part exchange or to increase business; rebate 3 (in Britain) an amount of a person's income that is not subject to a particular tax and is therefore deducted before his or her liability to taxation is assessed 4 a portion set aside to compensate for something or to cover special expenses 5 *Brit education* a salary supplement given to a teacher who is appointed to undertake extra duties and responsibilities 6 admission; concession 7 the act of allowing; sanction; toleration 8 something allowed 9 **make allowances** *or* **make allowance** (usually foll by *for*) **a** to take mitigating circumstances into account in consideration (of) **b** to allow (for) ▷ *vb* 10 (*tr*) to supply (something) in limited amounts

**Alloway** (ˈæləˌweɪ) *n* a village in Scotland, in South Ayrshire, S of Ayr: birthplace of Robert Burns

**allowedly** (əˈlaʊɪdlɪ) *adv* (*sentence modifier*) by general admission or agreement; admittedly

**alloy** *n* (ˈælɔɪ, əˈlɔɪ) 1 a metallic material, such as steel, brass, or bronze, consisting of a mixture of two or more metals or of metallic elements with nonmetallic elements. Alloys often have physical properties markedly different from those of the pure metals 2 something that impairs the quality or reduces the value of the thing to which it is added ▷ *vb* (əˈlɔɪ) (*tr*) 3 to add (one metal or element to another metal or element) to obtain a substance with a desired property 4 to debase (a pure substance) by mixing with an inferior element 5 to diminish or impair

⊕ ETYMOLOGY C16: from Old French *aloi* a mixture, from *aloier* to combine, from Latin *alligāre*, from *ligāre* to bind

**alloyed junction** *n* a semiconductor junction used in some junction transistors and formed by alloying metal contacts, functioning as emitter and collector regions, to a wafer of semiconductor that acts as the base region. Compare **diffused junction**

**allozyme** (ˈæləʊˌzaɪm) *n* any one of a number of different structural forms of the same enzyme coded for by a different allele

⊕ ETYMOLOGY C20: from ALLO- + (EN)ZYME

**all-points bulletin** *n* (in the US) an alert broadcast to all police officers within an area, instructing the arrest of a suspect

**all-powerful** *adj* possessing supreme power; omnipotent

**all-purpose** *adj* useful for many things

**all right** *adj* (*postpositive except in slang use*) 1 adequate; satisfactory 2 unharmed; safe 3 **all-right** *US slang* **a** acceptable: *an all-right book* **b** reliable: *an all-right guy* ▷ *sentence substitute* 4 very well: used to express assent ▷ *adv* 5 satisfactorily; adequately: *the car goes all right* 6 without doubt: *he's a bad one, all right* ▸ Also: **alright**

⊕ USAGE: See at **alright**

**all-round** *adj* 1 efficient in all respects, esp in sport; versatile: *an all-round player* 2 comprehensive; many-sided; not narrow: *an all-round education*

**all-rounder** *n* a versatile person, esp in a sport

**All Saints' Day** *n* a Christian festival celebrated on Nov 1 to honour all the saints

**allseed** (ˈɔːlˌsiːd) *n* any of several plants that produce many seeds, such as knotgrass

**all-singing all-dancing** *adj* having every desirable feature possible: *an all-singing all-dancing computer*

**all-sorts** *pl n* a mixture, esp a mixture of liquorice sweets

**All Souls' Day** *n RC Church* a day of prayer (Nov 2) for the dead in purgatory

**allspice** (ˈɔːlˌspaɪs) *n* 1 a tropical American myrtaceous tree, *Pimenta officinalis*, having small white flowers and aromatic berries 2 the whole or powdered seeds of this berry used as a spice, having a flavour said to resemble a mixture of cinnamon, cloves, and nutmeg ▸ Also called: **pimento, Jamaica pepper**

**prestonpans** (ˌprɛstənˈpænz) *n* a small town and resort in SE Scotland, in East Lothian on the Firth of Forth: scene of the battle (1745) in which the Jacobite army of Prince Charles Edward defeated government forces under Sir John Cope. Pop: 7153 (2001)

**prestress** (ˌpriːˈstrɛs) *vb* (*tr*) to apply tensile stress to (the steel cables, wires, etc, of a precast concrete part) before the load is applied

**prestressed concrete** *n* concrete that contains steel wires, cables, etc, that are prestressed within their elastic limit to counteract the stresses that will occur under load

**prestwich** (ˈprɛstwɪtʃ) *n* a town in NW England, in Bury unitary authority, Greater Manchester. Pop: 31693 (2001)

**prestwick** (ˈprɛstwɪk) *n* a town in SW Scotland, in South Ayrshire on the Firth of Clyde; international airport, golf course: tourism. Pop: 14934 (2001)

**presumable** (prɪˈzjuːməbəl) *adj* able to be presumed or taken for granted

**presumably** (prɪˈzjuːməblɪ) *adv* (*sentence modifier*) one presumes or supposes that: *presumably he won't see you, if you're leaving tomorrow*

**presume** (prɪˈzjuːm) *vb* 1 (*when tr, often takes a clause as object*) to take (something) for granted; assume 2 (*when tr, often foll by an infinitive*) to take upon oneself (to do something) without warrant or permission; dare: *do you presume to copy my work?* 3 (*intr; foll by on or upon*) to rely or depend: *don't presume on his agreement* 4 *law* to take as proved until contrary evidence is produced > **presumedly** (prɪˈzjuːmɪdlɪ) *adv* > **preˈsumer** *n* > **preˈsuming** *adj* > **preˈsumingly** *adv*
⊕ ETYMOLOGY C14: via Old French from Latin *praesūmere* to take in advance, from *prae* before + *sūmere* to ASSUME

**presumption** (prɪˈzʌmpʃən) *n* 1 the act of presuming 2 bold or insolent behaviour or manners 3 a belief or assumption based on reasonable evidence 4 a ground or basis on which to presume 5 *law* an inference of the truth of a fact from other facts proved, admitted, or judicially noticed
⊕ ETYMOLOGY C13: via Old French from Latin *praesumptiō* a using in advance, anticipation, from *praesūmere* to take beforehand; see PRESUME

**presumptive** (prɪˈzʌmptɪv) *adj* 1 based on presumption or probability 2 affording reasonable ground for belief 3 of or relating to embryonic tissues that become differentiated into a particular tissue or organ: *presumptive epidermis* > **preˈsumptively** *adv* > **preˈsumptiveness** *n*

**presumptuous** (prɪˈzʌmptjʊəs) *adj* 1 characterized by presumption or tending to presume; bold; forward 2 an obsolete word for **presumptive**
> **preˈsumptuously** *adv* > **preˈsumptuousness** *n*

**presuppose** (ˌpriːsəˈpəʊz) *vb* (*tr*) 1 to take for granted; assume 2 to require or imply as a necessary prior condition 3 *philosophy, logic, linguistics* to require (a condition) to be satisfied as a precondition for a statement to be either true or false or for a speech act to be felicitous. *Have you stopped beating your wife?* presupposes that the person addressed has a wife and has beaten her > **presupposition** (ˌpriːsʌpəˈzɪʃən) *n*

**preteen** (priːˈtiːn) *n* a boy or girl approaching his or her teens

**pretence** *or US* **pretense** (prɪˈtɛns) *n* 1 the act of pretending 2 a false display; affectation 3 a claim, esp a false one, to a right, title, or distinction 4 make-believe or feigning 5 a false claim or allegation; pretext 6 a less common word for **pretension** (sense 3)

**pretend** (prɪˈtɛnd) *vb* 1 (*when tr, usually takes a clause as object or an infinitive*) to claim or allege (something untrue) 2 (*tr; may take a clause as object or an infinitive*) to make believe, as in a play: *you pretend to be Ophelia* 3 (*intr; foll by to*) to present a claim, esp a dubious one: *to pretend to the throne* 4 (*intr; foll by to*) obsolete to aspire as a candidate or suitor (for) ▷ *adj* 5 fanciful; make-believe; simulated: *a pretend gun*
⊕ ETYMOLOGY C14: from Latin *praetendere* to stretch forth, feign, from *prae* in front + *tendere* to stretch

**pretender** (prɪˈtɛndə) *n* 1 a person who pretends or makes false allegations 2 a person who mounts a claim, as to a throne or title

**pretension** (prɪˈtɛnʃən) *n* 1 (*often plural*) a false or unsupportable claim, esp to merit, worth, or importance 2 a specious or unfounded allegation; pretext 3 the state or quality of being pretentious

**pretensive** (prɪˈtɛnsɪv) *adj Caribbean* pretentious

**pretentious** (prɪˈtɛnʃəs) *adj* 1 making claim to distinction or importance, esp undeservedly 2 having or creating a deceptive outer appearance of great worth; ostentatious > **preˈtentiously** *adv* > **preˈtentiousness** *n*

**preter-** *prefix* beyond, more than, or exceeding: *preternatural*
⊕ ETYMOLOGY from Latin *praeter-*, from *praeter*

**preterhuman** (ˌpriːtəˈhjuːmən) *adj rare* beyond what is human

**preterite** *or US* **preterit** (ˈprɛtərɪt) *grammar n* 1 a tense of verbs used to relate past action, formed in English by inflection of the verb, as *jumped, swam* 2 a verb in this tense ▷ *adj* 3 denoting this tense
⊕ ETYMOLOGY C14: from Late Latin *praeteritum* (*tempus*) past (time, tense), from Latin *praeterīre* to go by, from PRETER- + *īre* to go

**preterition** (ˌprɛtəˈrɪʃən) *n* 1 the act of passing over or omitting 2 *Roman law* the failure of a testator to name one of his children in his will, thus invalidating it 3 (in Calvinist theology) the doctrine that God passed over or left unpredestined those not elected to final salvation
⊕ ETYMOLOGY C17: from Late Latin *praeteritiō* a passing over

**preteritive** (prɪˈtɛrɪtɪv) *adj* (of a verb) having only past tense forms

**preterm** (ˌpriːˈtɜːm) *adj* 1 (of a baby) born prematurely ▷ *adv* 2 prematurely

**pretermit** (ˌpriːtəˈmɪt) *vb* -mits, -mitting, -mitted (*tr*) *rare* 1 to overlook intentionally; disregard 2 to fail to do; neglect; omit > **pretermission** (ˌpriːtəˈmɪʃən) *n* > ˌpreterˈmitter *n*
⊕ ETYMOLOGY C16: from Latin *praetermittere* to let pass, from PRETER- + *mittere* to send, release

**preternatural** (ˌpriːtəˈnætʃrəl) *adj* 1 beyond what is ordinarily found in nature; abnormal 2 another word for **supernatural** > ˌpreterˈnaturally *adv*
> ˌpreterˈnaturalism *n* > ˌpreterˈnaturalness *or* ˌpreterˌnatuˈrality *n*
⊕ ETYMOLOGY C16: from Medieval Latin *praeternātūrālis*, from Latin *praeter nātūram* beyond the scope of nature

**pretest** (priːˈtɛst) *vb* (*tr*) 1 to test (something) before presenting it to its intended public or client ▷ *n* (ˈpriːˌtɛst) 2 the act or instance of pretesting

**pretext** (ˈpriːtɛkst) *n* 1 a fictitious reason given in order to conceal the real one 2 a specious excuse; pretence
⊕ ETYMOLOGY C16: from Latin *praetextum* disguise, from *praetexere* to weave in front, disguise; see TEXTURE

**pretexting** (ˈpriːtɛkstɪŋ) *n* the practice of deceiving individuals into surrendering personal information for fraudulent purposes

**pretonic** (priːˈtɒnɪk) *adj* denoting or relating to the syllable before the one bearing the primary stress in a word

**pretor** (ˈpriːtə) *n* a variant spelling of **praetor**

**Pretoria** (prɪˈtɔːrɪə) *n* a city in N South Africa, the administrative capital of South Africa; formerly capital of Transvaal province: two universities (1873, 1930); large steelworks. Pop: 525384 (2001). Also called: **Tshwane**

**Pretorius** (prɪˈtɔːrɪəs) *n* 1 **Andries Wilhelmus Jacobus** (ˈɑndriːs vɪlˈhɛlmʏs jaːˈkoːbʏs). 1799–1853, a Boer leader in the Great Trek (1838) to escape British sovereignty; he also led an expedition to the Transvaal (1848). The town Pretoria was named after him 2 his son, **Marthinus Wessels** (marˈtiːnʏs ˈvɛsəls). 1819–1901, first president of the South African Republic (1857–71) and of the Orange Free State (1859–63)

**prettify** (ˈprɪtɪˌfaɪ) *vb* -fies, -fying, -fied (*tr*) to make pretty, esp in a trivial fashion; embellish > ˌprettifiˈcation *n* > ˈprettiˌfier *n*

**pretty** (ˈprɪtɪ) *adj* -tier, -tiest 1 pleasing or appealing in a delicate or graceful way 2 dainty, neat, or charming 3 commendable; good of its kind: *he replied with a pretty wit* 4 *informal often ironic* excellent, grand, or fine: *here's a pretty mess!* 5 *informal* lacking in masculinity; effeminate; foppish 6 *Scot* vigorous or brave 7 an archaic word for **elegant** 8 **a pretty penny** *informal* a large sum of money 9 **sitting pretty** *informal* well placed or established financially, socially, etc ▷ *n, pl* **-ties** 10 a pretty person or thing ▷ *adv* 11 *informal* fairly or moderately; somewhat 12 *informal* quite or very ▷ *vb* **-ties, -tying, -tied** 13 (*tr; often foll by up*) to make pretty; adorn > **ˈprettily** *adv* > **ˈprettiness** *n*
⊕ ETYMOLOGY Old English *prættig* clever; related to Middle Low German *prattich* obstinate, Dutch *prettig* glad, Old Norse *prettugr* cunning

**pretty-pretty** *adj informal* excessively or ostentatiously pretty

**pretzel** (ˈprɛtsəl) *n* a brittle savoury biscuit, in the form of a knot or stick, glazed and salted on the outside, eaten esp in Germany and the US
⊕ ETYMOLOGY C19: from German, from Old High German *brezitella*; perhaps related to Medieval Latin *bracellus* bracelet, from Latin *bracchium* arm

**Pre-U** *n* (in Britain) a public examination for secondary school pupils wishing to enter university, offered as an alternative to A level

**Preussen** (ˈprɔʏsən) *n* the German name for Prussia

**prevail** (prɪˈveɪl) *vb* (*intr*) 1 (*often foll by over or against*) to prove superior; gain mastery: *skill will prevail* 2 to be or appear as the most important feature; be prevalent 3 to exist widely; be in force 4 (*often foll by on or upon*) to succeed in persuading or inducing > **preˈvailer** *n*
⊕ ETYMOLOGY C14: from Latin *praevalēre* to be superior in strength, from *prae* beyond + *valēre* to be strong

**prevailing** (prɪˈveɪlɪŋ) *adj* 1 generally accepted; widespread: *the prevailing opinion* 2 most frequent or conspicuous; predominant: *the prevailing wind is from the north* > **preˈvailingly** *adv*

**prevalent** (ˈprɛvələnt) *adj* 1 widespread or current 2 superior in force or power; predominant > **ˈprevalence** *or* **ˈprevalentness** *n* > **ˈprevalently** *adv*
⊕ ETYMOLOGY C16 (in the sense: powerful): from Latin *praevalens* very strong, from *praevalēre*: see PREVAIL

**prevaricate** (prɪˈværɪˌkeɪt) *vb* (*intr*) to speak or act falsely or evasively with intent to deceive > preˌvariˈcation *n* > preˈvariˌcator *n*
⊕ ETYMOLOGY C16: from Latin *praevāricārī* to walk crookedly, from *prae* beyond + *vāricāre* to straddle the legs; compare Latin *vārus* bent

**prevenient** (prɪˈviːnɪənt) *adj* coming before; anticipating or preceding > **preˈveniently** *adv*
⊕ ETYMOLOGY C17: from Latin *praevenīre* to precede, PREVENT

**prevent** (prɪˈvɛnt) *vb* 1 (*tr*) to keep from happening, esp by taking precautionary action 2 (*tr; often foll by from*) to keep (someone from doing something); hinder; impede 3 (*intr*) to interpose or act as a hindrance 4 (*tr*) *archaic* to anticipate or precede > **preˈventable** *or* **preˈventible** *adj* > preˌventaˈbility *or* preˌventiˈbility *n* > **preˈventably** *or* **preˈventibly** *adv*
⊕ ETYMOLOGY C15: from Latin *praevenīre*, from *prae* before + *venīre* to come

**preventer** (prɪˈvɛntə) *n* 1 a person or thing that prevents 2 *nautical* a rope or other piece of gear rigged to prevent a sail from gybing

**prevention** (prɪˈvɛnʃən) *n* 1 the act of preventing 2 a hindrance, obstacle, or impediment

**preventive** (prɪˈvɛntɪv) *adj* 1 tending or intended to prevent or hinder 2 *med* **a** tending to prevent disease; prophylactic **b** of or relating to the branch of medicine concerned with prolonging life and preventing disease 3 (in Britain) of, relating to, or belonging to the customs and excise service or the coastguard ▷ *n* 4 something that serves to prevent or hinder 5 *med* any drug or agent that tends to prevent or protect against disease 6 another name for **contraceptive** ▶Also (except sense 3): **preventative** (prɪˈvɛntətɪv) > **preˈventively** *adv* > **preˈventiveness** *n*

**preverbal** (ˌpriːˈvɜːbəl) *adj* 1 being before the development of speech: *preverbal infants* 2 *grammar* coming before the verb