IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC | § | |
| Plaintiff, | § | |
| v. | § | |
| BUMBLE TRADING INC. and BUMBLE HOLDING, LTD., | § | No. 6:18-cv-00080-ADA |
| Defendants. | § | |
| BUMBLE TRADING INC. and BUMBLE HOLDING, LTD., | § | **JURY TRIAL DEMANDED** |
| Cross-Plaintiffs, | § | |
| v. | § | |
| MATCH GROUP, LLC and IAC/INTERACTIVECORP., | § | |
| Cross-Defendants. | § | |

## ORDER

Before the Court is Match Group, LLC and IAC's Unopposed Motion to Seal Their Motion to Dismiss and Accompanying Exhibits. After considering the motion, the Court concludes that the Motion should be GRANTED.

It is therefore Ordered that Match Group, LLC and IAC's Motion to Dismiss and its accompanying exhibits shall remain under seal.

IT IS SO ORDERED this 2nd day of May, 2019.

_____
The Honorable Alan D. Albright
United States District Judge