UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC | § | |
| | § | |
| vs. | § | NO: WA:18-CV-00080-ADA |
| | § | |
| BUMBLE TRADING INC. | § | |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on May 28, 2019 at 02:00 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **17th day of May, 2019**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE