# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MATCH GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE TRADING INC. and<br>BUMBLE HOLDING, LTD.,<br><br>Defendants. | No. 6:18-cv-00080-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION STATEMENT OF DISPUTED CLAIM TERMS

Pursuant to the Court's Scheduling Order, Dkt. 73, Plaintiff Match Group, LLC and Defendants Bumble Trading Inc. and Bumble Holding, Ltd. submit this Joint Claim Construction Statement of Disputed Claim Terms for the asserted claims of U.S. Patent No. 9,733,811 (the "'811 Patent"), U.S. Patent 9,959,023 (the "'023 Patent"), and U.S. Patent No. 10,203,854 (the "'854 Patent").

# DISPUTED CLAIM CONSTRUCTIONS FOR MATCH GROUP, LLC V. BUMBLE TRADING INC., CASE NO. 18-CV-080-ADA

## 1. Disputed Term No. 1 -- "Graphical Representation"[1];

| Patent Claims | Match's Construction[2] | Bumble's Construction[3] |
|---|---|---|
| '811 Patent, claims 1, 4, and 7<br><br>'023 Patent, claims 1, 2, 3, and 5<br><br>'854 Patent, claims 1, 4, 7, and 10 | Pictorial portrayal<br><br>Pictorial portrayal of a [first, second, third, etc.] potential match<br><br>Pictorial portrayal of a first [second] online dating profile associated with a first [second] user<br><br>Pictorial portrayal of a first item of information<br><br>Pictorial portrayal of the first [second] user. | summary of information [displayed on a graphical user interface]<br><br>summary of information [displayed on a graphical user interface] representing a [first, second, third, etc.] potential match<br><br>summary of information [displayed on a graphical user interface] representing a first [second] online dating profile associated with a first [second] user<br><br>summary of information [displayed on a graphical user interface] representing a first item of information<br><br>summary of information [displayed on a graphical user interface] representing the first [second] user. |

---

[1] The parties have also proposed constructions for the broader phrases "a graphical representation of a [first, second, third, etc.] potential match", "a graphical representation of a [first, second] online dating profile associated with a [first, second] user", "a graphical representation of a [first, second] item of information, and "a graphical representation of the [first, second] user."

[2] Match also proposed an alternative phrasing of this construction as "portrayal, including some pictorial component, of . . . ."

[3] Where the claims elements that contain the term "graphical representation" make clear that the "graphical representation" is displayed on a graphical user interface, the bracketed term [displayed on a graphical user interface] may be omitted from the construction inserted into the claim language.

### 2. Disputed Term No. 2 -- "Without Allowing Communication"

| Patent Claims | Match's Construction | Bumble's Construction[4] |
|---|---|---|
| '854 patent, claims 1, 3, 4, 6, 7, and 10 | Plain and ordinary meaning; no construction necessary | An affirmative act to ensure no communication between two users |

### 3. Disputed Term No. 3 -- "Preventing Communication"

| Patent Claims | Match's Construction | Bumble's Construction[5] |
|---|---|---|
| '811 Patent, claims 1, 4, and 7 | Plain and ordinary meaning; no construction necessary | An affirmative act to ensure no communication between two users |

### 4. Disputed Term No. 4 -- "Social Networking Platform"

| Patent Claims | Match's Construction | Bumble's Construction |
|---|---|---|
| '811 Patent, claims 1, 4, and 7 '854 Patent, claims 2, 5, 8, and 11 | Plain and ordinary meaning; no construction necessary | Social networking platform independent of the system for profile matching |

---

[4] Bumble also proposed the alternative construction of the broader terms "without allowing communication between the first user and the third [fourth] user" and "without allowing the first user to communicate with the third user" as "upon performing an affirmative act to ensure no communication between the first user and the third [fourth] user."

[5] Bumble also proposed the alternative construction of the broader term "prevent[ing] communication between the first and the third [fourth] user" as "perform[ing] an affirmative act to ensure no communication between the first and the third [fourth] user."

### 5. Disputed Term No. 5 -- "Associated"

| Patent Claims | Match's Construction | Bumble's Construction |
|---|---|---|
| '811 patent, claims 1, 3 4, 6, and 7<br><br>'023 patent, claims 1-6<br><br>'854 patent, claims 1, 2, 4, 5, 7, 8, 10, and 11 | Plain and ordinary meaning; no construction necessary | Indefinite |

### 6. Disputed Term No. 6 -- "text area"

| Patent Claims | Match's Construction | Bumble's Construction |
|---|---|---|
| '811 patent, claims 2, 5, and 8 | Not indefinite. "The text area" in claims 2 and 5 is an obvious typographical error that is subject to judicial correction. "The text area" should read "a text area." Otherwise, plain and ordinary meaning. | Indefinite |

DATED:  May 29, 2019

Respectfully submitted,

Caldwell Cassady & Curry

/s/ *Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email:  bcaldwell@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
Caldwell Cassady Curry P.C.
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

John P. Palmer
State Bar. 15430600
Email: palmer@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
400 Austin Avenue, 8th Floor
P.O. Box 1470
Waco, TX 76701
Telephone: (254) 755-4100
Facsimile: (254) 754-6331

**ATTORNEYS FOR PLAINTIFF MATCH GROUP, LLC**

/s/ *Joseph M. Drayton*

Deron R. Dacus (TX 00790553)
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile:  (903) 581-2543
ddacus@dacusfirm.com

Joseph M. Drayton (pro hac vice)
NY Bar No. 2875318
COOLEY LLP
1114 Avenue of the Americas

New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
jdrayton@cooley.com

Michael G. Rhodes (pro hac vice)
CA Bar No. 116127
Matthew Caplan (pro hac vice)
CA Bar No. 260388
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mrhodes@cooley.com
mcaplan@cooley.com

Rose S. Whelan (pro hac vice)
DC Bar No. 999367
COOLEY LLP
1299 Pennsylvania Ave., N.W.
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
rwhelan@cooley.com

**ATTORNEYS FOR DEFENDANTS BUMBLE TRADING, INC. AND BUMBLE HOLDING, LTD.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel registered as Filing Users on this 29th day of May, 2019.

/s/ *Bradley W. Caldwell*
Bradley W. Caldwell