IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BUMBLE TRADING INC. and BUMBLE HOLDING, LTD., | § | No. 6:18-cv-00080-ADA |
| | § | |
| Defendants. | § | |
| | § | **JURY TRIAL DEMANDED** |
| BUMBLE TRADING INC. and BUMBLE HOLDING, LTD., | § | |
| | § | |
| Cross-Plaintiffs, | § | |
| v. | § | |
| | § | |
| MATCH GROUP, LLC and IAC/INTERACTIVECORP., | § | |
| | § | |
| Cross-Defendants. | § | |

## ORDER

Before the Court is Match Group, LLC and IAC's Unopposed Motion to Seal Their Reply in Support of Motion to Dismiss. After considering the motion, the Court concludes that the Motion should be GRANTED.

It is therefore Ordered that Match Group, LLC and IAC's Reply in Support of Motion to Dismiss shall remain under seal.

IT IS SO ORDERED this 4th day of June, 2019.

The Honorable Alan D. Albright
United States District Judge