IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| BUMBLE TRADING INC. and BUMBLE HOLDING, LTD., | § § § | No. 6:18-cv-00080-ADA |
| Defendants. | § § | |
| BUMBLE TRADING INC. and BUMBLE HOLDING, LTD., | § § § | **JURY TRIAL DEMANDED** |
| Cross-Plaintiffs, | § § | |
| v. | § § | |
| MATCH GROUP, LLC and IAC/INTERACTIVECORP, | § § § § | |
| Cross-Defendants. | § § | |

## [PROPOSED] ORDER

The Court **ORDERS** enters the following Scheduling Order:

| Deadline | Event |
|---|---|
| June 14, 2019 | Fact Discovery opens |
| August 2, 2019 | Deadline to add parties. |
| August 29, 2019 | Deadline to serve Final Infringement and Invalidity Contentions. |
| September 13, 2019 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| January 24, 2020 | Close of Fact Discovery. |
| February 21, 2020 | Opening Expert Reports served by the Party with the Burden of Proof |
| March 20, 2020 | Rebuttal Expert Reports served by the Party without the Burden of Proof |
| April 10, 2020 | Close of Expert Discovery. |

1

| Deadline | Event |
|---|---|
| April 17, 2020 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| April 22, 2020 | Report of results of meet and confer regarding asserted claims and prior art. |
| April 24, 2020 | Dispositive motion deadline and *Daubert* motion deadline. |
| May 21, 2020 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, designations). |
| June 4, 2020 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| June 11, 2020 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| June 18, 2020 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, designations); file oppositions to motions *in limine*. |
| June 25, 2020 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3 business days before the Final Pretrial Conference | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| DATE TO BE SET BY THE COURT | Final Pretrial Conference. |
| July 20, 2020 | Jury Selection/Trial. |

SIGNED this __17th__ day of __June__, 2019.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE