# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MATCH GROUP, LLC,**
*Plaintiff*

V.

Civil Action No. **6:18−CV−00080−ADA**

**BUMBLE TRADING INC., ET AL.,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: **Badoo Limited**
**Broadgate Tower**
**Third Floor**
**20 Primrose Street**
**London EC2A 2RS United Kingdom**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Bradley W. Caldwell**
> **Caldwell Cassady and Curry PC**
> **2101 Cedar Springs Rd., Ste 1000**
> **Dallas, TX 75201**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT
**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

**ISSUED ON 2019−08−12 16:41:24**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:18–CV–00080–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____
     _____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
     _____, a person of suitable age and discretion who resides there,
     on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on*(name of individual)*_____, who is
     designated by law to accept service of process on behalf of*(name of organization)*_____
     _____ on*(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
     _____
     _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                                        _____
                                                                                       *Server's signature*

                                                                   _____
                                                                                     *Printed name and title*

                                                                   _____
                                                                                        *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____