# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MATCH GROUP, LLC,**
*Plaintiff*

v.            Civil Action No. **6:18−CV−00080−ADA**

**BUMBLE TRADING INC., ET AL.,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:   **Worldwide Vision Limited**
      **H.P. House**
      **21 Laffan Street**
      **Hamilton, HM09, Bermuda (WVL)**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

                      **Bradley W. Caldwell**
                      **Caldwell Cassady and Curry PC**
                      **2101 Cedar Springs Rd., Ste 1000**
                      **Dallas, TX 75201**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK



**ISSUED ON 2019−08−12 16:43:05**

Civil Action No. 6:18–CV–00080–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____
_____on *(date)* _____; or

☐  I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐  I returned the summons unexecuted because _____; or

☐  Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                             _____
                                                                                   *Server's signature*

                                                                         _____
                                                                                   *Printed name and title*

                                                                         _____
                                                                                   *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____