IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| BUMBLE TRADING, INC., | § | |
| BUMBLE HOLDING, LTD., BADOO | § | |
| TRADING LIMITED, MAGIC LAB | § | CIVIL NO. 6:18-CV-00080-ADA |
| CO., WORLDWIDE VISION | § | |
| LIMITED, BADOO LIMITED, | § | |
| BADOO SOFTWARE LIMITED, and | § | |
| BADOO TECHNOLOGIES | § | |
| LIMITED, | § | |
| *Defendants.* | § | |

## MARKMAN CONSTRUCTION ORDER

The Court enters the following claim constructions following briefing and a hearing that was conducted on June 7, 2019. During that hearing, the Court informed the Parties of the constructions it intended to provide. This Order does not alter any of those constructions.

**Term 1: "Graphical Representation"**

The Court finds that the proper construction for "graphical representation" is the plain and ordinary meaning that a person of ordinary skill in the art would ascribe to it. Giving a term its plain and ordinary meaning does not leave the term devoid of any meaning whatsoever. Instead, "the 'ordinary meaning' of a claim term is its meaning to the ordinary artisan after reading the entire patent." *Phillips v. AWH Corp.*, 415 F.3d 1303, 1321 (Fed. Cir. 2005).

1

**Term 2: "Social Networking Platform"**

The Court finds that the proper construction for "social networking platform" is the plain and ordinary meaning that a person of ordinary skill in the art would ascribe to it.

**Term 3: "Without Allowing Communication"**

The Court finds that the proper construction for "without allowing communication" is the plain and ordinary meaning that a person of ordinary skill in the art would ascribe to it.

**Term 4: "Preventing Communication"**

The Court finds that the proper construction for "preventing communication" is the plain and ordinary meaning that a person of ordinary skill in the art would ascribe to it.

**Term 5: "Associated"**

The Court finds that the proper construction for "associated" is the plain and ordinary meaning that a person of ordinary skill in the art would ascribe to it.

**Term 6: "Text Area"**

The Court finds that the proper construction for "text area" is the plain and ordinary meaning that a person of ordinary skill in the art would ascribe to it.

**SIGNED** this 15th day of August 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE