AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MATCH GROUP, LLC,**
*Plaintiff*

V.    Civil Action No. **6:18−CV−00080−ADA**

**BUMBLE TRADING INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Worldwide Vision Limited**
**H.P. House**
**21 Laffan Street**
**Hamilton, HM09, Bermuda (WVL)**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Bradley W. Caldwell**
> **Caldwell Cassady and Curry PC**
> **2101 Cedar Springs Rd., Ste 1000**
> **Dallas, TX 75201**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

**ISSUED ON 2019−08−12 16:43:05**

Civil Action No. 6:18–CV–00080–ADA

# PROOF OF SERVICE  - See Attached Affidavit
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐  I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐  I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐  I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐  I returned the summons unexecuted because _____; or

☐  Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____         _____
                                                           *Server's signature*

                                                       _____
                                                              *Printed name and title*

                                                       _____
                                                                  *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

Match Group, LLC, et. al., Plaintiff(s)
vs.
Bumble Trading Inc., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com



APS File: 281600-2

**Law Firm Requesting Service:**
CALDWELL CASSADY & CURRY
Ms. Beverly J. DeFeo
2101 Cedar Springs Rd., Ste. 1000
Dallas, TX 75201

## *AFFIDAVIT OF SERVICE ON A CORPORATION*

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Worldwide Vision Limited
Court Case No. 6:18-cv-00080-ADA

**Name of Server:** William N. Butterworth, undersigned, being duly sworn, deposes and says that at the time of service, he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 22-Aug-2019 09:45 am

**Place of Service:** H.P. House, 21 Laffan Street, Hamilton, HM09, Bermuda (WVL)

**Documents Served:** the undersigned served the documents described as:
Summary of the Document to be Served, Summons in a Civil Action, Plaintiff Match Group, LLC's Fourth Amended Complaint with Certificate of Service, Exhibits A, B, C, D, E, F, and G

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Worldwide Vision Limited**
By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is
**Wendy Albouy, Executive Assistant**

**Foreign Law:** **Bermuda Supreme Court Rules**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **Brown** ; Hair Color **Black** ; Facial Hair **N/A**
Approx. Age **50+** ; Approx. Height **5'08"** ; Approx. Weight **175 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 23rd day of August, 2019

Notary Public        (Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Caleb P. Crockwell
**Notary Public**
Canon's Court
22 Victoria Street
PO Box HM 1179
Hamilton HM EX
Bermuda
Date: 23 August 2019.