# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MATCH GROUP, LLC | § |
| | §    CIVIL NO: |
| vs. | §    WA:18-CV-00080-ADA |
| | § |
| BUMBLE TRADING INC. | § |

## ORDER SETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Tuesday, October 29, 2019 at 02:00 PM**.

IT IS SO ORDERED this 23rd day of October, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE