IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| BUMBLE TRADING INC., BUMBLE HOLDING, LTD., BADOO TRADING LIMITED, MAGIC LAB CO., WORLDWIDE VISION LIMITED, BADOO LIMITED, BADOO SOFTWARE LIMITED, and BADOO TECHNOLOGIES LIMITED, | § § § § § § § § § § | No. 6:18-cv-00080-ADA<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | § § | |
| BUMBLE TRADING INC. and BUMBLE HOLDING, LTD., | § § § | |
| Cross-Plaintiffs, | § § | |
| v. | § § | |
| MATCH GROUP, LLC and IAC/INTERACTIVECORP, | § § § § | |
| Cross-Defendants. | § § § | |

**JOINT MOTION FOR ENTRY OF AGREED ORDER GOVERNING
ELECTRONICALLY STORED INFORMATION**

Plaintiff/Cross-Defendant Match Group, LLC, Cross-Defendant IAC/InterActiveCorp and Defendants Bumble Trading, Inc., Bumble Holding, Ltd., Badoo Trading Limited, Badoo Limited, and Badoo Technologies Limited respectfully request the Court enter the agreed Order Governing Electronically Stored Information attached hereto as Exhibit A.

1

DATED:  October 31, 2019          Respectfully submitted,

         **CALDWELL CASSADY & CURRY**

By: */s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email:  bcaldwell@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

John P. Palmer
State Bar. 15430600
Email: palmer@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
400 Austin Avenue, 8th Floor
P.O. Box 1470
Waco, TX 76701
Telephone: (254) 755-4100
Facsimile: (254) 754-6331

**ATTORNEYS FOR PLAINTIFF
MATCH GROUP, LLC and IAC**

By: /s/ *Rose S. Whelan (by permission)*
Joseph M. Drayton (*Pro Hac Vice*)
NY Bar No. 2875318
**COOLEY LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
jdrayton@cooley.com

Michael G. Rhodes (*Pro Hac Vice*)
CA Bar No. 116127
Matthew Caplan (*Pro Hac Vice*)
CA Bar No. 260388
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone (415) 693-2000
Facsimile: (415) 693-2222
mrhodes@cooley.com
mcaplan@cooley.com

Rose S. Whelan (*Pro Hac Vice*)
DC Bar No. 999367
**COOLEY LLP**
1299 Pennsylvania Ave., N.W.
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
rwhelan@cooley.com

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANTS BUMBLE TRADING, INC., BUMBLE HOLDING, LTD., BADOO TRADING LIMITED, BADOO LIMITED, AND BADOO TECHNOLOGIES LIMITED**

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record on October 31, 2019.

*Bradley W. Caldwell*
Bradley W. Caldwell
