IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MATCH GROUP, LLC § | |
| § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| BUMBLE TRADING INC., BUMBLE § | |
| HOLDING, LTD., BADOO TRADING § | No. 6:18-cv-00080-ADA |
| LIMITED, MAGIC LAB CO., § | |
| WORLDWIDE VISION LIMITED, § | |
| BADOO LIMITED, BADOO § | **JURY TRIAL DEMANDED** |
| SOFTWARE LIMITED, and BADOO § | |
| TECHNOLOGIES LIMITED, § | |
| § | |
| Defendants. § | |
| § | |
| BUMBLE TRADING INC. and BUMBLE § | |
| HOLDING, LTD., § | |
| § | |
| Cross-Plaintiffs, § | |
| v. § | |
| § | |
| MATCH GROUP, LLC and § | |
| IAC/INTERACTIVECORP, § | |
| § | |
| Cross-Defendants. § | |
| § | |

## ORDER MODIFYING THE SCHEDULING ORDER

The Court **ORDERS** that the Scheduling Order [Dkt. 44], as previously modified on December 21, 2018 [Dkt. 48] and February 22, 2019 [Dkt. 56], is further modified as follows:

| Date | Item |
|---|---|
| January 14, 2020 | Deadline to raise any search term objections with the Court for the selected custodians of Chris Kim, Gary Swidler, or Joey Levin |
| January 17, 2020 | Deadline to raise any search term objections with the Court. |
| January 17, 2020 | Deadline to have deposition dates confirmed within the fact discovery period for all party witnesses, including all rule 30(b)(1) |

| Date | Item |
|---|---|
| | witnesses and 30(b)(6) designees, except for Whitney Wolfe Herd, whose deposition will be scheduled later. |
| January 24, 2020 | Deadline to complete non-ESI document productions. |
| January 31, 2020 | Deadline to complete ESI productions, except that for depositions scheduled before February 5, 2020, ESI productions for those deponents (if they are ESI custodians) will be completed 5 days prior to the deposition. |
| February 14, 2020 | Deadline to complete fact depositions outside of the United States. |
| February 21, 2020 | Deadline to complete fact depositions within the United States, except for Whitney Wolfe Herd, whose deposition will be conducted later at a mutually convenient date. |
| February 28, 2020 | Opening expert reports. |

The parties will not serve any more written discovery requests on each other. Additionally, the trial date and all other deadlines are unaffected by this motion.

SIGNED this 12th day of January, 2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE